*E-FILED: April 22, 2013*

1  KAREN E. FORD, ESQ. (SNB 88358)
   karen@fordslaw.com
2  SW Ocean Ave & Mission, Suite 208
   P.O. Box 287
3  Carmel-by-the-Sea, CA 93921-0287
   Tel:   831.250.6433
4  Fax:   831.250.6844

5  Attorney for Plaintiff
   PETER SIEGEL
6
   MORGAN, LEWIS & BOCKIUS LLP
7  MELINDA S. RIECHERT, (SBN 65504)
   mriechert@morganlewis.com
8  2 Palo Alto Square
   3000 El Camino Real, Suite 700
9  Palo Alto, CA  94306
   Tel:   650.843.4000
10 Fax:   650.843.4001

11 MORGAN, LEWIS & BOCKIUS LLP
   ADELMISE ROSEMÉ WARNER (SBN 215385)
12 adelmise.warner@morganlewis.com
   One Market, Spear Street Tower
13 San Francisco, CA  94105-1126
   Tel:   415.442.1000
14 Fax:   415.442.1001

15 Attorneys for Defendant
   HEWLETT-PACKARD COMPANY

16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19

20  PETER SIEGEL,                              Case No. CV 12-03787 HRL

21              Plaintiff,                    **STIPULATION AND [PROPOSED]
                                              ORDER TO CONTINUE HEARING ON
22         vs.                                DEFENDANT HEWLETT-PACKARD
                                              COMPANY'S MOTION FOR SUMMARY
23  HEWLETT-PACKARD COMPANY                   JUDGMENT TO JUNE 18, 2013**

24              Defendant.                    **(MODIFIED BY THE COURT)**

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

**STIP. AND** ~~PROP.~~ **ORDER TO CONT.
SUMMARY JUDGMENT HEARING /
CASE NO. CV 12-03787 HRL**

1     WHEREAS, on April 10, 2013, the Court issued an order continuing the hearing on Defendant Hewlett-Packard Company's ("Defendant") Motion for Summary Judgment (*See* Docket Entry # 35);

4     WHEREAS, this Order was based on a Motion by Plaintiff Peter Siegel ("Plaintiff") to continue the hearing;

6     WHEREAS, Defendant did not oppose Plaintiff's motion, and had agreed to a continuance to May 28, 2013, a date on which counsel for all parties were available;

8     WHEREAS, the Court continued the hearing to June 4, 2013, rather than May 28;

9     WHEREAS, lead counsel for Defendant is not available on June 4, 2013 to argue the motion due to a previously scheduled depositions in another matter;

11     WHEREAS, the next date on which counsel for all parties are available is June 18, 2013;

12     WHEREAS, after meeting and conferring, the Parties have agreed to submit a stipulation and joint request to the Court to continue the hearing to June 18, 2013 at 10:00 a.m.

14     NOW THEREFORE, pursuant to Local Rules 6-1(a) and 7-12, and based on the attached Declaration of Melinda S. Riechert, the parties hereby stipulate and agree as follows:

    1. Defendant's Motion for Summary Judgment shall be heard at 10:00 a.m. on Tuesday, June ~~18~~ **25**, 2013;

    2. Any opposition by Plaintiff to the Motion for Summary Judgment will be filed and served no later than June 4, 2013;

    3. Any reply by Defendant will be filed and served no later than June 11, 2013.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS SO STIPULATED:**

Dated: April 16, 2013                                                  MORGAN, LEWIS & BOCKIUS LLP
                                                                                        MELINDA S. RIECHERT
                                                                                        ADELMISE ROSEMÉ WARNER


                                                                            By   s/Melinda S. Riechert
                                                                                        Melinda S. Riechert
                                                                                        Adelmise Rosemé Warner
                                                                                        Attorneys for Defendant
                                                                                        HEWLETT-PACKARD COMPANY


Dated: April 16, 2013                                                  KAREN E. FORD, ESQ.


                                                                            By   s/Karen E. Ford
                                                                                        Karen E. Ford
                                                                                        Attorneys for Plaintiff
                                                                                        PETER SIEGEL

1  **AS MODIFIED BY THE COURT,**   **ORDER**
2  PURSUANT TO STIPULATION, IT IS SO ORDERED.
3                              ^
4  Dated: _April 22, 2013_____

   _____
5  **HOWARD R. LLOYD**
   **United States Magistrate Judge**

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    3          **STIP. AND ~~PROP.~~ ORDER TO CONT.**
                                                **SUMMARY JUDGMENT HEARING /**
                                                **CASE NO. CV 12-03787 HRL**