*E-FILED: April 22, 2013*

1  KAREN E. FORD, ESQ. (SNB 88358)
   karen@fordslaw.com
2  SW Ocean Ave & Mission, Suite 208
   P.O. Box 287
3  Carmel-by-the-Sea, CA 93921-0287
   Tel:   831.250.6433
4  Fax:   831.250.6844

5  Attorney for Plaintiff
   PETER SIEGEL

6

7  MORGAN, LEWIS & BOCKIUS LLP
   MELINDA S. RIECHERT, (SBN 65504)
   mriechert@morganlewis.com
8  2 Palo Alto Square
   3000 El Camino Real, Suite 700
9  Palo Alto, CA  94306
   Tel:   650.843.4000
10 Fax:   650.843.4001

11 MORGAN, LEWIS & BOCKIUS LLP
   ADELMISE ROSEMÉ WARNER (SBN 215385)
12 adelmise.warner@morganlewis.com
   One Market, Spear Street Tower
13 San Francisco, CA  94105-1126
   Tel:   415.442.1000
14 Fax:   415.442.1001

15 Attorneys for Defendant
   HEWLETT-PACKARD COMPANY

16

17                   UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19

20 | PETER SIEGEL,                              | Case No. CV 12-03787 HRL
21 |         Plaintiff,                         | **STIPULATION AND ~~[PROPOSED]~~
22 |    vs.                                     | ORDER TO CONTINUE HEARING ON
   |                                            | DEFENDANT HEWLETT-PACKARD
23 | HEWLETT-PACKARD COMPANY                    | COMPANY'S MOTION FOR SUMMARY
   |                                            | JUDGMENT TO JUNE 18, 2013**
24 |         Defendant.                         |
   |                                            | **(MODIFIED BY THE COURT)**

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

**STIP. AND ~~PROP.~~ ORDER TO CONT.
SUMMARY JUDGMENT HEARING /
CASE NO. CV 12-03787 HRL**

1   WHEREAS, on April 10, 2013, the Court issued an order continuing the hearing on
2  Defendant Hewlett-Packard Company's ("Defendant") Motion for Summary Judgment
3  (*See* Docket Entry # 35);
4   WHEREAS, this Order was based on a Motion by Plaintiff Peter Siegel ("Plaintiff") to
5  continue the hearing;
6   WHEREAS, Defendant did not oppose Plaintiff's motion, and had agreed to a
7  continuance to May 28, 2013, a date on which counsel for all parties were available;
8   WHEREAS, the Court continued the hearing to June 4, 2013, rather than May 28;
9   WHEREAS, lead counsel for Defendant is not available on June 4, 2013 to argue the
10  motion due to a previously scheduled depositions in another matter;
11   WHEREAS, the next date on which counsel for all parties are available is June 18, 2013;
12   WHEREAS, after meeting and conferring, the Parties have agreed to submit a stipulation
13  and joint request to the Court to continue the hearing to June 18, 2013 at 10:00 a.m.
14   NOW THEREFORE, pursuant to Local Rules 6-1(a) and 7-12, and based on the attached
15  Declaration of Melinda S. Riechert, the parties hereby stipulate and agree as follows:
16   1. Defendant's Motion for Summary Judgment shall be heard at
17   10:00 a.m. on Tuesday, June ~~18~~ **25**, 2013;
18   2. Any opposition by Plaintiff to the Motion for Summary Judgment will be filed and
19   served no later than June 4, 2013;
20   3. Any reply by Defendant will be filed and served no later than June 11, 2013.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1

**STIP. AND ~~PROP.~~ ORDER TO CONT.
SUMMARY JUDGMENT HEARING /
CASE NO. CV 12-03787 HRL**

**IT IS SO STIPULATED:**

Dated: April 16, 2013　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　　　　　　　　MELINDA S. RIECHERT
　　　　　　　　　　　　　　　　　　　　ADELMISE ROSEMÉ WARNER


　　　　　　　　　　　　　　　　　　By　s/Melinda S. Riechert
　　　　　　　　　　　　　　　　　　　　Melinda S. Riechert
　　　　　　　　　　　　　　　　　　　　Adelmise Rosemé Warner
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　HEWLETT-PACKARD COMPANY


Dated: April 16, 2013　　　　　　　　　　KAREN E. FORD, ESQ.


　　　　　　　　　　　　　　　　　　By　s/Karen E. Ford
　　　　　　　　　　　　　　　　　　　　Karen E. Ford
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　PETER SIEGEL

1 | **AS MODIFIED BY THE COURT,** **ORDER**
2 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
        ^
3
4 | Dated:  April 22, 2013
5 | _____
    **HOWARD R. LLOYD**
    **United States Magistrate Judge**

3

**STIP. AND** ~~**PROP.**~~ **ORDER TO CONT.**
**SUMMARY JUDGMENT HEARING /**
**CASE NO. CV 12-03787 HRL**