Karen E. Ford Esq.
SW Ocean Ave & Mission, Suite 208
P.O. Box 287
Carmel-by-the-Sea, California 93921-0287
831-250-6433
Fax 831-250-6844
karen@fordslaw.com
SBN 88358
Attorney for Plaintiff Peter Siegel

MORGAN, LEWIS & BOCKIUS LLP
MELINDA S. RIECHERT, (SBN 65504)
mriechert@morganlewis.com
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306
Tel:    650.843.4000
Fax:   650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
ADELMISE ROSEMÉ WARNER (SBN 215385)
adelmise.warner@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:    415.442.1000
Fax:   415.442.1001

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

# United States District Court
# Northern District of California

| | |
|---|---|
| Peter Siegel, | ) |
| Plaintiff, | ) Case No: 5:12-cv-03787 HRL |
| vs. | ) **STIPULATION AND ORDER TO CONTINUE MOTION FOR SUMMARY JUDGEMENT** |
| Hewlett-Packard Company, | ) |
| Defendant | ) |

**STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rules 6-2 and 7-12 the parties, by an through their undersigned counsel, hereby stipulate to entry of an order continuing the Motion for Summary Judgment filed by Defendant Hewlett-Packard Company ("HP") in this matter as set out below. Plaintiff's grounds for seeking this continuance are set out in the Declarations of Counsel filed in this action with this stipulation and on April 4, 2013. Both parties agree to continuance on the grounds that Plaintiff has not completed discovery he wishes to conduct in order to respond to Defendant's Motion for Summary Judgment. In entering into this stipulation Defendant is not waiving any right to subsequently dispute the facts and contentions set out in Plaintiff's April 4, 2013 Motion for Continuance and the related Declaration of Counsel. Specifically, the parties stipulate as follows:

    The Motion for Summary Judgment shall be heard at 10:00 AM on Tuesday, July ~~23~~ **30**, 2013; and

    Any Opposition by Plaintiff to the Motion for Summary Judgment will be filed and served not later than July 9, 2013; and

    Any Reply by Defendant to be filed and served not later than July 16, 2013.

Dated this 3rd day of June, 2013

                                                       /s/
                                         Karen E. Ford Esq.
                                         Attorney for Plaintiff
                                         Peter Siegel

Date: _____

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   |                                          /s/                    |
| 2   |                          Adelmise Rosemé Warner                 |
|     |                          Morgan, Lewis & Bockius LLP            |
| 3   |                          Attorney for Defendant                 |
|     |                          Hewlett-Packard Company                |

**ORDER**
**AS MODIFIED BY THE COURT,**
PURSUANT TO STIPULATION, IT IS SO ORDERED,
^

Dated: June 6, 2013

_____
**HOWARD R. LLOYD**
**United States Magistrate Judge**