Karen E. Ford Esq.
SW Ocean Ave & Mission, Suite 208
P.O. Box 287
Carmel-by-the-Sea, California 93921-0287
831-250-6433
Fax 831-250-6844
karen@fordslaw.com
SBN 88358
Attorney for Plaintiff Peter Siegel

# United States District Court
# Northern District of California

| | |
|---|---|
| Peter Siegel,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Hewlett-Packard Company,<br><br>　　　　　Defendant | Case No: 5:12-cv-03787 HRL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO MOTION FOR SUMMARY JUDGMENT** |

**STIPULATION TO EXTEND**

Pursuant to  Local Rules 6-2 and 7-12 the parties, by an through their undersigned counsel, hereby stipulate to entry of an order continuing the deadline for Plaintiff's response to Motion for Summary Judgment filed by Defendant Hewlett-Packard in this matter as set out below. This stipulation is submitted for entry of order based on the Declaration of Counsel filed herewith. Specifically, the parties stipulate that the Plaintiff's Opposition to the pending Motion for Summary Judgment brought by Defendant shall be extended from Tuesday August 6, 2013 until Wednesday August 7, 2013.

Dated this 6th day of August, 2013

                                                                     /s/
                                   Karen E. Ford Esq.
                                   Attorney for Plaintiff
                                   Peter Siegel

Date: _____

                                                    /s/
                                   Melinda Riechert
                                   Morgan, Lewis & Bockius LLP
                                   Attorney for Defendant
                                   Hewlett-Packard Company

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: _____

                                   _____
                                   **HOWARD R. LLOYD**
                                   **United States Magistrate Judge**