Karen E. Ford Esq.
SW Ocean Ave & Mission, Suite 208
P.O. Box 287
Carmel-by-the-Sea, California 93921-0287
831-250-6433
Fax 831-250-6844
karen@fordslaw.com
SBN 88358
Attorney for Plaintiff Peter Siegel

# United States District Court
# Northern District of California

Peter Siegel,

               Plaintiff,

     vs.

Hewlett-Packard Company,

               Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No: 5:12-cv-03787 HRL

**DECLARATION OF PETER SIEGEL IN OPPOSITION TO MOTION FOR SUMMARY JUDGEMENT BY DEFENDANT HEWLETT PACKARD**

---

1.    I, Peter Siegel, am the Plaintiff in this action. I make the following declaration under penalty of perjury in support of the Plaintiff's Opposition to the Motion for Summary Judgment (MSJ) filed by Defendant Hewlett Packard Company (HP) in the above-entitled action. I have personal knowledge of the matters set forth herein and can testify competently thereto.

2.    I am a citizen of the US who was employed in the United Kingdom (UK) by HP and assigned to a wholly owned subsidiary of HP.  Prior to 2008 I was employed in the UK by a predecessor to HP, Electronic Data Systems (EDS) based in Plano, Texas. The UK subsidiary of EDS I worked for was wholly owned and controlled by EDS in Plano, Texas as part of its global organization. I worked in the UK for EDS from 2006 until the EDS global organization was purchased by and merged with HP in 2008.  After the merger, the subsidiary to which I was assigned was wholly owned and completely controlled by HP.

3.      At all times before the acquisition and merger I believed, based on representations by my employer and the facts I knew about the operation, that I was an employee of the US company, EDS, an integrated global organization. At all times after the acquisition and merger I believed, based on representations by my employer and the facts I knew about the operation, that I was an employee of Hewlett Packard, an integrated global business.

4.      Hewlett Packard's Enterprise Services division or business group (the business group in which I worked) operated as a single  integrated global operation both before and after the acquisition by HP. Attached hereto as Exhibit A is a true and correct copy of  a 68 slide PowerPoint presentation by Jamie Erbes, a very senior executive  with EDS based in Plano, Texas. It describes the approach of the global EDS operation for the business group in which I worked, Enterprise Service Management.  After the HP acquisition this business group was included in an HP business segment or group referred to as Enterprise Services. The slides attached as Exhibit A go into some detail about the MYP (multi-year plan), the standardized services and standard platforms that EDS should be using, and a standard way of conducting the day-to-day business of the company on a global basis. All of these day to day operational plans and orders came from the Enterprise Service Management headquarters in the US in Plano, Texas. This presentation was delivered via a teleconference on a few occasions and Exhibit A includes a full set of notes per slide. Slide 44 and 45 include graphic representations of global delivery locations.

5.      In my position as Chief Technical Officer with HP I served as the primary technical contact on behalf of HP with the customers to whom I was assigned in the field of data management and computer systems. I performed a good deal of my work away from the HP offices. I traveled, worked at the customer's facilities, and worked a good deal of the time from home. To facilitate this, prior to the fall of 2009, EDS and later HP provided home broadband internet connections and telephones to me and other similarly situated employees. I was never provided with a permanent desk or location at an HP site and was expected to travel to wherever I was needed.

6.     Most of the relevant events in this action took place in the fall of 2009, during 2010 and during the first three months of 2011. In 2009 and 2010 my immediate supervisor was Peter Parry. Beginning on or about January 1, 2011 a new manager took over from Mr. Parry, John Waterfield. Prior to that assignment I had no dealings with Mr. Waterfield and he had no supervisory responsibility over me as far as I was aware.

7.     Ms. Ben Fredj, who provided a declaration in support of the pending motion for summary judgment, was a human resources representative who only became involved in my situation in the first few months of 2011. Her involvement began after I complained to Mr. Waterfield about my treatment at the hands of Mr. Parry and others. Prior to that time, Ms. Ben Fredj had no contact with me and no involvement in my employment at all as far as I know. As to the events of 2009 and 2010 on which this case is based, she had no involvement and would have no firsthand knowledge.

8.     Ms. Marion Johnson, who provided a declaration in support of the pending motion for summary judgment, is not anyone I ever met, worked with, or knew of in the course of my employment with HP. I do not believe she would have any firsthand knowledge of my day to day work, where my work directives and supervision came from or any decision as to my employment. The same is true of Mr. Sales and Mr. Wildish who also provided declarations in support of the Motion for Summary judgment.

9.     At the time of the acquisition of EDS by HP, and for a period of about a year or two thereafter, HP made significant changes in order to merge the HP and EDS entities and workforces. This integration was widely reported in the press and was announced to all employees including myself. We were told that the integration involved an overall decrease in the number of employees in the merged operation. I personally knew of a number of EDS employees who were deemed redundant and eliminated during this time frame. The roles, job titles, compensation and benefit packages and the company policies affecting operations and human resources were changed to integrate the EDS employees into the HP organization.

10.     Among the changes made by HP after the acquisition was a revised Sickness and Long Term Illness policy which is central to this case. A true and correct copy of the policy in

effect at the time period relevant to this action is attached hereto as Exhibit B. This was an amended policy put in place by HP after the acquisition and this is indicated at the bottom of page which states that it was put in place in July of 2009 and that the nature of the change was "Conversion to HP template and process change". This policy is central to the issues in dispute in this case because my claims focus in significant part on HP's failure to follow its own policies for bringing me back to work after my injury.

11.     It is my understanding that HP contends that no manager outside of the subsidiary, HP Enterprise Services UK Ltd was involved in any way in the management actions complained of in this action. However, that is not accurate. The actions on which the claims in this case are based include the following:

a.     In November of 2009 I was in a traffic accident and was seriously injured. I was off work for the balance of 2009. The accident left me with a brain injury. I was off work until on or about January 11, 2013. During my absence from work, the broadband internet connection to my home office and the telephone were cut off by HP. I requested an exception, allowing me to keep these communication resources as an accommodation in order to enable me to work at home. After the accident and due to my injuries, it was more difficult for me to travel to an HP office and to work under the circumstances there.  My request was denied. On January 12, 2010, I again sent an e-mail to Peter Parry announcing my return to work. In this e-mail I expressed concern about trying to work without broadband or a working phone in my home. HP refused to comply with this request for accommodation. Mr. Parry communicated to me via e-mail that this was due to a new policy imposed by HP in the fall of 2009. He said he had asked but was unable to obtain permission from HP to vary the policy in my case. Attached hereto as Exhibit C are true and correct copies of the e-mails between Mr. Parry and HP IT and myself on this subject. Among them is an e mail dated November 9, 2009 from HP IT which was the first notice I had that I would no longer have the home computer and phone

connections. HP IT was not part of HP Enterprise Services UK Ltd or its predecessor and the person who sent it worked for another HP company. His signature block indicates that he was employed by HP Limited. The message makes clear this policy was imposed by the parent organization, HP.

b.  A critical element of the claim in the action is the failure to accommodate my requests, including the failure to assess my condition through Occupational Health as required by HP's policies and UK law. Managers at HP Enterprise Services UK Ltd sought and obtained advice concerning this process in my case from other parts of HP. Attached hereto as Exhibit D is a true and correct copy of an e-mail dated December 2, 2010 sent by Peter Parry to Human Resources Business Process Outsourcing asking about what he needed to do in reaction to my reported injury and return to work assessment. HRBPO was not part of HP Enterprise Services UK Ltd to my knowledge. Accordingly, it appears that this other entity had input into the decisions concerning my requests for accommodation.  Exhibit D and other internal e mails attached hereto which are not sent by or to me were produced to me by HP as part of a legally required response to a formal request for production of such records pursuant to UK law. Attached hereto as Exhibit E is a true and correct copy of an e-mail to Mr. Parry from Laurine Divya concerning my return to work and directing what he was to do. Ms. Divya's signature line indicates she worked for HR Operations EMEA – UKI. "EMEA" refers to the operational group within HP for Europe, Middle East, and Asia. Thus, is clear that HR decisions and accommodation decisions about my situation involved employees of HP entities outside of HP Enterprise Services UK Ltd. Attached hereto as Exhibit F is a true and correct copy of an e-mail from Akhila Aravind of HRGBSUKI LOA. To my knowledge this is not part of HP Enterprise Services UK Ltd. However, the return e mail address for Aravind indicates she is an HP employee. Her address is akhila.aravind@hp.com.  The e mail gives Mr. Parry

additional instructions on how to handle my return to work. Attached hereto as <mark>Exhibit</mark> G is a true and correct copy of another e-mail to Mr. Parry concerning how to handle my situation. It instructs him to go to my case file at HP in Houston, Texas at "http//crmpro.houston.hp.com". The extension "hp.com" indicates the internet or website system for Hewlett Packard Company. Attached hereto as <mark>Exhibit</mark> H is a true and correct copy of an e-mail from Audrey Armstrong to Mr. Parry with instructions concerning how to handle my situation and request for evaluation. Ms. Armstrong's signature line indicates she works for Hewlett-Packard Manufacturing Limited Registered in Glasgow, Scotland. Thus, the decisions and actions concerning my return to work that form the basis of my claims involved individuals from many parts of HP, and not exclusively HP Enterprise Services UK Limited. It is my understanding that the policies and procedures applied to my situation were established by HP and interpreted and applied to my situation by employees of other HP entities.

c.  Failure of the HP Occupational Health department to follow through on my requests for evaluation, failure to assist with accommodation, and failure to conduct an evaluation of my condition and any necessary accommodations are also among the key allegations in this case.  The records reflect that much of the  Occupational Health decisions and procedure were undertaken or not by other parts of HP. The records show that the participants and decision makers were not limited to managers on the payroll of HP Enterprise Services UK Ltd.  For example, attached hereto as <mark>Exhibit</mark> I is a true and correct copy of a form I submitted in 2010 in connection with one of my medical absences from HP Enterprise Services UK Ltd after my injury. As you can see, such forms were to be submitted to Occupational Health Department, Hewlett Packard Mfg Ltd. This is a different HP entity  from HP Enterprise Services UK Ltd. Thus, the records show that decisions concerning Occupational Health were

not exclusively made by managers employed by HP Enterprise Services UK Ltd. There was involvement by other parts of the HP organization.

d.   Attached hereto as Exhibit J is a true and correct copy of an e-mail from an HP office called Employee Expense Management informing Mr. Parry that I have submitted an expense report and directing him to a website to evaluate and approve. EEM was not part of HP Enterprise Services UK Ltd. and I believe that it tracked expenses for HP employees in a number of HP companies including those in the UK and the US.

e.   Another of the decisions that is alleged to be discrimination or retaliation is the decision to remove me from the Aviva account in March of 2010. The Aviva account was international and involved a team leader and team members from parts of HP outside HP Enterprise Services UK Ltd.  In normal practice, such a major change of personnel would not be made without participation by other members of the team and the senior members of most enterprise service teams at HP were employees of Hewlett Packard Company or other HP subsidiaries, not HP Enterprise Services UK Ltd. The team for Aviva was headed in the UK by Clive Freeman.  Attached hereto as Exhibit T is a true and correct copy of a transcript of a video concerning the Aviva account copyrighted by Hewlett Packard and posted on the internet. The account executive identified in the transcript is Clive Freeman.  He also appears in Exhibit W hereto on page 9 as team leader. He is identified in Exhibit T as an executive of Hewlett Packard. Accordingly, I believe this decision involved Mr. Freeman and other managers outside HP Enterprise Services UK Ltd.

f.   Another act of discrimination was the attempt to change my status from employed and "on the bench" to leave status in the fall of 2010. I complained and this was reversed. However, I believe that this was done by someone within HP who was outside of HP Enterprise Services UK Ltd. That is

because the database that was changed is managed by individuals outside of HP Enterprise Services UK Ltd.

g. Another act of discrimination was the failure and refusal to allow me to be assigned to a new customer team or transfer to another position with different supervision. I made several such requests in the fall of 2010. As set out more fully below, the person with decision making authority on assignment to a particular global enterprise services team would be the team leaders. Typically the team leaders at the top for the global HP customers I worked on were not employed by HP Enterprise Services UK Ltd. Often, the top person was an executive with Hewlett Packard Company. Some of these transfers were to positions outside HP Enterprise Services UK Ltd. Attached hereto as Exhibit K are true and correct copies of my e mails concerning transfer.  Attached hereto as Exhibit L is a true and correct copy of an e mail concerning my application for transfer from Nick Whalley. Mr Whalley's signature block identifies him as an employee of "Core Solutions, EMEA SSC Enterprise Services, Hewlett Packard Company" Denial of the transfers and evaluation of my applications would have involved individuals not employed by HP Enterprise Services UK Ltd.

h. One of the managers whom I worked with and reported to concerning was Ian Oldfield. Attached hereto as Exhibit M is a true and correct copy of an e mail from Mr. Oldfield to others concerning my return to work. In his signature block he identifies himself as "Account Executive, Financial Services, Hewlett Packard Company"

12.     Attached hereto as Exhibit N is a true and correct copy of an e mail from John Waterfield. He identifies himself in his signature block as "CME CTO Vodafone Global Account, Hewlett-Packard". This was sent to me on January 4, 2011 at a time when he was my direct report manager, having replace Peter Parry. The e-mail also has a signature block for Aglika Boyadzhieva of "HP Enterprise Services" in "Sofia, Bulgaria" HP Enterprise Services

1  UK Ltd does not have an office in Bulgaria. Under normal company practice this refers to

2  Hewlett Packard's "Enterprise Services" business group.

3       13.    Attached hereto as Exhibit O is a true and correct copy of an e mail from Aglika

4  Boyadzhieva indicating she has approved my travel request. The signature line indicates that she

5  works for HP Enterprise Services in Sofia, Bulgaria.

6       14.    It is my understanding that HP takes the position that managers from Hewlett

7  Packard Company and other parts of the HP organization did not direct day to day operations at

8  HP Enterprise Services UK Limited. This is not accurate. We worked in teams that routinely

9  included employees of multiple entities. I routinely gave instructions made assignments and

10 supervised work of employees of other subsidiaries. Also, on a day to day basis I received

11 instructions, plans and supervision from managers of Hewlett Packard Company and other

12 subsidiaries within the integrated HP organization. For example, attached hereto as Exhibit P is a

13 true and correct copy of an e-mail from Ann Livermore who is a top executive at Hewlett

14 Packard Company.  Ms. Livermore has served as a top executive of the Enterprise Services

15 group at HP for several years and throughout the time frame from 2009, 2010 and 2011 which is

16 critical to this case. As such, she was responsible for the overall planning and directives that

17 affected my employment and day to day activities. Exhibit P appears in an unusual visual display

18 format because this e mail was never provided by HP in response to my discovery requests in

19 this action or other legal requirement. I obtained this copy from a former computer of mine

20 which did not have the Microsoft Outlook application used by HP and so does not appear in the

21 standard "Outlook" format. It shows all the code which is normally hidden in the Outlook

22 format. However, I recall this e mail and I know that this is an accurate copy of the text content

23 of the message. If I had access to all the day to day e mails I sent and sent to me while employed

24 by HP is could show hundreds of examples of directives to me from management employed by

25 Hewlett Packard Company and other subsidiaries. However, I have not yet been provided these

26 documents by HP.

27       15.    When HP acquired the EDS organization, it initially referred to the former EDS

28 facilities and employees, worldwide as EDS, an HP Company. The term "EDS" or "EDS, an HP

Company" after the acquisition did not specifically refer to the subsidiary I worked for. It referred to the entire former EDS worldwide.

16.     In my experience the HP global organization includes a number of subsidiaries which do not operate independently and which are part of an integrated whole. Some of the subsidiaries are based in various international HP locations and seem to be created based on geography. Other subsidiaries perform certain overall company functions, such as finance, for the other parts of the organization. I do not personally know the details of the organization or the exact function of each subsidiary in the global organization. However, I have observed the integrated global organization in operation and have received communications from various sources within HP describing the interrelated nature of the global operation without regard to the individual business entities that are included in it.

17.     Based on my experience as an employee there are functional business segments or groups which cut across all the individual business entities. One of those business segments within the HP global organization is Enterprise Services. The term Enterprise Services within HP refers to the function of this segment and not to any particular entities within the organization. HP Enterprise Services UK Ltd was part of the global Enterprise Services business segment at HP. However, the Enterprise Services business segment is definitely not limited to HP Enterprise Services UK Ltd and references to Enterprise Services are not automatically references to that entity.

18.     Another example of a business groups or segments within the HP global organization that cut across many different business entities would be ASFO (Applications Service Field Operations) and EMEA (Europe the Middle East and Africa) referred to in Paragraph 13 below. Another HP business group which cut across the numerous business entities within the organization was the FSI or Financial Services Industry group. I was a member of all three of these HP business groups along with other similar employees from a large number of HP entities within the global organization.

19.     Based on my experiences as an employee, HP Enterprise Services UK Ltd is not maintained or operated as a separate and independent company. It does not, and I believe it

1    cannot, operate independently of the HP global organization.  It is completely integrated into the

2    HP global organization and dependent on that organization for basic corporate functions.  I

3    believe that many of the basic functions of company operations such as part of all of financial,

4    human resources, and marketing are performed, in part or in whole, by employees assigned to

5    HP or to other business entities within the HP global organization such as HP Limited and HP

6    Financial.

7        20.    The HP global organization includes a number of companies in the UK in

8    addition to HP Enterprise Services UK Ltd. I sometimes went to the main offices of HP

9    Enterprise Services Limited on Cain Road in Bracknell described in the Declaration of Peter

10   Wildish submitted in support of the MSJ. The entire building is occupied by a number of HP

11   entities including HP Enterprise Services UK Ltd and HP Limited. There was a placard on the

12   building that identified a number of different HP occupants. However, inside the building the

13   space was completely merged. There was no distinction between the offices related to HP

14   Enterprise Services UK Ltd and HP Limited or any other HP entity. A visitor or even an

15   employee would have no way of knowing which person working in the building worked for HP

16   Enterprise Services UK Ltd and which person worked for another HP entity.

17       21.    Attached hereto as Exhibit Q is a true and correct copy of one of my pay

18   statements for automatically deposited payroll while I worked for HP. My employer is identified

19   as HP. There is nothing on the statement to indicate I was working for an independent subsidiary.

20   The return Address for the pay slip is "Hewlett Packard, Cain Road Bracknell", the registered

21   address of HP in the UK. It does not mention any subsidiary. The statement says that payroll

22   queries are to be directed to the "HP portal: Careers Polices and Total Rewards≥ Total Rewards≥

23   UK payroll. This is consistent with HP's normal practice. Employees of HP Enterprise Services

24   UK Ltd including myself were referred to the central HP internet portal used by employees

25   throughout the organization for obtaining human resources information. There is a pay record

26   attached as Exhibit D to the Declaration of Peter Sales but it relates to my pay after my

27   separation from HP. I never saw any such statement until after I left my employment at HP.

28

22.     For nearly two years after the acquisition of EDS by HP, the company I was assigned to was referred to as "EDS, an HP Company" It is my understanding that in early 2010 a new company name, HP Enterprise Services Limited, UK was created. The facts and events which form the basis of my claims in this action began with a traffic accident in November of 2009, before the entity name "HP Enterprise Services UK Ltd" was created. When that name was created there was no change of any kind in day to day operations, contracts, services to customers or any other aspect of the business. It was a change of name only.

23.     Attached to the declaration of Yvonne Ben Fredj in support of the MSJ is a copy of an e mail. Ms Ben Fredj states that my signature line constitutes a statement by me that I was an employee of HP Enterprise Services UK. It states nothing of the kind. It states the opposite. The signature block is as follows:

Peter Siegel
Global CTO
Office of the CTO, Aon Account
ASFO EMEA FSI
HP Enterprise Services

There is a reference in my signature block to HP Enterprise Services but that is a reference to the global HP business segment not the company HP Enterprise Services UK Ltd. There is no specific reference in the signature block to HP Enterprise Services UK Ltd.  It appears only below the signature block as part of my mailing address. The other designations in the signature block are very significant. I am identified as a global Chief Technology officer (CTO) not limited to the UK. For an IT service provider this is the most senior technical manager on an account and a key member of the management team. The term ASFO refers to Applications Service Field Operations. There are ASFO employees throughout the HP global organization whether assigned to HP Company or one of the subsidiaries. EMEA refers to Europe the Middle East and Africa. This is also the part of HP's business to which I was assigned. HP's EMEA group includes employees assigned to any number of subsidiaries. HP has multiple subsidiaries in every country where it does business but these entities do not reflect any separateness in the operations. All of the employees in a business segment work together in an integrated way to

provide the services pursuant to HP's contracts. The EMEA designation shows that I was part of a business segment of HP and not limited to a small UK subsidiary. The term FSI refers to the financial services portion of the HP's large business enterprise business segment. Thus, this also shows that I was part of the overall HP global operation and part of a business group that cut across the various entities.

24.     My work for HP was as a technical consultant primarily in the banking and financial industries to provide integrated computer systems for customers. Most of HP's contracts and customers were international in scope. The HP customers I worked with typically had facilities in multiple countries and entered into agreements with HP for hardware, software or consulting services, or some combination of these, to be provided to its facilities in various countries. I sometimes traveled to other countries to perform work. Tasks were commonly assigned to me and instruction given to me by managers employed by other parts of the HP organization. The assignment of work to be performed for any given customer was typically made by managers who worked for HP or one of the subsidiaries within the global organization other than the subsidiary to which I was assigned.

25.     In working with clients, I was typically working on a team that was often comprised of members from parts of HP outside HP Enterprise Services UK Ltd. I so doing I would often report to and be supervised by team leaders who were employed by HP outside HP Enterprise Services UK Ltd including from HP in the US. We also made presentations to customers which indicated that HP operates on a global basis as a single integrated whole.  For example, attached hereto as ==Exhibit== R is a true and correct copy of Power Point slides which accompanied a presentation to an international HP customer, Aon, in 2010. This was a contractually required report that gave an overview of this part of the relationship with Aon. It states on slide 2 that the plan includes "All dimensions of our current and potential future work with Aon: i.e.: not just UK/EMEA or Hosting/TSS". The presentation indicates that it comes from HP as a whole. I worked on the Aon account in 2010 and 2011. Exhibit R was prepared under the supervision and bears the names of Sean Wells, Tom Rebecca, and Ian Oldfield. Sean Wells was the Global Account Executive representing HP on the Aon account and was based in

US. As the Chief Technical Officer on the team I worked under him. I received direction from Sean Wells from time to time. He "owned" the account within HP. Wells did not work for HP Enterprise Services UK Limited. Ian Oldfield was my day to day supervisor on the Aon account. He worked in the EMEA business group. His e-mail signature line indicates he did not work for HP Enterprise Services UK Limited. (See Exhibit M hereto) Tom Rebecca was HP's US account executive for Aon.  He worked for HP in the US and did not work for HP Enterprise Services UK Ltd.  I also had dealings with him concerning directives on the Aon account from time to time. There was also an executive sponsor for the Aon account (see slide 22 showing the responsible team members for HP and Aon in each area of the world) and his name was John McMullen. He was the Senior Vice President and Treasurer for Hewlett Packard Company in California. The executive sponsor on an HP global team is responsible for meeting with the client and they serve as the ultimate escalation point for direction and supervision on the account. In normal HP practice the person in Sean Wells' position would provide regular reports and updates to Mr. McMullen and directives would have come down from McMullen to Wells which would be communicate to the rest of us on the team. The Aon team described was the typical way in which the teams for the international clients I worked on were constituted and functioned on a day to day basis.  Exhibit R is an annual report that was contractually required to show how HP and Aon would work together.

  26.  HP presented to customers that it had established Standard Reference Architectures for all services it would provide. These set the standards for what technology was to be used, how it was to be configured, what the capability would be, how it was operated, and quite often went into such detail as to identify specifically what pieces of hardware and software were to be used. Customers were told that this was the key to how HP could provide consistent services throughout the world. This standardized framework was set, controlled and managed by Hewlett Packard Company. These standards directly applied to my day to day performance of my duties.

  27.  Presentations to clients were prepared using standardized presentation materials prepared and produced by HP and required by HP to be used. An example is attached hereto as

Exhibit S a true and correct copy of a template for technical documents we were required to use. In the footer, it states that it is from and copyrighted by Hewlett-Packard Development Company, LP.

28.     Attached hereto as Exhibit U is a true and correct copy of an organizational chart of the my part of the Aon account team.  A person shown as reporting to me is Tim Stevenson. Mr. Stevenson did not work for HP Enterprise Services UK Ltd. He worked for another HP company.

29.     Attached hereto as Exhibit V is a true and correct copy of a resume that was submitted to me for a transfer to my team by an employee named Edwin Cummings. As one can see he refers to his employer as only HP with no reference to a particular subsidiary.  This document and his application were sent to me internally within HP.  I received many similar documents for each major account (Aviva, Rolls-Royce, Xerox, Liverpool Victoria) that I worked on. Such transfers within HP were common and were handled the same way regardless of whether the transfer was within the same subsidiary or between two subsidiaries. Employees and managers regularly transferred between the various subsidiaries and Hewlett Packard Company.

30.     As part of the work we at HP did for Aviva, one of the major customers on which I worked in 2009, HP formed a team consisting of employees of HP employees from different parts of the company and employees who were transferred from Aviva. Attached hereto as Exhibit W is a true and correct copy of a PowerPoint presentation given to these employees which explained the integrated global team. Page 16 lists me a Chief Architect.  Page 4 sets out the HP global corporate IT services workforce (including EDS, an HP Company). Page 9 shows a chart of the HP account management team for the Aviva account. The chart lists the HR person as Cynthia Pye. Ms. Pye works for HP in the US and specializes in merging customer employees who are brought into HP's workforce in connection with HP service contracts. She told me she was an HP in the US rather than HP Enterprise Services UK Ltd. She was listed as the individual on the Aviva contract team responsible for HR. She was also responsible for and directed work of an HR team that worked on the Aviva account and which was comprised of HP human

resources workers from around the world. I do not believe any of these individuals on her HR team worked for HP Enterprise Services UK Limited. The employees for whom they performed HR services in connection with Aviva were transitioning from employment with Avivia to HP Enterprise Services UK Limited or its predecessor EDS, an HP company.   She was the HR lead for transitioning Aviva staff into EDS. an HP Company, when the HP outsourcing contract started. She made direct decisions as to what role, job title, etc, people joining HP Enterprise Services UK Ltd./EDS an HP Company would have.  The same chart lists Andy McCormack and he contributed to the presentation. Mr. McCormack worked in the Infrastructure Technology Outsourcing business area of HP.  Prior to assignment in the UK he worked for HP in Australia. I do not know exactly what company he worked for but I do not believe he worked for EDS, an HP Company in the UK or HP Enterprise Services UK Ltd. He certainly did not work for HP Enterprise Services UK Ltd. Australia. On page 10 is another organizational chart which lists Vivek Sajip as one of the team manager. Mr. Sajip also did not work for HP Enterprise Services UK Ltd. I believe he worked for Vistorm, another HP subsidiary. Note that the presentation makes no mention of the existence of HP Enterprise Services UK Ltd.

31.     I have learned that in 2012 Venkatesh Iyer and Julie Parker from HP Global Transformation Services team came from the US to review the transformation program at the HP team for Aviva in Norwich, England.  I have learned that Julie Parker is now a Director at HP Enterprise Services in Plano, Texas. There was a man from the same team who came from Massachusetts and negotiated the Terms of Service for the client. Again, HP employees from the US were involved in day to day operations of HP Enterprise Services UK Ltd.

32.     In my experience HP creates and maintains numerous different entities which it operates as an interrelated whole. In my experience these seem to change without notice and with little or no change in the actual operations. Employees and customers alike generally ignore the details of these corporate names and all consider HP to be one company. HP encourages both employees and customers to consider all the subsidiaries, including the one I worked for, as just a part of the HP organization. As employees of the EDS organization, we were told by HP at the time of the merger that we were to be merged into the HP international organization. After the

merger the employees of the former EDS were assigned to "EDS, an HP Company". We used that name for about a year and a half to two years. It appeared on certain personnel records and in certain correspondence. Other correspondence and documents simply referred to HP. Employees were told that we worked for HP and that we were part of the international HP operation.

33.     At the time of the merger we were told that the employees who had formerly worked for EDS were to be merged into the HP workforce. I was given a new job title and ranking in order to fit my position into the global HP corporate structure. I was told by representatives of HP that job descriptions and titles are consistent throughout the HP companies working in the same business segments of HP. All of the former EDS employees, including myself, were given new job titles job descriptions set by HP. I also became eligible for employee benefits offered to HP employees throughout the organization and not limited to HP Enterprise Services UK Ltd such as global employee product purchase program and stock purchase programs.

34.     At the time of the merger, a number of employment policies were established by HP. These new HP polices were applicable to all of us employed at the UK subsidiary known as EDS, an HP Company.  As employees of HP after the merger we also had to follow HP procedures established by HP as part of the global organization. This included such things as performance review processes and procedures, the reporting of work time and tasks performed, sources of information relating to employment, and reporting ethics violations and other problems. Many of these cut across the business entities within the HP global organization and applied to the employees of many or all the entities.

35.     At the time of the acquisition and merger my compensation was placed within the HP framework. I was told that my compensation had to fit within the overall HP compensation system which applies to all HP employees regardless of the subsidiary to which they are assigned. At the time of the acquisition and merger, representatives of HP came to the UK to give presentations concerning how the merged Enterprise Services group was going to operate. The presentations were not given by employees of HP Enterprise Services UK Ltd but by

employees from HP in the US. It was explained that we were going to be working as part of an

overall global integrated operation. There was an "Integration Portal" on a website we were told

to access on a weekly basis for updates on the integration of EDS and HPO globally. The website

included videos by HP executives from all over the world but primarily from the US. Joe Eazor,

an executive with Hewlett Packard Company was one of the frequent presenters. Mr. Eazor was

one of the leaders for the integration of EDS and HP and their employees. Attached hereto as

Exhibit Y is a true and correct copy of an e mail confirming the existence of the integration

portal dated July 25, 2009. This e mail and certain other e mails attached hereto do not have the

same appearance as other e mails produced. This is because these e mails were not produced by

HP in response to my discovery requests. They were saved through a server outside of HP and I

obtained the copies from my own computer without Microsoft outlook to format the appearance.

If these documents had been provided in discovery I could have produced better copies.

However, I can identify them and I was the one who obtained the copies so I know they are

accurate.

36.    After the merger there was a change in compensation. HP promulgated a global

program under which employees were to give back a percentage of their salary.   This applied

globally to the subsidiaries in the HP organization. It applied to employees assigned to HP

Enterprise Services UK Ltd. This was put in place by HP CEO Nick Hurd. Later, the new CEO

of  HP, Leo Apotheker, ordered reimbursement to affected employees. This is an example of

direct control of compensation of HP Enterprise Services UK Ltd employees by the top

management of HP

37.    The HP corporate website www.HP.com has a link for jobs at HP. If one clicks on

the link for jobs it will take the user to a webpage where you can search for jobs. A true and

correct copy of the webpage is attached hereto as Exhibit Z. This HP job search page includes

jobs in locations all over the world assigned to multiple subsidiaries such as HP Enterprise

Services UK Ltd.  Attached hereto as Exhibit AA is a true and correct copy of a list of jobs on

the HP website in Bracknell UK. Presumably all of these are working in a position assigned to

HP Enterprise Services UK Ltd or HP Limited or another UK subsidiary but the existence of the

subsidiary entities appear nowhere in the listing. Attached hereto is a copy of one of the listings that are specifically for a services position in Bracknell, UK. This is probably a job assigned to HP Enterprise Services UK Ltd and certainly is assigned to one of the UK subsidiaries. However, there is no reference in this job listing to the existence of any subsidiary. This is consistent with my experience with HP. I was always told I worked for HP. Little or no attention was paid in terms of operations to the many corporate entities created by HP.

38.     During my employment at HP I routinely received instructions, orders and assignments from HP employees assigned to HP or to other subsidiaries than HP Enterprise Services UK Ltd. For example attached hereto as Exhibit BB is a true and correct copy of an e mail dated 31 July 2008, which I received in the course of my employment with HP from Ron Rittenmyer, President and CEO of EDS, an HP Company, Plano. Attached hereto as Exhibit CC is a true and correct copy of an e-mail dated 8 May 2009, which I received in the course of my employment at HP  from Sal Como, Senior VP and Robb Rassmussen VP, both mangers with at HP Enterprise Services in the US. Attached hereto as Exhibit DD is a true and correct copy of an e mail dated 21 July 2009, which I received from Hewlett Packard Company Employment expenses management team about changes to expenses policy. Attached hereto as Exhibit EE is a true and correct copy of an e mail dated November 9, 2009, directed to me in the course of my employment at HP from Bill Thomas who was the head of EDS EMEA globally. He worked for the global corporation. Mr. Thomas was retiring and was replaced by Mike Nefken. Mike Nefkins, who replaced him in the EMEA role, eventually went on to head Enterprise Services globally and now reports to the board of Hewlett Packard Company in California. The e-mail explains "Mike and I will work closely together in the coming weeks, meeting with clients, partners and employees. During September October, we have planned a series of sessions with people managers introduce you to Mike and reiterate our priorities going forward." As described in this e mail Mr. Thomas and later Mr. Nefken managed and directed the day to day activities of the entire Enterprise Service business group including the acquired EDS customers and employees. Attached hereto as Exhibit FF is a true and correct copy of an e mail dated 23

November 2009, which I received in the course of my employment at HP from  Marcela Perez de Alonso, Executive VP for Human Resources Hewlett Packard Company.

39.     While employed at HP I was required to report how I spent my time. This was reported for billing and human resources purposes such as performance evaluation. I did this in HP's standard, global, corporate system running on SAP software.  HP staff from all over the world and assigned to the many different business entities within the HP global organization used this system.

40.     In or about 2009 there were major changes in the staffing of the Avivia account on which I was working. A human resources person came from HP in the US who managed the moving of staff from Avivia to the subsidiary to which I was assigned.  The US human resources person determined which employees would be eliminated, which employees would be transferred into positions with HP Enterprise Services UK Ltd,  and a how the jobs would be merged. The HR person from the US that decided what roles and job titles staff that were transitioning into EDS/HP from Aviva at the start of the contract were to have.  She provided many presentations to Aviva staff as to the process for transition and conducted interviews with many members of staff who were to be transitioned. At that time that subsidiary was known as "EDS, an HP Company".

41.     In the UK, HP controls many aspects of its UK and international operations through a company called HP Limited. HP Limited is not the same company as HP Enterprise Services UK Ltd to which I was assigned. HP Limited acts as a representative of the parent company and is the entity through which HP controls many of its subsidiaries in the UK and elsewhere. It is my understanding that it also performs many of the basic operational corporate functions for other HP entities such as HP Enterprise Services UK Ltd.

42.     In my experience at EDS and later HP, staff in the company that eventually was named HP Enterprise Services UK Ltd worked on accounts held by the global organization and managed globally. For example, at the time HP acquired EDS it had a single contract to supply IT services to Xerox world-wide. HP acquired that contract along with EDS. Xerox was an EDS

US based account and I did work on it in the UK as the EMEA Chief Architect. In working on Xerox I was directed by HP/EDS staff in the US as to which strategies I needed to implement.

43.     The last account I worked on was a global account held by HP to supply Information Technology services worldwide to Aon, an insurance company with, at that time, global headquarters in Chicago. I worked with Aon in London, and had HP team members on the Aon account in many countries where AON operated; including the US.I was global Chief Technical officer for that account with responsibility over services in the UK and around the world. Individuals reported to me as part of that team. Some of the employees who reported to me, such as Tim Stephenson, did not work for HP Enterprise Services UK Limited and some did. This was in keeping with all of the global teams I worked on and was a feature of the day to day operations at HP. The document attached hereto as ==Exhibit R== is a true and correct copy of a document that was embedded in another set of slides called Aon Innovation Update.

44.     All HP global organization employees use the same e-mail format and system. My e-mail address while employed at by HP was peter.sieqel@hp.com.  I received messages from Hewlett Packard  Company managers in California encouraging me and other HP employees to think of HP as one family.

45.     Employees, managers and directors transfer regularly between the various corporate entities within the HP organization. An HP employee can find out about and apply for transfer to another HP global entity and this is treated as an intra-company transfer.

46.     The employees of HP Enterprise Services UK Ltd in the positions like the one I occupied are supervised and  managed by individuals working for the HP global organization in the US and elsewhere. Individuals employed by HP-UK report to employees of other parts of the HP organization in the US in a "dotted line" fashion based on the global business segments or groups described herein. The providing of products and services to multinational customers of the HP global organization are managed and supervised by executives in the main location of the contract and in many cases that location is the United States. I regularly received instructions and orders from managers in other parts of the HP global organization as part of the operation of the business segments or groups.

47.     HP provides centralized training of employees and sets performance standards and goals that apply to employees of HP Enterprise Services UK Ltd. HP sets health and safety standards for employees of HP Enterprise Services UK Ltd. HP sets diversity and discrimination policy throughout the HP family of companies including HP Enterprise Services UK Ltd. HP sets commitments to employees as well as employee initiatives and performance indicators. As an employee of HP Enterprise Services UK Ltd I was given an HP Global policies handbook with policies applicable to all HP employees worldwide including those at HP Enterprise Services UK Ltd.

48.     HP polices control the work environment of all HP global enterprise employees including those assigned to HP Enterprise Services UK Ltd.

49.     Following the acquisition of EDS by HP there was a worldwide reorganization that led to the elimination of tens of thousands of employees worldwide. This merger and reorganization was initiated and controlled by HP and individuals from the HP global organization made the determinations as to which employees would be eliminated. In the course of this reduction HP offered transfer to positions in other parts of the HP operation outside of HP Enterprise Services UK Ltd. and its EDS predecessor. Hewlett Packard also provided severance, training, and other assistance to help laid off employees to find other work and this support was provided by companies other than HP Enterprise Services UK Ltd. and its EDS predecessor.

1    32.    As the undersigned, I hereby declare under penalty of perjury that the content of

2    the forgoing 31 numbered paragraphs is true and correct to the best of my knowledge.

3

4                                    Dated this 16<sup>th</sup> _day of July, 2013

5

6

7

8                                                        Peter Siegel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



# ESM as An Enabler of What We Sell

## Jamie Erbes

## CTO –Service Management

/// 1 / EDS Confidential



# Session Objectives

## *We will...*

- Provide Market & Competitive perspective on ESM

- Provide Client perspective on Service Management

- Share EDS perspective on ESM

- Define current, cross-functional ESM services and their business value

- Explain how to position ESM "Enterprise Services" as enablers to improve "What We Sell"

- Understand where to go for ESM help and information

## *We won't...*

- Go into detail about our own internal transformation

- Will not be discussing "SDA tools"

- Go into detail about ITIL processes and other methodologies

- Discuss details of "planned market-facing" ESM offerings

- Discuss ESM as an enabler of Multi-Supplier Integration

- Get into the details of each cross-functional, ESM Service

/// 2 / EDS Confidential



# Setting Some Context

EDS Confidential



# Multiple Meanings in the Marketplace

**ESM means many things in the marketplace…**

- *Analysts* - focused on ITIL and ITSM adoption, software vendors and Multi-Supplier Integration
- *Competitors* – focused on supporting client's ESM strategy with related Consulting Services, software and implementation services
- *Clients* – focus varies based on client's outsourcing model, ROI of ITIL, internal ESM Strategy and operational issues.
  - Some are trying to understand what it would take
  - Most implementing pieces and parts
  - Some planning to use to integrate IT Management across multiple IT Suppliers
  - All in all…ESM interest is high, adoption is increasing and maturity is low!

*When it comes to ESM…make sure you and your client are on the same page.*

/// 4 / EDS Confidential



# Multiple ESM Meanings within EDS

ESM Organization      Leveraged ESM Services      Dedicated ESM Services

**Kim Stevenson's ESM Organization**

**Leading Internal ESM Transformation**

MYP Investment in development of set of leveraged, cross-functional Enterprise services.

EDS ITIL Process Suite
+
Standard Operating Environment
+
Enterprise Service Transformation
=
Cross-functional **Enterprise Services**

New, market-facing services focused on assessing, designing, implementing and managing clients' ESM Strategies

## *Continued Transformation, Commitment and Investment!*

/// 5 / EDS Confidential



# ESM– What is it?

EDS Confidential



# EDS Defines ESM as...

**Cohesive IT management framework providing collection of standardized processes & enabling technology across IT, business unit & regional towers.**

- Applies strategic IT investments to facilitate business growth, innovation and competitive advantage
- Connects "delivery of IT" work to business value
    - Aligns IT resources and processes to business objectives
    - Addresses operational inconsistencies
- Used as a cornerstone to Business of IT strategy and approach to multi-supplier management
- Client adoption based on business impact and maturity
- A multi-year investment and transformation

/// 7 / EDS Confidential



# EDS' ESM Framework

Enterprise Service Management comprises distinct components that each address a critical element of value chain orchestration.



**Client Interaction Management**
Executive Interface Management * Common UI * Self Service * Service Desk * Status * Metrics
Service  Catalog * Reports * Communications

**1**

**3** **IT Operations**
- Service Availability
- Incident/Problem
- Change Mgmt
- Configuration Mgmt

**4** **Business Ops**
- Request Mgmt
- Asset and Lease Oversight
- Service Catalog Mgmt
- Service Level Mgmt

**5** **Development**
- Program Management
- Portfolio Mgmt
- Release Mgmt
- Code and Document Mgmt

**6** **Security**
- Threat Vulnerability Mgmt (TVM)
- Identity Mgmt
- Security Admin.
- Enterprise  Risk Mgmt

ESM

ESM

**2** **Supplier Interaction Management**
Partner Relationship Management * Common UI * Self Service * Service Desk * Status * Metrics
Supply Catalog * Reports * Communications

EDS Confidential



# *What's the Business Problem?*

## ESM Market Perspective

9  /  EDS Confidential 

# What's Driving ESM Demand?
## Business Objectives, Issues & Challenges

**Top 3 Business Objectives…**

- Revenue Growth
- TCO Reduction
- Risk Mitigation

**Supporting Business Objectives…**

- Quickly adapt to changing business demands
- Achieve & maintain alignment of IT to business
- Deliver consistent, high-quality, cost-effective service
- Reduce IT risk and IT expense
- Better Manage Multiple IT Service Suppliers

**Supporting IT Objectives…**

- IT Service Transparency - Increase control & visibility
- Increase IT interoperability
- Increase IT availability & reduce unplanned downtime
- Increase consistency in operations
- Improve productivity via standard processes & tools

/// 10 / EDS Confidential



# What's the operational problem?

## Client pain points lead to adoption of best practices to improve IT operations

- Siloed IT environment with heterogeneous IT mix is too expensive to manage and maintain

- Too many applications, too much customization and too many underutilized servers

- Struggle to meet service level agreements & faster response times for critical workloads

- Can't implement new IT projects fast enough

- Need to reduce headcount every year but the work never seems to go away

- Compliance demands are coming, and not sure how to react

- Infrastructure is at risk to viruses and security breaches



Only 9% or less of budget is left for innovation

Chart: HP, NGDC presentation, February 2007



# What's the Solution & Why?

## ESM Market Perspective

   EDS Confidential



# Service Management Adoption On the Rise

*Key Ovum Findings: ITSM/ITIL*
*Survey 2007*



- ITSM adoption on the rise among enterprise-level and mid-market organizations

- Dramatic increase in use of ITSM during past year

- Most effective IT operations organizations share key characteristics

  – Significantly engaged with ITIL

  – Much higher levels of business/IT alignment



# Reasons to Invest in Service Management

**According to Butler Group, benefits to be gained through ITSM adoption for both the enterprise and its IT organization are:**

- Foundation for adaptive, flexible, and agile enterprise.
- Cost and time savings
  - Released budget and people can support innovative projects that provide greater benefits.
- Faster time to market
  - New projects and changes can be developed and introduced more quickly.
- Improved productivity and efficiency.
- Increased business performance resulting from improved IT services.

- Business/IT alignment and support for business goals.
- Reduction of the TCO.
- Faster reaction to incidents.
- Higher availability of services and reduced risk of unplanned incidents.
- Better performance due to performance management and a holistic view of the entire IT landscape.
- Internal and external customer satisfaction.
- Improved image and reputation.

/// 14 / EDS Confidential



# CXOs See ESM As Part of the Answer



CEOs see ESM as a way to...

- Determine real-time status of IT across the enterprise and how it affects business/mission
- "Command & Control" Information for decision-making
- Gain insight to business availability
- 3rd party service verification
- Security compliance

CIOs see ESM as a way to...

- Reduce application down time
- Determine where to focus support team efforts
- Planning for future IT services
- Track and prove performance of IT Services
- Determine successful delivery of IT Services to clients



/// 15   /   EDS Confidential

EDS

# How do clients plan to address their ESM needs?

## Clients can...

- Retain ESM responsibility and perform all IT Management in house using internal Business and IT resources

- Outsource <u>discrete IT Service areas</u> and associated IT management functions to one or multiple IT Service Suppliers

- Outsource <u>multiple IT Service areas</u> to one or two Primary IT Service Suppliers

- Outsource <u>ALL of their IT Services</u> to a single IT Service Supplier

- Engage an ESM Business Partner (*SW Vendor, Consulting Firm or IT Service Provider*) to help them address it themselves

/// 16 / EDS Confidential



# How can EDS help address their ESM needs?

## EDS can perform the following roles...

1. **Discrete IT Service Supplier**

   – Cross-functional Enterprise Services embedded the way we deliver and support the **"sale of a single IT service".**  (i.e. Web Hosting)

2. **Prime IT Service Supplier**

   – Cross-functional Enterprise Services embedded in way we deliver and support "the full suite of related IT services we've sold". (i.e. Data Center Services)

3. **Sole IT Service Supplier**

   – Cross-functional Enterprise Services embedded in way we deliver and support "all functions within a completely outsourced IT environment"

4. Multi-Supplier Integrator

   – Integrate and manage specific IT functions across multiple "discrete" or "prime" IT Suppliers



# Improving What We Sell & How We Deliver

18 / EDS Confidential 

# Previous Mode of Operation

- Services sold and managed by silo
- Processes differ by client, by region & by IT tower
    - No Cross-Domain Process Model
- When multiple services were sold, variation drives quality down & cycle time and MTTR up
- Similar functions (process, tools & data) were not shared x-silos

    

    

| Network | Mainframe | Mid Range | Desktop | Apps Mgmt |
|---|---|---|---|---|
| Software Distribution | Software Distribution | Software Distribution | Software Distribution | Software Distribution |
| Monitoring | Monitoring | Monitoring | Monitoring | Monitoring |
| Asset Mgmt | Asset Mgmt | Asset Mgmt | Asset Mgmt | Asset Mgmt |
| Capacity Planning | Capacity Planning | Capacity Planning | Capacity Planning | Capacity Planning |
| Reporting | Reporting | Reporting | Reporting | Reporting |
| Metrics | Metrics | Metrics | Metrics | Metrics |
| Change Mgmt | Change Mgmt | Change Mgmt | Change Mgmt | Change Mgmt |

**Independently managed Tools & processes**



Confidential



# MYP Programs Support EDS' Vision and Transformation to Enterprise Services

**Business Management Transformation (BMT)**

- Business processes aligned to ITIL Service Delivery
- Standard Financial and Asset Management tools
- Supports EDS Back Office functions

**Service Delivery Automation (SDA)**

- Delivery processes aligned to ITIL Service Management
- Standard IT Management tools
- Supports IT Operations functions of EDS-provided ITO services

**Application Development Automation, Processes and Tools (ADAPT)**

- Development and project management processes aligned to CMMI, ITIL ICTIM, and ITIL App management
- Standard Development and Project Management tools
- Support of EDS-provided architecture & development services

/// 20   /   EDS Confidential



# Standardized Work Processes





# Investments Result in New Mode of Operation
## Standard Service Management Functions



| Asset & License Management |
|---|
| Event Management |
| Ticketing & Workflow |
| Availability & Capacity |
| Business Service Management |
| Service Level Management |
| Configuration Management |

**Work is consolidated into cross-tower functions**

| Network | Mainframe | Mid Range | Desktop | Apps Mgmt |
|---|---|---|---|---|
| Software | Software | Software | Software | Software |
| Asset Mgmt | Asset Mgmt | Asset Mgmt | Asset Mgmt | Asset Mgmt |
| Capacity Planning | Capacity Planning | Capacity Planning | Capacity Planning | Capacity Planning |
| Reporting | Reporting | Reporting | Reporting | Reporting |
| Metrics | Metrics | Metrics | Metrics | Metrics |
| Change Mgmt | Change Mgmt | Change Mgmt | Change Mgmt | Change Mgmt |

- **Processes standardized across domains, regions, accounts**

- **Service Management integrate common functions across multiple services sold**

- **People work across towers**

**Tool Integration**

*Point Solution tools still required independent towers, but are now cleanly integrated into cross-functional processes and systems*

/// 23    /    EDS Confidential



# Investments Translated Into Leveraged, Cross-Functional Enterprise Services



**Enterprise Services are integrated with market-facing offerings to ensure consistent and effective service delivery & support**

- ESM Services are a combination of people, process, & tools

- Service Delivery people use Enterprise Services in the delivery of offerings

- Market-facing offerings consume Enterprise Services as they apply

/// 24 / EDS Confidential



# What's the value to EDS Clients?

**Improved IT Service visibility** as a result of...

- Increased client visibility into EDS-provided services via Client portal
- Improved visibility into the business impact of IT issues
- Increased EDS accountability to delivery of quality services
- Improved client ability to manage EDS service levels

**Rapid response and improved speed/agility**...

- EDS can recognize issues, resolve problems and service client requests faster.
- Increase the speed and quality of change and configuration management and reduce human errors.
- As a result...clients can respond faster to their own market demands and make necessary IT adjustments more quickly.
- Clients should see decreased "mean time to resolution" for ITO services and faster "response time to client requests".



# What's the value to EDS Clients?

**<u>Consistent global delivery of IT services</u>**

- Enabled by common service management processes and standard, leveraged tool-sets
- Results in:
  - improved speed to market,
  - better value for their investment,
  - predictable and consistent quality of service,
  - reduced risk associated with your IT environment globally.

**<u>Higher quality IT services</u>**...

- Enabled by improved process standardization, increased automation and the integration of the two
- Clients will receive consistent, high-quality service delivery and support.
- IT services should be more flexible, available, predictable and dependable.

/// 26   /   EDS Confidential



Making It Real

EDS Confidential

EDS

# ESM Scenario – Client A:
# Discrete IT Service Outsourcing Client

## Business Problem -

- Client suffers delivery issues in a specific IT Service area due to inconsistent staffing, processes, and technologies.

- Internal IT Services suffer from a lack of skilled personnel

- Immature cost management practices cloud CIO's view of true TCO.

## Target client characteristics -

- Client wants EDS to provide a reliable, self-contained Discrete IT Service (like Web Hosting).

- To outsource a specific IT Operations and/or Development function

- Targeted IT expertise for a specific service provided at an optimal cost

- Transparency to operational, development, or financial information in accordance with the client's existing Enterprise IT Management processes and systems

- A Discrete IT Service Supplier – and less of a business partner



# ESM Scenario – Client A:
# Discrete IT Service Outsourcing Client

**EDS Solution -** EDS provides several well-defined IT Service Offerings which can be sold in a discrete manner.  Each offering is...

- Implemented in a cost-optimized and globally consistent manner.

- Underpinned by our cross-functional Enterprise Services - providing well-defined ITIL-based IT Management processes & tools.

- Supported by consistently skilled and tooled personnel having focused expertise to deliver the offering in a global manner.

- Enterprise Services pull necessary operational, performance and financial information related to an offering into easily accessible portal formats.

  - allowing client transparent view across operational health, EDS Service performance, and cost of the offering.



# ESM Scenario – Client A:
# Discrete IT Service Outsourcing Client

**Competitive Positioning** -

- EDS has invested in a strong process and systems integration framework that enables globally consistent delivery of our offerings

- Our market-facing offerings can "plug into" a client's pre-existing ESM IT Management solutions

- This maximizes our ability to deliver consistent IT Services

- Our ESM Enterprise Services provide web-based visibility to information about the offerings clients receive from EDS

30   /   EDS Confidential



# ESM Scenario – Client B:
# Prime IT Service Outsourcing Client

## Business Problem -

- Enterprise clients often deal with inefficiencies and overspending in operations or development areas due to fragmented IT decision-making – driving process and technology deviations across the company

## Target client characteristics -

- Looks to outsource a high percentage of IT Operations and/or IT Development to a single provider

- Works in partnership to apply innovation against Business Strategy to co-produce a business-aligned IT and transformation Strategy

- Seeks to manage all aspects of IT operations in a consistent manner across all technology towers using ITIL Service Support and Service Delivery best practices

- Manage all aspects of IT Development in a consistent manner across all phases of the development cycle using SDLC and ITIL best practices

- Expects assistance with Financial Management aspects of IT (Procurement, lease mgmt, chargeback, etc)

/// 31    /    EDS Confidential



# ESM Scenario – Client B:
# Prime IT Service Outsourcing Client

**EDS Solution -** EDS made significant investment to create Enterprise Services - a cohesive set of IT Management services based on ITIL and EDS Best practices as well as an integrated enabling tool suite.

- Enterprise Services drive singular, common IT Management processes and technology solutions across various towers:

- Technology tower – Using same Enterprise Services across technology towers of Servers, Mainframe, Network, Storage, Desktops, etc enables client to have end-to-end transparency across IT landscape in terms of operational, development and IT Financial oversight

- Business Unit Towers – Transforming independently managed BU's to a common IT Management framework enables CIO to begin driving Shared Services and other efficiency programs across BU's

- Regional Towers – Transforming independently managed regions to a common IT Management framework can align IT to the needs of a Globalized business

/// 32 / EDS Confidential

# ESM Scenario – Client B:
# Prime IT Service Outsourcing Client

## Competitive Positioning -

- EDS does not "start from scratch".

- Enterprise Services are developed and running in a global mesh NOW.

- New clients are "subscribed" to the pre-existing process and technology – much like an ASP business model.

- Prime IT Outsourcing clients can optimize ROI by reaching IT Transformation goals and business results more quickly.

/// 33 / EDS Confidential



# Cross-Functional Enterprise Services

## What exactly are clients getting?



# A Few Things To Keep In Mind...

- Enterprise Services – Not entirely NEW but they are IMPROVED
- "TABLE STAKES" – Must check the ITIL box to be in the game
- Leveraged Enterprise Services first
- Private Enterprise Services handled uniquely
- Understand your client's Enterprise Service requirements
  - Offerings sold determine Enterprise Services needed
  - Some clients are unable to utilize our leveraged Enterprise Services
- You are not "selling" Enterprise Services as discrete offerings.
  - They are embedded enablers to offerings we sell.
  - They drive global consistency to the way we perform work
- **Ultimately, It's About Implementing Effective Service Management, Not ITIL for ITIL's sake**



# Three Components of EDS' Leveraged Enterprise Services

- Each service comprises a common and consistent collection of people, processes, technologies and best practices
- Services optimize delivery & support functions for EDS-provided offerings
- Enterprise Services are based on process frameworks and improvement models
- Incorporates 40+ years of EDS lessons learned and industry best practices



People          Common Process Framework          Standard, Integrated Toolset

36   /   EDS Confidential

# Enterprise Services @ EDS
## Current Scope of Cross-Functional ESM Services

**2007 Scope**

**S D A**

## IT Service Management
– **Event Management**
– **Ticketing & Workflow**
– **Configuration Management**
– **Client Portal Services**
– **Business Service Management**
– **Availability & Capacity Management**

**B M T**

## Business Management
• **Agreement Management**
• **Communications Management**
• **Procure and Lease Management**
• **Service Level Management**
• **Asset and License Management**
• **Financial Management**
• **Request Management**

**ADAPT**

## Project Management
• **IT Governance**
• **Scope, schedule and budget management**

al



# Leveraged, Cross-Functional Enterprise Services

| Service Name | Description | Value Statement | Key Systems |
|---|---|---|---|
| **Event Management** | The monitoring of events and the follow-on actions taken on events occurring in the environment. Typical examples of monitored events are device outage alerts (up/down) and threshold alerts (degradation or impending degradation). | •Reduced number of FTEs required to perform event management<br>•Enables best shore labor utilization<br>•Reduces false alerts, resulting in reduced labor demands<br>•Increases operator productivity after filtering 70% of alerts<br>•Increased client satisfaction due to improved response time and levels of SLA achieved | •VCC<br>•EMI |
| **Ticketing & Workflow** | EDS' methodology for service delivery that integrates ITIL-foundational processes and detailed work instructions enabled by a suite of leveraged tools.  Ticketing and Workflow is implemented globally to manage desktop, midrange, mainframe, and communications platforms. Process focus is Incident, Problem, and Change Management. | •Common global execution of ITIL service support processes<br>•Enables best shore labor strategy<br>•Performs problem management to reduce recurring incidents<br>•Common global change management solution | •**Service Center**<br>•**Asset Center**<br>•DW.Web<br>•EON<br>•RTOP<br>•eKMS<br>•**Integration – EEIB, TPIS** |
| **Configuration Management** | – Identifies and accounts for IT CIs and documenting their relationships with and to each other. EDS' Service ensures the accuracy of the CI data discovery, construction of relationship topology, and availability of the information to other ITIL processes. | •Common asset and CI data collection automation<br><br>•Impact analysis during incident management and change management activities | •**BMC Atrium**<br>•**nLayers**<br>•**Offering-specific auto-asset-detection systems (Opsware, SMS, etc)** |

38    /    EDS Confidential

# Leveraged, Cross-Functional Enterprise Services

| Service Name | Description | Value Statement | Key Systems |
|---|---|---|---|
| **Client Portal Services** | Provides consolidated IT reporting and analytic data in one Portal framework. This function is used internally by EDS account teams and externally for clients making this both an operational and informational service. | •Common data visualization and reporting infrastructure – no need to build independent solutions<br><br>•Client satisfaction improvements with 'at-a-glance' visualization of status and other information | •**CxP**<br>•**Service Excellence Dashboard**<br>•**Report Manager**<br>•**MS Report Service** |
| **Business Service Management** | Provides the client and EDS a view into its IT services and visualizes the impact of IT outages at either an operational, application, or business level. BSM includes the consultative analysis and modeling to help drive alignment between IT and the Business. | •Provide clients and accounts near real-time visualization of outage impact<br><br>•Use business terminology to relate IT elements to business processes and owners | •**Compuware Centauri**<br>•**CxP** |
| **Availability & Capacity** | Monitors, reports, and plans the availability and capacity of IT in its support of the business. | •Common data collection architectures serve multiple processes<br>•Common reporting architectures serve multiple processes | •**eSLR**<br>•**EMI  (CA Unicenter)**<br>•**Report Manager** |



# Leveraged, Cross-Functional Enterprise Services

| Service Name | Description | Value Statement | Key Systems |
|---|---|---|---|
| Agreement Management | Provides the standards and processes for monitoring the financial and delivery performance of contractual commitments. | •Enables accounts to identify and mitigate latent risks throughout the lifecycle of the contract | |
| Asset and License Management | Provides a fully documented end-to-end asset lifecycle process from procurement through the end-of-life along with supporting standards, architecture and tools.<br><br>This service is used by clients and EDS to receive accurate visibility into what IT assets are being used, where they are located, who is using them, and the cost of managing such an environment. | •Increased data accuracy<br>•Decreased SLA penalties due to increased data accuracy<br>•Increased asset utilization by auditing and utilizing Excess inventory<br>•Increased automation and reduction of manual entry | •**Asset Center**<br>•**CXP**<br>•**ITO Asset Analytics**<br>•**Blazent**<br>•**Global Receiving App**<br>•**CMDB**<br>•**ADR** |
| Financial Management | Provides client invoicing and payment services through the deployment of consistent standards, processes and global, common tools.<br><br>This service is used to gather all necessary data for the preparation of client billing statements as well as conducting financial analysis to support account forecasting and monthly close activities. | •A single global billing solution<br>•Increased audit ability through preventative and detective controls<br>•Enhanced documentation electronically captured and retained<br>•Ability to shift work to leveraged centers and best shore locations<br>•Invoice and back-up detail documentation thru Client Experience (CX)<br>•Faster client payment electronically | •**CXP**<br>•**Open Bill Express (OBE)**<br>•**Account Data Repository (ADR)**<br>•**SAP (ECC)**<br>•**Global Receiving App**<br>•**Kabira**<br>•**Singleview** |



# Leveraged, Cross-Functional Enterprise Services

| Service Name | Description | Value Statement | Key Systems |
|---|---|---|---|
| Request Management (Order To Cash) | Provides the processes and tools to integrate and automate the flow of information between EDS as a performing supplier and clients from the receipt of a purchase order through the billing and payment cycles. Information and data are efficiently validated, routed, quoted, tracked, and fulfilled within the required time frame. | •Single point of entry for client requests<br>•"End-to-end" traceability and audit ability of client requests<br>•Allows for faster client approval and order fulfillment<br>•View of idle inventory for re-use during Client shopping experience<br>•Automated information flow between MYP tools | •SAP (ECC 5.0)<br>•Requisite Catalog<br>•Asset Data Repository (ADR)<br>•Global Rec. App<br>•CXP<br>•Service Center<br>•EoE (EDS on line notification)<br>•Asset Center<br>•Kabira<br>•SingleView |
| Procure/Lease/Catalog Management | Integrates a user-friendly client shopping experience with a streamlined procurement and delivery process and supports sourcing of third-party, client and EDS leases.<br><br>The service provides the processes, tools and standards to manage the client-facing catalog obtain and validate quotes and process client commodity orders efficiently. | •Enhanced client shopping experience<br>•Global catalog with products and services that drives the accuracy of pricing, billing, asset and software license management<br>•Automation into a single procurement tool | •SAP (ECC 5.0)<br>•Requisite Catalog<br>•Asset Data Repository (ADR)<br>•Global Rec. App<br>•CXP<br>•Service Center<br>•EoE (EDS on line notification)<br>•Asset Center<br>•Kabira<br>•SingleView |



# Leveraged, Cross-Functional Enterprise Services

| Service Name | Description | Value Statement | Key Systems |
|---|---|---|---|
| **Service Level Management** | Provides the processes, standards and tools for planning, coordinating, drafting, agreeing, monitoring, and reporting on Service Level Agreements (SLAs).<br><br>The service is used for managing contracts, standards, and service improvement plans to establish correct measurements of performance and enable proactive improvement. | •Increase productivity and decrease costs<br><br>•Standard tools and processes<br><br>•Multiple new service offerings in business performance management | •eSLR<br>•Oblicore<br>•CXP<br>•ADR<br>•Siebel<br>•EoE (EDS on line notification) |
| **Communications Management** | Provides the standards and processes for planning, developing, executing and measuring internal and client communications.<br><br>This service is used by new accounts to establish a communications framework and existing accounts to standardize communications, improve quality and implement best practices. | •Increase global consistency in communications standards and practices<br><br>•Enhance the quality of internal and client account communications<br><br>•Standard processes and templates<br><br>•Leverage expertise across accounts and regions | |

/// 42 / EDS Confidential



# ESM Enterprise Services - Delivery Capability

EDS Confidential

# Standard Operating Environment Locations

**Plano**
**Purpose:** Production – Amer Leveraged Accounts
**R5.5 Go-Live:** 24 Feb 2007
**First Client:** General Motors
**General Avail:** 1Q08

**Doxford**
**Purpose:** Production – UK Government Accounts
**R5.5 Go-Live:** 24 Feb 2007
**First Client:** DWP
**General Avail:** 1Q08

**Frankfurt**
**Purpose:** Production - EMEA Leveraged Accounts
**R5.5 Go-Live:** 01 Oct 2007
**First Client:** Kraft
**General Avail:** 1Q08

**North America**

**EMEA**

**Auburn Hills**
**Purpose:** UAT/Pre-Prod/DR
**R5.5 Go-Live:**
  **Tactical:** 31 Aug 2007
  **Strategic:** 1Q08

**Russelsheim**
**Purpose:** UAT/Pre-Prod/DR
**Go-Live:**
  **Tactical:** 01 Oct 2007
  **Strategic:** 1Q08

**Burwood**
**Purpose:** Production – AP Leveraged Accounts
**Go-Live:** 01 Oct 2007
**First Client:** CBA
**General Avail:** 1Q08

**Latin America**

**Asia Pacific**





# Business Management Delivery Centers: Primary Capabilities Map

- Service Request
- Agreement Management
- UK Government Services

- Financial Management (Non-English)
- Procurement

- Service Request
- Lease/Catalog
- Asset Management
- Service Level Reporting

- Agreement Mgmt.
- Service Request
- Financial Mgmt.
- Leasing
- Asset Management
- Service Level Reporting
- US Gov't Services

- Service Level Reporting
- Asset Mgmt
- Service Request
- Reporting & Analysis

- Procure

**Doxford, UK**
**(UK Reg'l Center)**

**Troy, MI, USA**
**(US Reg'l Center)**

**Hungary**
**(EMEA Reg'l Center)**

**Wuhan, China**
**(AP Reg'l Center)**

- Financial Management (English Speaking)

**Pune, India**

**Cyberjaya, Malaysia**
**(AP Reg'l Center)**

- Procure/Catalog
- Financial Management (Spanish & Italian)

- Asset Management
- Service Request

- Service Request
- Financial Management (North Asia Languages)

**Cordoba, Argentina**
**(LA Reg'l Center)**

Regional Center

Global Service Center

/// 45 /   EDS Confidential

EDS

# ESM Costing

EDS Confidential



# ESM Financial Framework

## Three potential sources of costs to enable Enterprise Services

1) **1.3 Allocation** — A rate to help EDS recover the costs of the infrastructure and leveraged software licenses that have been purchased to build out the 3-4 global "stacks" which enable Enterprise Services. Only labor included is for steady-state maintenance.

2) **Account-specific Costs** — Modeled in a spreadsheet tool, covers acct-specific costs that may apply for optional uplifts, one-time implementation costs, and volumetric license fees.

3) **Offering rates** — Typically instrumentation-related products that are specific to an offering and necessary as data feeds into ESM systems.

/// 47 / EDS Confidential



# Why ESM @ EDS?

EDS Confidential

# EDS Involvement with ITIL
## Deep internal process expertise and extensive adoption

- EDS has been a significant contributor to the ITIL library since its inception in the late 1980s
- Our employees assisted in the writing of each release of ITIL — in 1990 and 2000, and the latest rewrite of ITIL version three
- EDS ITIL certifications:
  - **ITIL Awareness Course**    **25,523**
  - **ITIL Foundations**    **3,551**
  - **ITIL Practitioners**    **288**
  - **ITIL Service Managers**    **195**
  - **ICTIM Managers**    **16**



- EDS is also a member of the ISO/IEC 20000 executive subcommittee

- EDS is aligning ITIL Process Suite frameworks ISO/IEC 20000 (BS15000) requirements — a certification increasingly recognized as the quality standard for IT Service Management.

- EDS has employees that are ITIL examiners, as well as employees that are part of the ITIL Accreditation Board in the UK for the Information Service Examination Board (ISEB).

- EDS has a corporate itSMF membership



# EDS' Leadership Position In Market
## "A perennial delivery powerhouse..."

EDS was the highest rated firm in Forrester's most recent Global ITO analysis – ahead of IBM, HP and CSC.

According to Gartner, Forrester and Ovum – EDS is also a leader in the following areas:

– Global Delivery Infrastructure Management WAVE
– North America Desktop Outsourcing Magic Quadrant
– North America Help Desk Outsourcing Magic Quadrant
– Infrastructure Led Outsourcing Navigator – Ovum
– Integrated Desktop and Help Desk Outsourcing WAVE
– Western Europe Data Center Outsourcing Magic Quadrant
– Storage Services Magic Quadrant
– IT Sourcing Deal Transformation Management WAVE
– North American Data Center Outsourcing Magic Quadrant
– European Remote Infrastructure Management WAVE
– Western Europe Help Desk Outsourcing Magic Quadrant
– North America Desktop Outsourcing Magic Quadrant
– North America Help Desk Outsourcing Magic Quadrant
– Storage Services Magic Quadrant





# ESM Integration & Implementation Experience
## Proven Success

- 1st IT Service Provider to transform Global Delivery System in support of improved Service Management

- Proven success at GM and DWP

- Solid delivery track-record

- Commitment to continuous improvement and quality

- 100's of clients running on current capabilities

- Shaping the market in the Multi-Supplier Integration space

*NOTE: See "ESM Successes" in Appendix*

/// 51 / EDS Confidential



# Key Differentiating Messages
## In the context of EDS' Leveraged Enterprise Services

- Enterprise Service Management is how EDS delivers and supports services. It's they way we do business!  It's embedded in the offerings we create, sell and deliver.

- EDS' ESM-driven Enterprise Services help clients improve business performance by aligning IT with their business goals.

- EDS offers the industry's most comprehensive and flexible set of common and consistent IT Management processes supporting services it delivers globally.

- EDS is already delivering the depth, breadth and degree of IT Management integration that ESM makes possible.

*NOTE: See supporting messages in Appendix*

/// 52  /  EDS Confidential



# Additional ESM Resources



# Additional ESM Resources

- Upcoming Sell 2 Win Session – July 11th
- Upcoming Selling Point – July 16th
- Town Halls & Analyst Briefing Replays
- Articles – ITIL V3 and MSIM articles coming soon to infocentre and eds.com!
- Whitepaper – Coming in July! – "Multi-Supplier Integration Enabled By ESM"
- Web Sites
  - ESM Web Site: *Coming Soon with Sales & Marketing Tools!*
  - CIO Web Site:
    - SDA communications: http://cio.eds.com/orgs/ECI/sda/comm1.html
    - SDA Forum: Presentations on SDA, BMT, ADAPT and ITIL topics: http://cio.eds.com/orgs/ECI/sda/forum.html
    - SDA Forum Archives: http://cio.eds.com/orgs/ECI/sda/forum_archive.html
  - Business Management: http://www.gbm.eds.com/nlapps/default.asp

- **PEC Content – Service Management:** https://knowledgecentre.eds.com/sites/kc1/s10/default.aspx

- **Sales Tools** – Under Development for Cross-Functional Enterprise Services
  - Solution Guides
  - Collateral, Client Presentations, Qualification Questionnaires & other client-facing materials



# Who do I call...

- To get my client signed up?
  - Americas – Dee Bora
  - EMEA – Martin Fry
  - AP - Randy Fennel

- For assistance solutioning this stuff into my deal?
  - US/Canada - Mike Klein
  - EMEA - Tomaz Kalinowski
  - AP - Harry McKenzie
  - LA - Blanca Balderas



# Questions?





EDS

5400 Legacy Drive

Plano, TX  75024

jamie.erbes@eds.com

EDS and the EDS logo are registered trademarks of
Electronic Data Systems Corporation. EDS is an equal
opportunity employer and values the diversity of its
people.  © 2007 Electronic Data Systems Corporation.
All rights reserved.

/// 57   /   EDS Confidential



# Supporting Messages – Referenced in "Why EDS?" section



# Key Client-facing Messages
## In the context of EDS' Leveraged ESM Services

**Key Message:** Enterprise Service Management is how EDS delivers and supports services. It's they way we do business!  It's embedded in the offerings we create, sell and deliver.

**Supporting Messages:**

- EDS has invested in transforming and modernizing the way it delivers IT services to clients so they better align IT to their business - delivering on our commitments so you can deliver on yours.

  - EDS has embedded and integrated a unique combination of best practices and technologies into its own internal Service Management solution.

  - EDS provides proven IT services to its clients via an innovative, integrated technology and process solution that automates service delivery, support and business office functions.



# Key Client-facing Messages
## In the context of EDS' Leveraged ESM Services

**Key Message:** EDS' ESM-driven Enterprise Services help clients improve business performance by aligning IT with their business goals.

**Supporting Messages:**

• Tightly aligning the IT environment with business goals increases operational efficiency, enables new and improved revenue streams, reduces costs and boosts return on IT investment.

• EDS has the tools and processes in place today to auto-detect and visualize the interrelationships of the IT elements we support for our client.

• Through account team partnerships, EDS extends those IT associations into the client's business to help closely align IT investments with business performance.

/ / / 60 / EDS Confidential



# Key Client-facing Messages
## In the context of EDS' Leveraged ESM Services

**Key Message:** EDS offers the industry's most comprehensive and flexible set of common and consistent IT Management processes supporting offerings it delivers globally.

**Supporting Messages:**

- EDS is arguably the only IT Service Provider who has successfully completed a Service Management-focused transformation of their Global Delivery System.

  – We arguably deliver the most comprehensive and integrated set of common, repeatable services in all three primary functional areas of IT Management. -- IT Operations, IT Business Office and IT Development – as part of what it sells and promises to deliver.

- EDS has the flexibility to provide the right combination of services needed to align with a client's own internal Service Management strategy.

  – In support of the delivery of discrete IT services (like server management)

  – In a standard and consistent fashion across multiple IT service environments (in IT partnerships and outsourcing)

- EDS has integrated process frameworks and best practices for IT operations, applications and security that reach far beyond ITIL alignment.

  – A holistic approach to Service Management that encompasses ITIL as well as other best practices, including ICT infrastructure management, IT security management and IT business management

- EDS delivers common and consistent automated business processes via a standard, integrated technology stack – deployed globally to help clients manage their global business.

- EDS ESM services are extendable across multiple IT Service towers and into the client-managed portion of their IT environment.

  – Through the appropriate alignment of people to perform the Service Management function

  – With the development of detailed work-level instructions, integrated with supporting/enabling technologies, to ensure the IT data is in the system and appropriately mapped to and supporting the business process

/// 61 / EDS Confidential



# Key Client-facing Messages
## In the context of EDS' Leveraged ESM Services

**Key Message:** EDS can deliver the depth, breadth and degree of IT Management integration that ESM makes possible.

**Supporting Messages:**

- Unmatched breadth of process frameworks EDS has implemented globally in a common and consistent fashion, and the degree of integration between those process frameworks.

- Standard, integrated technology stack deployed consistently around the world to deliver common and consistent business processes

- Alignment of people to deliver and support common and consistent tool-set and processes globally

- Arguably the broadest suite of ITIL-aligned IT Services Management and IT business management business process available today delivered consistently around the globe

62   /   EDS Confidential



# EXHIBIT B



Please note that while this is a Standard EDS, an HP Company Policy, it may not necessarily apply to your specific employment, unless you have been notified by EDS, an HP Company. If you are in any doubt as to your entitlement, please contact your Business HR Representative.

# UK / Sickness & Long Term Absence Policy

| Organization: | Human Resources | Policy Number: | EDS-GB-052-01 |
|---|---|---|---|
| Contact: | Contact HR | Revision: | 01-Aug-2009 |
| | | Effective Date: | 01-April-2009 |
| | | Expiration Date: | |

## Objective

EDS, an HP Company, aims to provide provision for employees who become unable to work due to extended illness or disability. In certain circumstances, EDS, an HP Company may provide assistance to employees who become medically unfit for work and have exhausted their Company sick pay entitlement. In such circumstances the provisions of this policy may be applied at EDS, an HP Company's absolute discretion.

## Scope

This policy applies to all employees of Electronic Data Systems Limited and those of any subsidiary or associated company registered in the United Kingdom, except that it does not apply to legacy employees of Hewlett Packard Limited (or any other HP legacy entity) or HP CDS Limited. Electronic Data Systems reserves the right to amend, suspend or withdraw any section or part of this policy without notice at its absolute discretion.

In this policy references to Sickness Benefit shall mean both Company Sick Pay (see Section 1.1) and benefit under the Long Term Absence Scheme (see Section 9).

Sections 1-8 and section 10 of this policy apply to both the Company Sick Pay and Long Term Absence schemes.

In the event that an employee who is on sickness absence on the policy effective date, their entitlement to Sickness Benefit shall in the future be determined in accordance with this policy.

## Definitions

| Term | Definition |
|------|------------|
| AMS | Absence Management System |
| OH | Occupational Health |
| LTA | Long Term Absence |

# Procedural Guidelines

1.0   Exclusions
    1.1   Company Sick Pay
        1.1.1   Reference Salary
        1.1.2   Increases to Company Sick Pay
        1.1.3   Supplemental Pay
            1.1.3.1  Shift Pay
            1.1.3.2  Standby, Callout and Overtime
        1.1.4   Sales Compensation
        1.1.5   Allowances and Expenses
        1.1.6   Company Car
        1.1.7   Company Pension Plan
        1.1.8   Variable Pay
    1.2   Benefits
        1.2.1   Flexible Benefits
        1.2.2   Annual Leave
        1.2.3   Life Assurance/Death in Service Pension
        1.2.4   Share Ownership Plan
2.0   Procedure
3.0   Sickness Absence While on Annual Leave or during Notice Periods
4.0   Medical Treatment and Appointments
5.0   Repeated Short Term Absence and Disciplinary Action
6.0   Other Employment
7.0   Return to Work
8.0   Termination
9.0   Long Term Absence
    9.1   Admittance to the Long Term Absence Scheme
    9.2   Procedure
    9.3   Pay whilst on Long Term Absence
    9.4   Annual leave whilst on Long Term Absence
    9.5   Termination from the Long Term Absence Scheme
10.0 Phased Return to Work

**1.0    EXCLUSIONS**

The Company reserves the right not to pay Sickness Benefit in respect of absence resulting from a criminal act by the employee, alcohol and drug abuse or a deliberate self inflicted injury.

**1.1    Company Sick Pay**

| Length of Service** | Amount of Company Sick Pay |
|---------------------|----------------------------|
| Less than 3 months | None |

| More than 3 months and less than 1 year | 4 weeks full pay* inclusive of Statutory Sick Pay |
|---|---|
| 1 year but less than 2 years | 8 weeks full pay* inclusive of Statutory Sick Pay |
| 2 years or more | 28 weeks full pay * inclusive of Statutory Sick Pay |

\* Full Pay is defined as the employee's Reference Salary
\*\* Length of service is based on the first day of the period of sickness absence

The level of Company Sick Pay at any given time will be determined by reference to the amount of sickness absence taken by the employee in the preceding 52 weeks.

For continuous absences of 26 weeks or longer employees may be entitled to benefit under the Long Term Absence Scheme as set out in Section 9.

Sickness Benefit may not be paid to an employee who is subject to disciplinary action in respect of absenteeism.

Sickness Benefit will in any event cease when the employee reaches their contractual retirement age, takes up work elsewhere, comes to the end of their fixed term contract, dies or returns to work.

Sickness Benefit will not be paid for periods of uncertified sickness.

1.1.1 **Reference Salary**
Use of the term Reference Salary in this policy means the Reference Salary in force immediately prior to the commencement of sickness absence.

1.1.2 **Increases to Company Sick Pay**
Company Sick Pay will not be increased during the period of sickness absence. Salary increases awarded during the period of absence may be withheld at the Company's discretion.

1.1.3 **Supplemental Pay**

1.1.3.1 Shift pay will cease following a total of 1 months sickness absence in any rolling 52 week period.

1.1.3.2 Standby, Callout and Overtime may not be claimed during periods of sickness absence.

1.1.4 **Sales Compensation**
Sales compensation earned prior to sickness absence will be paid in full. During the period of sickness absence company sick pay will be based on the Reference Salary.

1.1.5 **Allowances and Expenses**
All supplements and allowances cease after a total of 26 weeks sickness absence in any rolling 52 week period.

1.1.6 **Company Car**
The company car must be returned in line with the terms of the Company Car policy.

**1.1.7   Company Pension Plan**

Membership of the Company pension scheme shall continue.   EDS, an HP Company, will continue to deduct employee contributions which would have been payable by the employee had he or she been at work.

**1.1.8   Variable Pay**

Eligibility for any of the variable pay programmes operated by the Company, including the Variable Performance Bonus and Pay for Results, will cease after a total of 26 weeks absence in any rolling 52 week period.

## 1.2   BENEFITS

**1.2.1   Flexible Benefits**

If you are on paid sick leave, and receive full or reduced pay, you will continue to receive your agreed pay and chosen benefits package and meet the full costs of your benefits during this period by way of reductions to your Flexible Pay. If you are on unpaid sick leave, EDS, an HP Company, will meet the cost of providing your myChoice Selection for the duration of your sick leave. However, if the value of your myChoice Selection exceeds the difference between your Reference Salary and your Flexible Pay, you will be required to make up the difference on your return to work. If you do not return to work, you will be required make up the difference by reimbursing EDS, an HP Company, for the total costs to the end of the benefit term.

Commencing unpaid sick leave is a Qualifying Life Event (QLE), you will have the opportunity to request changes to certain benefit choices within myChoice at that time.

Commencement of the receipt of Long Term Absence payment is also a QLE and, if accepted you will have a further opportunity to request changes to certain benefit choices within myChoice.

**1.2.2   Annual Leave**

Holiday entitlement must be taken in the year which it is accrued otherwise it is forfeited.

**1.2.3   Life Assurance/Death In Service Pension**

Employees who die whilst in service will have their life assurance and death in service pension calculated on their Reference Salary.

**1.2.4   Share Ownership Plan**

Employees are eligible to continue their participation into the Share Ownership Plan. Contributions will be based on Company Sick Pay.

## 2.0   PROCEDURE

|  | Employee | Leader | Occupational Health |
|---|---|---|---|
| Days  1 – 6 | Employee must notify their Leader or his/her deputy within 1 hour of scheduled start time or as soon as reasonably possible, | Notification to Occupational Health (OH) providing an indication of the reason for absence. | Contact made with the employee and HR where early intervention is required. |

| | with the reason for the absence, likely duration and expected return to work date. In an emergency situation or, in the event that your Leader is unable to answer the telephone , a voicemail giving the reason for absence and likely return to work date will suffice until such a time that you are able to speak to your Leader in person.<br><br>On return to work employee must complete the self certification form and send to OH for recording on the Absence Management System (AMS). | A copy of the Sickness & Long Term Absence policy and procedures will be provided to the employee. | |
|---|---|---|---|
| Day 7 | After 7 consecutive days of absence (including weekends and bank holidays), a National Health medical certificate signed by the doctor must be sent to the Leader. | Medical certificate sent to OH for recording on AMS.<br><br>By day 7 Leader to have contacted employee to enquire generally as to employee's condition and whether there are any steps the Company can take to assist recovery. | Establish if employee has returned to work, AMS updated with return date. If employee is still absent, OH and Leader will consult to reach a view on the course of action. They will then liaise with the employee regarding next steps. |
| 4– 26 weeks | After a total of 4 week's continuous or intermittent absence in any 52 week rolling period, a review will be initiated by OH where the Leader, OH and HR determine whether a referral to the Company appointed advisors is appropriate and gain employee's consent for them to contact his/her GP and for the GP (or any other medical advisor responsible for the treatment of the employee) to provide copies of any reports or records concerning the employee. Employee and Leader to complete the Long Term Absence application process and send to the HR ops team.<br><br>A second opinion may be sought should the employee's sickness absence potentially become long term.<br><br>A review to establish the optimum way of enabling the employee to recover and return to work will be held in conjunction with the employee.<br><br>The employee must contact their Leader on a regular basis to keep the Leader informed of their progress or on an agreed frequency.<br><br>After a total of 26 weeks sickness absence in any rolling 52 week period of absence and in the unlikely event of an immediate return to work the employee's account will be suspended and they will no longer have access to email or the EOS, an HP Company's intranet.<br><br>All Company assets, including laptop, PDA and mobile telephone, must be returned after 26 weeks sickness absence in any rolling 52 week period. | | |
| After 26 weeks | The employee will be considered for admittance to the Long Term Absence Scheme. | | |

Whilst on sick leave the employee must keep their Leader informed of their likely return to work date and any business that is outstanding.



The Company reserves the right to request National Health medical certificates signed by a doctor.  Failure to provide the certificate may result in the cessation of Sickness Benefit and potential action under the Company's disciplinary procedure.

The Company reserves the right to investigate any instances of sickness absence in order to assist in establishing the nature and effects of such absence.

The Company may also request a review of the employees GP medical records by a Company appointed doctor or to request an assessment by a Specialist in the area of illness. In the event the employee does not agree to such a request the Company reserves the right to reduce Sickness Benefit to a level no less than Statutory Sick Pay.

## 3.0   SICKNESS ABSENCE WHILE ON ANNUAL LEAVE OR DURING NOTICE PERIODS

Employees who become sick during scheduled Annual Leave may, at management discretion, take Annual Leave at alternative dates as agreed with their Leader, providing a National Health certificate of illness is presented on return to work.  The National Health certificate should state the nature and duration of the illness. Employees should not extend the holiday without the Leader's prior agreement.

Employees who are serving their notice must submit a self certification form and/or National Health certificates to the Occupational Health Department.

## 4.0   MEDICAL TREATMENT AND APPOINTMENTS

Where possible employees should attend medical appointments or receive treatment outside normal working hours or at times which will minimise any disruption to the business.  If appointments are required during working hours the employee must gain approval from their Leader in advance of taking the time off.

## 5.0   REPEATED SHORT TERM ABSENCE AND DISCIPLINARY ACTION

The Company reserves the right to pay only Statutory Sick Pay where there are episodes of persistent absenteeism. Persistent short term absences and repeated absences of 7 days in 4 or more instances in any 52 week period will be monitored by OH. If necessary a review will be initiated with OH, the Leader and the HR Manager. Before any such decision is made an interview will be held with the employee to ascertain the background to and reason for such absences.

Disciplinary action, up to and including termination, may also be considered in accordance with the Company Disciplinary Procedure in the following situations:

- Where there is evidence of abuse of the UK Sickness and Long Term Absence Policy
- Where an absence pattern develops which is of concern to the Company

## 6.0   OTHER EMPLOYMENT

Employees absent through illness or injury may not undertake voluntary work or be employed by another employer or on their own account.  This may be considered an act of gross misconduct and EDS, an HP Company, has the right to immediately terminate an employee's Contract of Employment.

## 7.0   RETURN TO WORK

The manager will conduct a return to work meeting with the employee following any periods of Sickness Absence.  This meeting should establish the reasons for sickness, ensure that the employee is fit enough to return to work, update the employee on

events during their absence, complete any self certification forms and ensure the employee receives any assistance and support required.

If the medical assessor appointed by EDS, an HP Company or EDS, an HP Company's agents or insurers assesses an employee to be fit for normal duties or any other work for which they are suitably qualified he/she will be required to return to work and Sickness Benefit will cease. The individual will return to work in their previous capacity or if this is not reasonably practicable one broadly similar.

OH will maintain contact with the employee during and following their return to work. If required an assessment of their work space will be conducted.

If the employee is able to work, but in a reduced capacity for disability or medical reasons, every attempt will be made to find suitable alternative employment and/or make reasonable adjustment in line with the Disability Discrimination Act 1995 either to their current position or any available vacancy. EDS, an HP Company reserves the right to pay a reduced salary if an employee returns to work in a lower paid capacity, or their original occupation on an adjusted basis. If there is no suitable alternative role within EDS, an HP Company, the Company reserves the right to terminate employment.

## 8.0   TERMINATION

Without prejudice to any other provision of this policy EDS, an HP Company may terminate the employment of any employee who is unable to carry out their normal duties because of illness resulting in either continuous or intermittent absences after appropriate consultation and advice from EDS, an HP Company's medical advisers, agents or insurers.

If an Employee has accrued but untaken Annual Leave entitlement at the time that their employment is terminated, a payment in lieu of such pro rated entitlement for the current Annual Leave year only will be made to the Employee on termination.

Employees' entitlement to receive the benefits set out in this policy is subject to the Company's right to terminate employment either as set out in this Section 8 or otherwise and in the event of such termination the Company shall not be liable to provide or compensate for the loss of such benefits.

## 9.0   LONG TERM ABSENCE

### 9.1   Admittance to the Long Term Absence Scheme

Admittance to the Long Term Absence Scheme (LTA scheme) is not automatic and may not be the recommended course of action to support an employee. To be considered for inclusion in the LTA scheme, an employee must meet all of the following conditions:

- Be a permanent employee of EDS, an HP Company, and be at least one year away from reaching the contractual retirement age;
- Have been absent from work and provided National Health Certificates for a continuous period of at least 26 weeks;
- At the beginning of the absence period have at least 2 years service;
- Have been assessed by a medical advisor appointed by the Company as unfit for both their normal duties and any other work for which they are suitably qualified; and
- Where appropriate any other conditions imposed from time to time by the Company or its insurers.

### 9.2   Procedure

A Specialist report will be requested and upon receipt a review of the case will take place by an internal board which will consist of the employee's manager, an OH Advisor and the HR Manager. The internal review board will consider the case and where the board considers that all of the above criteria have been satisfied the employee will transfer to the LTA scheme.

If the board decides that the employee does not satisfy the criteria for transfer to the LTA scheme the employee may use the formal Company Grievance procedure to appeal against the decision.   If the outcome of the appeal remains negative the employee will be expected to return to work.   Failure to return to work may result in disciplinary action, up to and including the termination of employment

Upon entry to the LTA scheme, regular independent medical assessments of the employee by a medical advisor appointed by EDS on HP Company or their agents or insurers will establish the employee's fitness to return to work.   In the event that the medical advisor is of the opinion that the employee is fit to return to work either to undertake either their normal duties or any other work for which they are suitably qualified, then eligibility to receive benefit under the LTA scheme will cease.

Whilst on LTA, the manager will keep the employee informed of any business related changes that have an impact on the employee's terms and conditions of employment.

**9.3   Pay whilst on Long Term Absence**

An employee will receive benefit based on their chosen benefit level at the beginning of the myChoice year. This will be either 40%, 50%, 60% or a maximum of 75% of Reference Salary, less Employment & Support Allowance (ESA), for a maximum period of 5 years whilst on the LTA scheme. The maximum benefit limit is £300,000 per year.

**9.4   Annual Leave whilst on Long Term Absence**

Annual Leave continues to accrue during any period of Long Term Absence but is forfeited if not taken during each leave year.

**9.5   Termination from the Long Term Absence Scheme**

Providing that the conditions for receipt of benefit under the LTA scheme continue to be satisfied the employee will receive benefit under the scheme for a maximum of 5 years.   After 5 years the benefit will cease.   At that stage, in the event of there being no prospect within the immediate future of the employee returning to work in either their previous capacity or any other work for which they are suitably qualified the Company reserves the right to terminate the employment of the employee.

An employee whose employment terminates during or at the end of any period of Long Term Absence will receive a payment in respect of any accrued but untaken Annual Leave for the leave year in which the employment terminates only.

An employee who returns to work following a period of participation in the LTA scheme may in the future be entitled to participate in that scheme on the following basis:

- The criteria in Section 9.1 must be satisfied and specifically the employee must have been signed off from work continuously for a further period of 52 weeks; and,

- The period of any future participation in the LTA scheme shall be reduced by the period of any previous participation, such that total participation during employment is no more than 5 years. For example, an employee who had participated in the LTA scheme for 2 years and who then returned to work would in the future be entitled to participate in the LTA scheme for a maximum period of 3 further years (5 years in total).

## 10.0 PHASED RETURN TO WORK

In the event that following a period of sickness absence an employee returns to work on a part time (including reduced hours) basis, the following provisions will apply:

- For the hours or days that the employee actually works, the employee will be paid a pro rata entitlement.

- For the hours or days when the employee does not work they may receive a pay supplement based on the Sickness Benefit that they would have received had the period of sickness absence continued (the "Supplement").

In the event that, following their return to work, the employee's hours change (but the employee remains on a part time basis) the amount of the Supplement will be adjusted.

The Supplement (including any adjusted Supplement) shall be paid for a maximum period of 6 months starting with the first day that the employee returns to work.

The Supplement scheme is offered on the basis that it will assist employees to return to work. The Company reserves the right to withdraw or reduce Supplement payments in appropriate circumstances, for example, on medical advice or if is considered that there is or has been abuse of the scheme by an employee.

A Supplement will only be paid if the return to work on a part time basis results from a recommendation/advice given by a medical advisor.

Entitlement to the Supplement will cease after 6 months; if after that time the employee continues to work on a part time basis they will receive remuneration based on the amount of time worked.

## Revision History

| Revision | Description of Change |
|---|---|
| 01-Apr-2009 | Conversion to HP template and process change |
| 29-Jul-2009 | Amendment to Sections, 8 & 9.5. Addition of Section 9.4 |
| 01-Aug-2009 | Updated to reflect the change in sickness absence recording and process |

# EXHIBIT C

| | |
|---|---|
| **From:** | Siegel, Peter |
| **Sent:** | Thursday, December 17, 2009 9:50 PM |
| **To:** | Parry, Peter |
| **Subject:** | RE: Discontinuation of BT broadband and BT telephone line services |
| **Importance:** | High |

I was doing a very quick scan of emails to see if my expenses have been sorted out yet and this popped up.  As previously discussed, I will be unable to do my job for at least two days a week without the phone line and broadband capability (I have no personal requirement for broadband as my iPhone does everything I need internet access for and I get no reception on my work mobile at home).  What do I need to do to ensure that I still have all the necessary tools to do my job?  Please respond to my personal email address at peter.siegel@gmail.com

Thanks for your help.

Peter Siegel

---

**From:** Communication, Internal
**Sent:** 17 December 2009 13:59
**Subject:** Discontinuation of BT broadband and BT telephone line services

December 17, 2009

To:       All employees with a BT telephone line and/or BT broadband service, currently paid
From:    for by HP Enterprise Services.
          HPIT

Subject:

          Discontinuation of BT broadband and BT telephone line services

Following the recent changes to the remote workers IT connectivity services and the subsequent clarification on the policy from Nick Wilson, UK&I MD & ES VP, this mail is for employees in receipt of Broadband and Telephony services centrally procured by HP Enterprise Services.

This email outlines the steps that you are required to take in order to align with the UK Broadband Costs policy and applies regardless of whether you have an exception to the remote workers IT connectivity policy or not.

The current service delivered centrally by HP ES must now be transferred to a personal residential contract in the name of the employee. There are three options available but in making a decision which option to use, you should remember that Business Calls from Home service (BCfH)* is only available on a BT line.

## BT TELEPHONE LINE (& BT BROADBAND)

### Option 1

Where the employee no longer requires either the telephone line or broadband service the employee must request a cease, HP ES will instruct BT to terminate both services.

### Option 2

Retain only the telephone line (in order to use the BCfH service). HP ES will submit a cease request for the broadband service only. BT will set up a new residential line contract in the employees own name, and charge line rental at the prevailing BT rate (£11.25/month on 1st Dec 09).

### Option 3

Retain both services. Where the employee requires both the telephone line and broadband service and agrees to have the service transferred in to their own name. HP ES will submit a transfer request to BT who will set up a new contract in the employees own name. (Broadband charges from £15.65 limited to 10GB per month  to £29.41 for full unlimited download cost + line rental at the prevailing rate £11.25/month on 1st Dec 09.)

Once you have selected the appropriate option <u>click here</u> to submit and confirm your request here

**<u>Take Action now  - you have until 8th January 2010 to select an option, failure</u>**

30

## **to respond will result in the services being terminated without further notice**

Employees must select their appropriate option as soon as possible in order for the request to be submitted to BT.  If no response is received by 8th Jan 2010 then both telephony and broadband services will be ceased automatically on that date.  The transfer of any services to the employee should be completed by 15th Jan 2010 but no later than the 30th Jan.  As the current contractual arrangement is between HP ES and BT, BT is unable to take instructions from employees in person.  If you have any questions please email
UK&I IT Services

Regards

Steve Whitbread

*The Business Call from Home (BCfH) service provides EMEA HP with the ability to call national, international and (in most countries) local numbers at HP's low call rates. To order BCfH go to http://svccatalog-pro.austin.hp.com/Default.aspx  and from the service catalogue select Telephone and Voice Services then Business Calls from Home

For more information about BT Residential services visit www.bt.com

| | |
|---|---|
| **From:** | Parry, Peter |
| **Sent:** | Friday, December 18, 2009 12:46 PM |
| **To:** | Siegel, Peter |
| **Cc:** | peter.siegel@gmail.com |
| **Subject:** | RE: Discontinuation of BT broadband and BT telephone line services |
| **Attachments:** | Discontinuation of BT broadband and BT telephone line services |

Peter,

There is no options but to cancel the lines – the BCfH will help if you look at that. Else you will have to attend a HP office with hot desk capability.

I've tried to get this sorted but this is the policy.

Peter

**From:**        Siegel, Peter

**Sent:**        Tuesday, January 12, 2010 1:37 AM

**To:**          Parry, Peter

**Subject:**     Back on the clock


Peter,


I am now back on the clock, working as and when I am able.  Currently I am in Norwich.

Since my home phone line and broadband have been cut off I have no connectivity when at home, nor do I get reception on my mobile as previously discussed. What do we have to do for me to get the 3g iPaq that you approved several (at least six or seven) months ago so that I can get on a 3g network and hopefully get reception. Also, what do we need to do to get me a 3g dongle for my laptop so that I can have mobile connectivity? If we go by policy I cannot travel to an office without pre-travel approval, but I cannot submit a pre-travel approval because I have no connectivity at home, Catch-22...

I also understand that we should have has a discussion regarding  bonuses that are being paid out at the end of this month, when can we have this conversation? Overall, my satisfaction with HP as an employer is pretty low at the moment, it's people like Andy Guile and my team in Norwich (including the client) that keep me going.  As you know, I have not received any raise at all since I joined the company almost four years ago, this is really not acceptable, especially since the market for our skills is quite buoyant at the moment.  Not a happy bunny at the moment...

**Peter Siegel**

---

| | |
|---|---|
| **From:** | Parry, Peter |
| **Sent:** | Tuesday, January 12, 2010 11:17 AM |
| **To:** | Siegel, Peter |
| **Subject:** | RE: Back on the clock |

Peter,

Glad to hear your back – did I send you the forms or point you at the web site for you to complete and return to me? Did you also speak with Occupational Health? I know you have worked on and off so what was the first date from which you were continually off ill?

Not sure what happened to the phone but we are, as you will see from the email I sent yesterday, in another no purchase phase.

I will set up an appointment to discuss performance, to replace the one when you were off, – although HP is not an employer who give pay rises as far as I can tell but I will explain. As regards working from home as explained in my earlier mail if you can't do this effectively then you will have to travel to the nearest HP office with hot desk facilities and which can provide the connectivity and communications links require – this is the HP policy.

Peter

# EXHIBIT D

**From:** Parry, Peter

**Sent:** 02 December 2009 09:54

**To:** HRBPO_Ops_UKI_CHE

**Subject:** Staff Sickness

One of my team, Peter Siegel (80136955) was injured in a car accident on his way to a clients site on the 16th November, he has spent a number of days in hospital. He has tried to do some work todate but only on a part time basis and has just informed me that the doctors have advised him not to return to work until at least the 14th December. As this injury was suffered on HP business is there anything special I need to do?

Please advise if I need to do anything else.

Thanks for your assistance.

Peter

---

**From:** HRBPO_Ops_UKI_CHE
**Sent:** Wednesday, December 02, 2009 04:27
**To:** HRGBS UKI LOA
**Subject:** FW: Staff Sickness

FYA

R
sabari

# EXHIBIT E

| From: | HRGBS UKI LOA |
|---|---|
| Sent: | Thursday, December 03, 2009 12:27 PM |
| To: | Laurine Divya, S (HR Ops) |
| Subject: | FW: Staff Sickness |

FYA

R,

Divya

---

| From: | HRGBS UKI LOA |
|---|---|
| Sent: | Monday, December 07, 2009 2:38 PM |
| To: | Parry, Peter |
| Cc: | HRGBS UKI LOA; Laurine Divya, S (HR Ops) |
| Subject: | RE: Staff Sickness |

Hello Peter,

Request you to raise a Contact HR case with the employee names, id, the start date of sick leave etc. Once we receive the case we'll let you know on the further steps.

Regards

Laurine Divya

HR Operations EMEA - UKI
+91 44 2837 3730 office |+9144 28362610 fax

divya-s.laurine@hp.com

9

# EXHIBIT F

| From: | HRGBS UKI LOA |
|-------|---------------|
| Sent: | Saturday, December 12, 2009 1:50 PM |
| To: | Parry, Peter |
| Cc: | HRGBS UKI LOA; Aravind, Akhila |
| Subject: | RE: Staff Sickness |

Hello Peter,

Request you to complete and send the attached sickness calculation form for Peter Siegel.

Please find below the links which is available in portal.

http://hrcms01.atl.hp.com:6644/public/pages/_checklist/en_US/general_task_checklistpage_0042.htm - EDS Manager Checklist

http://hrcms01.atl.hp.com:6644/public/pages/_checklist/en_US/general_task_checklistpage_0041.htm - EDS Employee Checklist for Sickness absence

Legacy EDS HR Policies: http://hrcms01.atl.hp.com:6644/public/pages/pol_se/en_US/text_page_20110.htm

Request you to send the sickness calculation form as soon as possible otherwise the employee will get over paid.

Thank you
Akhila
On-Net: +91 44 2837 3732
Fax: +91 44 2836 2610
Mail to: akhila.aravind@hp.com

# EXHIBIT G

From:   Contact HR
Sent:    Monday, December 14, 2009 2:11 PM
To:       Parry, Peter
Subject:      Contact HR Case Id 410894  Resolution
Attachments:   Sick_Pay_Policy.pdf

Dear Customer,
The answer to the case that you submitted via Contact HR is provided below for your review.


Case Description:
-------------------------
I have a team memeber,  Siegel,Peter (80136955), who was involved in a car accident on the 16th
November whilst on his way to a clients site. He spent time in hospital and the doctors have told him he
will not be able to return to work until at least the 14th December.

What liabilities do HP have given he was on Company business. What else do I need to do other than
record him off sick?

Answer:
-----------
Hello Peter,

Please find attached the sick leave policy for your perusal. We would be sending you an email that will
highlight the process and the policy for sickness absence.

*************************************************************************
Please do not reply to this message, as it is an automatically generated email.

However, if the answer does not fully address your request you may reopen the case within the next 30
days:
1. Click on the link below to access your case and select 'Reopen Case'.
2. Please add additional explanation in the notes section to help us addressing your request.

https://crmpro.houston.hp.com:444/psp/pscrmp/EMPLOYEE/CRM/c/RC_SELF_SERVICE.RC_CASE_HD_SS.
GBL?BUSINESS_UNIT=HRSUP&DISP_TMPL_FAM_CD=CRM_HHD&CASE_ID=410894

Kind Regards,
Contact HR Team
*************************************************************************

11

# EXHIBIT H

| From: | Armstrong, Audrey |
|---|---|
| Sent: | Tuesday, December 15, 2009 6:06 PM |
| To: | Parry, Peter |
| Subject: | RE: Staff Sickness |

Good afternoon

.
.

Can you please advise Occupational Health of a contact number for Peter Seigel, being he was on his way to a client's site it could be work injury related.

Kind Regards

Audrey Armstrong

Occupational Health Administrator

Tele 0141 342 7090

Hewlett-Packard Manufacturing Limited Registered Office: 151 St Vincent Street, Glasgow G2 5NJ.

Registered No: SC103237 Scotland

The contents of this message and any attachments to it are confidential and may be legally privileged. If you have received this message in error, you should delete it from your system immediately and advise the sender.

To any recipient of this message within HP, unless otherwise stated you should consider this message and attachments as "HP CONFIDENTIAL".

15

# EXHIBIT I

# Occupational Health
# **Self certification of absence form**



| Name: | Peter Siegel | Emp No | 30180136955 |
|---|---|---|---|
| Department: | ASFO EMEA FSI Office of the CTO | | |

**Please State:**

| Date of first complete day of illness: | 22/06/10 |
|---|---|
| Date of last complete day of illness | 29/06/10 |
| Total number of work days absent: | 6 |
| Total number of work hours absent: | 45 |
| Date of return to work: | 30/06/10 |

**The reason for my absence was due to:**

Gastroenteritis resulting in a visit to A&E

…………………………………………………………………………………………………………

…………………………………………………………………………………………………………

…………………………………………………………………………………………………………

**Was a Doctor's Certificate issued?**
*(This is required for an absence of eight days or over and should be sent with this form)*

**Was this absence caused by an accident at work?**  No

**Managers comments on return to work interview:**

…………………………………………………………………………………………………………

…………………………………………………………………………………………………………

…………………………………………………………………………………………………………

…………………………………………………………………………………………………………

…………………………………………………………………………………………………………

**Signatures:**
- I certify, to the best of my knowledge, that for the above health reason I was incapable of work.

**Employee**   Peter Siegel           Date   07/07/2010

**Manager**    …………………………   Date   …………………………

**To be submitted to Occupational Health Department, Hewlett Packard Mfg Ltd,**

**Erskine Ferry Road, Bishopton, Renfrewshire. PA7 5PP**

- Hardcopy only where possible

# EXHIBIT J

From:            Employee Expense Management

Sent:            Wednesday, December 16, 2009 12:19 PM

To:              Parry, Peter

Subject:         EEM 9Z - Passive Approval Required


Dear Peter Parry,

This is to inform you that **Peter Siegel** has submitted an expense report in EEM. Below is a copy of the expense report for your review. If you approve of the expenses, no action is required.

If you do not approve of the expenses, or wish to reassign the report to another approver, please log into EEM (Approve Reports Screen) within 2 business days to reject, or reassign it. This report will be found in the 'Passive Approval' section of the Approve Reports screen.

If you need further information please visit the ER EEM home page where you can find Online Training, Frequently Asked Questions, procedures, special presentations on VAT, checking bank details, American Express topics as well as links to other sites such as the Travel Policy and American Express.

ᵢₑₐₛₑ ₙₒ - ₒₜ ᵣₑₚ₁ᵧ to this email, as it is system generated.

Best regards,
The EEM Business Team

Report Information

# EXHIBIT K

**Subject:** Hello
**From:** Siegel, Peter
**Date:** Thu, 13 May 2010 11:56:00 +0000
**To:** Guile, Andrew

Andy,

I trust this email finds you well with things progressing at Aviva. I'm just coming back from perhaps the most difficult month in my life. Short story is while we were on holiday we needed to rush to New York as my mother was unexpectedly quite ill after some routine surgery. She passed away two hours before we got there. On top of this Juniper wound up getting chicken pox and strep throat while we were in New York and we got caught up in the whole volcano thing, with getting stranded half way home in Amsterdam. This is now all behind us as we are trying to pick ourselves up and move on.

I'm still at home basically counting time and was wondering if you can provide some help to me. Your network in the company is significantly stronger than mine. Can you please provide some assistance in finding a new assignment. I am sure that if I had taken my doctors advice and stayed off work for another month after the accident we would be in an entirely different situation right now, but we are where we are, and it has been a harsh lesson learned. If the last few years account for anything, and they still do to me, I hope that you can provide me with whatever help you can in getting me productive for the company once again.

I look forward to hearing back from you. Please feel free to call me at home on 01212362648.

Regards,


**Peter Siegel**

ASFO EMEA FSI

Office of the CTO

HP Enterprise Services


Mobile: +44 (0)7973 496450

E-mail: peter.siegel@hp.com


Hewlett Packard Enterprise Services Ltd.

Registered Office. Cain Road, Bracknell, Berkshire, RG12 1HN

Registered in England no: 53415
VAT number: 432 99 5915


This email contains information which is confidential and may be privileged. Unless you are the intended addressee (or authorised to receive for the addressee) you may not use, forward, copy or disclose to anyone this email or any information contained in this email. If you have received this email in error, please advise the sender by reply email immediately and delete this email

**Subject:** RE: Performance Assessments
**From:** Siegel, Peter
**Date:** Fri, 2 Jul 2010 09:41:00 +0000
**To:** Parry, Peter


Peter,

I noticed in the HP job board that you have a current posting for a CTO-423990. Can you provide me with some more info on the position please? I really want to get stuck into an account on a long term basis.

Thanks,

**Peter Siegel**
ASFO EMEA FSI
Office of the CTO
HP Enterprise Services

Mobile: +44 (0)7973 496450
E-mail: peter.siegel@hp.com

Hewlett Packard Enterprise Services Ltd.
Registered Office: Cain Road, Bracknell, Berkshire, RG12 1HN
Registered in England no: 53419
VAT number: 432 99 5915


This email contains information which is confidential and may be privileged. Unless you are the intended addressee (or authorised to receive for the addressee) you may not use, forward, copy or disclose to anyone this email or any information contained in this email. If you have received this email in error, please advise the sender by reply email immediately and delete this email.

---

**From:** Parry, Peter
**Sent:** 02 July 2010 08:19
**To:** EMEA Finance CTO Office
**Subject:** Performance Assessments

I mentioned a few weeks ago, to those around at the time, that HP have a policy for doing half yearly reviews of objectives and asked that you have a look and update your objectives and achievements in the tools. I will be reviewing your objectives next week and will try and talk with you all about your achievements against those objectives. I will go back to the objectives set out in the Technical Leadership paper primarily around creating the appropriate:

- Vision
- Strategy
- Architectures
- Engineering output
- Operations and service delivery controls
- Governance

In addition there are the personal responsibilities of completing the necessary internal processes time sheets on time as well as mandatory training etc.. The performance assessment will allow us to modify goals and set criteria to the end of the year.

I'll send out diary notes today, so something to contemplate over the week end.

Peter


Peter F Parry ACIB
ITAC Distinguished Certified IT Architect
**Chief Technology Officer**
**Financial Services EMEA**
<< OLE Object: Picture (Device Independent Bitmap) >>

HP Enterprise Services
( Phone;+44-1562 884728)
( Cell Phone:+44 7790495124)
 E-mail:pparry@hp.com

HP Enterprise Services UK Ltd

**Subject:** New assignment
**From:** Siegel, Peter
**Date:** Mon, 23 Aug 2010 16:13:00 +0000
**To:** Guile, Andrew

Andy,

Can you please give me a call ASAP. I am looking at a potential new assignment and I have been asked to run it by you. I am available on my home number of 0121236268.

Regards,


**Peter Siegel**

ASFO EMEA FSI

Office of the CTO

HP Enterprise Services


Mobile: +44 (0)7973 496450

**E-mail:** peter.siegel@hp.com


Hewlett Packard Enterprise Services Ltd.

Registered Office: Cain Road, Bracknell, Berkshire, RG12 1HN

Registered in England no: 53419
VAT number: 432 99 5915


This email contains information which is confidential and may be privileged. Unless you are the intended addressee (or authorised to receive for the addressee) you may not use, forward, copy or disclose to anyone this email or any information contained in this email. If you have received this email in error, please advise the sender by reply email immediately and delete this email.

**Subject:** Vodafone
**From:** Siegel, Peter
**Date:** Mon, 6 Sep 2010 10:04:00 +0000
**To:** Cameron-Peck, Laura
**CC:** Brooks, David

Laura,

I trust things are going well since we last met in Stockley Park.  Recently had a conversation with David Brookes that centred around the Vodafone account and some opportunities that may exist to develop multi-year transformational plans and bringing true innovation to the client.  I think that I may be able to provide some help in this area as I have quite a bit of experience in the way that EDS and now HP develop and deliver these plans, including most recently in my role as the UK and Ireland CTO for the Aviva account.  Can you please let me know when would be the bet time for us to have a conversation?

Thanks for your time.

Regards,

**Peter Siegel**

ASFO EMEA FSI

Office of the CTO

HP Enterprise Services


Mobile: +44 (0)7973 496450

**E-mail:** peter.siegel@hp.com


Hewlett Packard Enterprise Services Ltd.

Registered Office: Cain Road, Bracknell, Berkshire, RG12 1HN

Registered in England no: 53419
VAT number: 432 99 5915


This email contains information which is confidential and may be privileged. Unless you are the intended addressee (or authorised to receive for the addressee) you may not use, forward, copy or disclose to anyone this email or any information contained in this email. If you have received this email in error, please advise the sender by reply email immediately and delete this email.

**Subject:** Vodafone
**From:** Siegel, Peter
**Date:** Mon, 6 Sep 2010 15:12:00 +0000
**To:** "de la Bedoyere", Nick
**CC:** Brooks, David

Nick,

I recently had a conversation with David Brookes where he said there was a potential opportunity in helping the Vodafone account through the creation of multi-year plans and bringing more innovation into the CTO space.  I would like to discuss what help I could provide in this space.  As you are aware, I was Andy Guile's Lead Architect for Transformation while at Rolls where I kick started programmes such as CMMI and ITIL uptake.  Since then I have served as the EMEA CTO for Xerox and most recently as the UK and Ireland CTO for the Aviva account where I was responsible for leading the team the created all the multi-year strategies and standards,  bas well as bringing new innovation proposals to the client.

Please let me know what times you are available so that we can coordinate schedules.

I look forward to speaking with you.

Regards,

**Peter Siegel**

ASFO EMEA FSI

Office of the CTO

HP Enterprise Services

Mobile: +44 (0)7973 496450

E-mail: peter.siegel@hp.com

Hewlett Packard Enterprise Services Ltd.

Registered Office: Cain Road, Bracknell, Berkshire, RG12 1HN

Registered in England no: 53419
VAT number: 432 99 5915

This email contains information which is confidential and may be privileged. Unless you are the intended addressee (or authorised to receive for the addressee) you may not use, forward, copy or disclose to anyone this email or any information contained in this email. If you have received this email in error, please advise the sender by reply email immediately and delete this email.

**Subject:** Assignments
**From:** Siegel, Peter
**Date:** Tue, 7 Sep 2010 21:52:00 +0000
**To:** Hunter, John

John,

It was good to speak with you the other day. I would be very interested in finding out more about the opportunity with Israel Telecom. As you know, I have quite a bit of experience in developing multi-year plans dealing with major transformation. My last three big assignments were as the UK&I CTO for Aviva, the EMEA CTO for Aviva, and the Lead Architect for Transformation at Rolls. I have nothing of any importance that I am working on at the moment and have immediate availability.

Give me a call and I can fill you in on the stuff that is not included in this note. By the way, we are having Juniper's 5th birthday party on Saturday the 18th from 1:30 at a pub just off of St. Pauls if you would like to come with your family.

I look forward to speaking with you again,

**Peter Siegel**

ASFO EMEA FSI

Office of the CTO

HP Enterprise Services


Mobile: +44 (0)7973 496450

**E-mail:** peter.siegel@hp.com


Hewlett Packard Enterprise Services Ltd.

Registered Office: Cain Road, Bracknell, Berkshire, RG12 1HN

Registered in England no: 53419
VAT number: 432 99 5915


This email contains information which is confidential and may be privileged. Unless you are the intended addressee (or authorised to receive for the addressee) you may not use, forward, copy or disclose to anyone this email or any information contained in this email. If you have received this email in error, please advise the sender by reply email immediately and delete this email.

**Subject:** Back in the saddle
**From:** Siegel, Peter
**Date:** Mon, 13 Sep 2010 08:30:00 +0000
**To:** Parry, Peter

Peter,

I'm back in the saddle, mostly, and need some of your time so we can figure out a long term
assignment for me. Currently I don't have much of anything to work on, what with Solvency II
ending and AON never properly engaging (they are so far down the path already I'm not sure how
much value I can add anyway, other than yelling, an I don't really fancy yelling all the time.

**Peter Siegel**

ASFO EMEA FSI

Office of the CTO

HP Enterprise Services


Mobile: +44 (0)7973 496450

E-mail: peter.siegel@hp.com


Hewlett Packard Enterprise Services Ltd.

Registered Office: Cain Road, Bracknell, Berkshire, RG12 1HN

Registered in England no: 53419
VAT number: 432 99 5915


This email contains information which is confidential and may be privileged. Unless you are the intended addressee (or authorised to receive for the addressee) you may not use,
forward, copy or disclose to anyone this email or any information contained in this email. If you have received this email in error, please advise the sender by reply email
immediately and delete this email.

Subject: Enterprise Architects
From: Siegel, Peter
Date: Mon, 13 Sep 2010 09:20:00 +0000
To: Bougourd, David
CC: Gill, EMEA CT <Sukhbinder>

David,

Sukhi Gill suggested I drop you a line. I am a CT/Enterprise Architect currently assigned to the FSI group. My most recent big assignment was as the UK&I CTO for the Aviva account under Andy Guile. I understand that you are currently looking for Enterprise Architects to work on pursuits. In the past I have done a fair amount of Business Development work and spent nine months on the Business Development team, including the first customer meeting with Tesco as well as the CTO, for a time, on one of the Road Runner pursuits. Do you have some time so we can discuss what opportunities you may have for experienced EAs on your team and where I may be able to help out?

Thanks for your time.

Regards,

**Peter Siegel**

ASFO EMEA FSI

Office of the CTO

HP Enterprise Services


Mobile: +44 (0)7973 496450

**E-mail:** peter.siegel@hp.com


Hewlett Packard Enterprise Services Ltd.

Registered Office: Cain Road, Bracknell, Berkshire, RG12 1HN

Registered in England no: 53419
VAT number: 432 99 5915


This email contains information which is confidential and may be privileged. Unless you are the intended addressee (or authorised to receive for the addressee) you may not use, forward, copy or disclose to anyone this email or any information contained in this email. If you have received this email in error, please advise the sender by reply email immediately and delete this email.

**Subject:** RE: Back in the saddle
**From:** Siegel, Peter
**Date:** Mon, 20 Sep 2010 09:18:00 +0000
**To:** Parry, Peter

Peter,

I never heard from you on Friday. Can you please give me a firm time for us to have a conversation. I have seen a listing for at least one position that you have open while I am sitting on the bench and I am confused as to why this situation exists. I am fully capable of doing my job and my last major assignment (prior to a workplace accident) was as the UK and Ireland CTO for Aviva (a major client).

Regards,

**Peter Siegel**
ASFO EMEA FSI
Office of the CTO
HP Enterprise Services

Mobile: +44 (0)7973 496450
E-mail: peter.siegel@hp.com

Hewlett Packard Enterprise Services Ltd.
Registered Office: Cain Road, Bracknell, Berkshire, RG12 1HN
Registered in England no: 53419
VAT number: 432 99 5915

This email contains information which is confidential and may be privileged. Unless you are the intended addressee (or authorised to receive for the addressee) you may not use, forward, copy or disclose to anyone this email or any information contained in this email. If you have received this email in error, please advise the sender by reply email immediately and delete this email.

---

**From:** Parry, Peter
**Sent:** 17 September 2010 09:03
**To:** Siegel, Peter
**Subject:** RE: Back in the saddle

Busy most of the day will ring you between calls – what number?

Peter

**From:** Siegel, Peter
**Sent:** 16 September 2010 18:30
**To:** Parry, Peter
**Subject:** RE: Back in the saddle

Peter,

At 18:30 on Thursday I can only assume that you plan on having this conversation tomorrow. What time is best for you?

Regards,

**Peter Siegel**
ASFO EMEA FSI

Office of the CTO
HP Enterprise Services

Mobile: +44 (0)7973 496450
E-mail: peter.siegel@hp.com

Hewlett Packard Enterprise Services Ltd.
Registered Office: Cain Road, Bracknell, Berkshire, RG12 1HN
Registered in England no. 53419
VAT number: 432 99 5915

This email contains information which is confidential and may be privileged. Unless you are the intended addressee (or authorised to receive for the addressee) you may not use, forward, copy or disclose to anyone this email or any information contained in this email. If you have received this email in error, please advise the sender by reply email immediately and delete this email.

---

**From:** Parry, Peter
**Sent:** 13 September 2010 09:54
**To:** Siegel, Peter
**Subject:** RE: Back in the saddle

Thanks Peter,

Will set something up for later this week.

Peter

**From:** Siegel, Peter
**Sent:** 13 September 2010 09:30
**To:** Parry, Peter
**Subject:** Back in the saddle

Peter,

I'm back in the saddle, mostly, and need some of your time so we can figure out a long term assignment for me. Currently I don't have much of anything to work on, what with Solvency II ending and AON never properly engaging (they are so far down the path already I'm not sure how much value I can add anyway, other than yelling, an I don't really fancy yelling all the time.

**Peter Siegel**
ASFO EMEA FSI
Office of the CTO
HP Enterprise Services

Mobile: +44 (0)7973 496450
E-mail: peter.siegel@hp.com

Hewlett Packard Enterprise Services Ltd.
Registered Office: Cain Road, Bracknell, Berkshire, RG12 1HN
Registered in England no: 53419
VAT number: 432 99 5915

This email contains information which is confidential and may be privileged. Unless you are the intended addressee (or authorised to receive for the addressee) you may not use, forward, copy or disclose to anyone this email or any information contained in this email. If you have received this email in error, please advise the sender by reply email immediately and delete this email.

**Subject:** GSS EA Team
**From:** Siegel, Peter
**Date:** Tue, 21 Sep 2010 11:03:00 +0000
**To:** Parry, Peter

Peter,

I've just spoken to Dave Bougourd about the GSS EA team that he is running. As a result of this I will be putting my name forward for a position on the team and the conversation I just had will be considered as my first interview. I am sure that Dave will be contacting you shortly to discuss the potential transfer into his team. Please feel free to contact me if you would like to discuss this.

Thanks,

**Peter Siegel**

ASFO EMEA FSI

Office of the CTO

HP Enterprise Services


Mobile: +44 (0)7973 496450

**E-mail:** peter.siegel@hp.com


Hewlett Packard Enterprise Services Ltd.

Registered Office: Cain Road, Bracknell, Berkshire, RG12 1HN

Registered in England no: 53419
VAT number: 432 99 5915


This email contains information which is confidential and may be privileged. Unless you are the intended addressee (or authorised to receive for the addressee) you may not use, forward, copy or disclose to anyone this email or any information contained in this email. If you have received this email in error, please advise the sender by reply email immediately and delete this email.

# EXHIBIT L

**From:** Whalley, Nick
**Sent:** 24 September 2010 13:44
**To:** Siegel, Peter
**Cc:** Wilkinson, Mark (EMEA SSC); Bougourd, David; Hill, Nicky
**Subject:** 2nd Interview

Hi Peter

I was hoping you could be available for a second interview with Mark Wilkinson next Tuesday 28th? The slot can 10-11 or 11-12, please advise?

I look forward to your response


Thanks and regards


**Nick Whalley**

Core Solutions, EMEA SSC
Enterprise Services
Hewlett-Packard Company

+44 7970 233926 / Mobile
nick.whalley@hp.com / Email

Planned Absence:



Registered Office: Cain Road, Bracknell, Berkshire, RG12 1HN

Registered no: 53419 England

The contents of this message and any attachments to it are confidential and may be legally privileged. If you have received this message in error, you should delete it from your system immediately and advise the sender. To any recipient of this message within HP, unless otherwise stated you should consider this message and attachments as "HP CONFIDENTIAL".

# EXHIBIT M

From: Oldfield, Ian
Sent: 06 December 2010 09:53
To: Oxton, Phil
Cc: Smith, Stephen
Subject: Text Message from Peter Siegel

Phil,

Received a text message from Peter over the weekend indicating he has been "cleared" to come back to work from Tuesday. He has, however, an MRI scan on Wednesday.

He indicated he is calling me tomorrow morning.


Ian.

Ian Oldfield
Account Executive, Financial Services
Hewlett-Packard Company

+44 7790 491259 / Tel
+44 7790 491259 / Mobile
ian.oldfield@hp.com / Email
Wavendon Tower

# EXHIBIT N

| From: | Waterfield, John |
|-------|-----------------|
| Sent: | Tuesday, January 04, 2011 11:09 AM |
| To: | Siegel, Peter; Boyadzhieva, Aglika |
| Subject: | RE: EEM 9Z - Final Reminder: Receipts Required |

Peter

The active approval doesn't normally bypass the receipt process. Have you submitted receipts, did they get lost, were there any receipts and did you have a copy?

Kind regards

John

John Waterfield

CME CTO, Vodafone Global Account

Hewlett-Packard


+44 7825 110 321

john.waterfield@hp.com

Cain Road

Amen Corner

Bracknell

Berkshire, UK.

RG12 1HN


Administrative Assistant

**Aglika Boyadzhieva**


HP Enterprise Services

Telephone: +35924898548

E-mail: aglika.boyodzhieva@hp.com

Bussines Park, Sofia, Building 8C

1766 Sofia, Bulgaria




# EXHIBIT O

**From:** Boyadzhieva, Aglika
**Sent:** 05 January 2011 13:28
**To:** Waterfield, John
**Subject:** Travel Request - Peter Siegel

I've approved the travel request of Peter ☺

Kind Regards,

Agi

### Aglika Boyadzhieva

Administrative Assistant

HP Enterprise Services

Telephone: +35924898548

E-mail: aglika.boyadzhieva@hp.com

Bussines Park, Sofia, Building 8C

1766 Sofia, Bulgaria

| From: | Waterfield, John |
|-------|------------------|
| Sent: | Wednesday, January 05, 2011 3:52 PM |
| To: | Boyadzhieva, Aglika |
| Subject: | RE: Travel Request - Peter Siegel |

Thanks

Kind regards

John

# EXHIBIT P

Admin / Technology Lab, 3 Group, Ann Livermore / 27/09/2009   19:44

Ann Livermore

EVP HP Enterprise Business

Â

< font size="2" face="Arial">Â

Â

Â

Â

Â

Â

Â

Â

Â

Â

Â

Â

To:

HP Enterprise Business Team

Â

Å

Â

< font size="2" face="Arial">From:

Ann Livermore, EVP HP Enterprise Business

Ã

Ã

;

Date:

September 23, 2009

Â

Â

Ã

Subject:

Go for growth!

Â

---

Â

HP Confidential - Internal Use Only

Â

Todayâ€™s customers are expecting more from their technology partners than ever before. Our customers look to HP to solve their technology challenges and help them achieve their business priorities.

Ã

In the past three years, we have made significant investments to build a robust portfolio. Our products are second to none, and the investments weâ€™ve made in software and services have dramatically changed who we are as a company.

Â

HP is uniquely positioned as the only company to provide a comprehensive array of solutions across services, software, servers, storage and networking. On top of that, only HP can bring it all together and deliver it any way customers want it.

Â

We have a huge opportunity for growth. Our Total Addressable Market (TAM) is $780 billion. All of the critical elements to capture a greater share of this market and grow our business are at our disposal. We have a great opportunity to go for growth.

Â

I have decided to take three actions to accelerate growth:

Â

Â·Â Â Â Â Â Â Â Â  Merge TSG and EDS to create the HP Enterprise Business

In recognition of the impact that EDS has made on HP, the Technology Solutions Group will be renamed HP Enterprise Business. The addition of EDS, which represents 67% of our Total Addressable Market, has

dramatically changed the makeup of our business and significantly increased the market opportunity for HP.

Ã

EDS will be renamed HP Enterprise Services to combine the power of the HP brand with the strong services brand equity that EDS has built over decades. The service delivery excellence that defined EDS plus HP's best-in-class technology and innovation is a powerful combination.

Å

* Increase Total Addressable Market (TAM) coverage for the Global 1000

The top 1000 customers represent 51% of our market opportunity. They want HP to approach them with a plan for how we can help them use technology for better business outcomes. They expect consistent global capabilities and integrated offerings. Our goal is to cover the top 400 of these accounts with dedicated accou nt general managers and the next 600 with coverage of one account manager for every 2 to 4 customers. In FY10, we are adding account management roles in each region to increase our coverage. With these investments, we can better serve our customers and grow our business with them.

Å

* Expand TAM coverage for ESSN and TS with additional specialists

A key goal for us is to provide the maximum TAM coverage for all of our businesses. For Enterprise Storage, Server and Networking (ESSN) and Technology Services (TS) it is critical that we improve our coverage to drive growth. Peaked Executive Account Managers (EAMs) are specialty representatives that have taken on the account leadership roles. For FY10, peaked EAMs will either be assigned to one of the G1000 accounts or to a BU specialty sales force and retain their account leadership responsibilities.

Â

In July, we announced that all ESSN and TS sales and select channel marketing resources previously managed under Solutions Partner Organization (SPO) would move to ESSN and TS. This decision was made to enable fast decision making and turnaround time for partners. It also allows us to deploy resources in a better integrated plan across the channel, inside sales and sales representatives. We began the SPO transition on August 1st and the full transition will be complete by October 31.

Â

HP Software & Solutions will remain in its current model with a few minor adjustments at the region level.

Â

These actions represent a natural evolution of the growth strategy we have been executing for several years. By expanding our coverag e and refining our business models, we will be better positioned to capture share and drive growth.

Â

HP has built a solid reputation as a company that customers trust. We deliver the outcomes that matter for our customers today and in the future.

Â

I want to thank you for your commitment and focus on our customers. With your support, we will take advantage of the significant growth opportunities ahead of us.

Â

Â

Regards,

Â

Ann

Â

Â

< font size="2" face="Arial">Â

Â

Â

Â

Technology for better business outcomes

Â

Â

Â

# EXHIBIT Q



invent

ROYAL MAIL

POSTAGE PAID GB
HQ 8589

STRICTLY PRIVATE AND CONFIDENTIAL

MR P SIEGEL          6387
17 AMAZON LOFTS
TENBY ST
BIRMINGHAM
WEST MIDLANDS
B1 3AJ

IF UNDELIVERED, PLEASE RETURN TO:

Hewlett Packard, Cain Road, Bracknell, Berkshire RG12 1HN

## YOUR TOTAL ACTUAL SALARY STATEMENT EXPLAINED

This statement, which forms part of your contract of employment, updates
last month's Total Actual Salary Statement.

Basic salary, allowances, deductions and adjustments which appear before
the Total Actual Salary line are elements used by the Company for internal
comparisons and for comparing with the market generally. The Total Actual
Salary figure shows your basic contractual pay entitlement.

**hp invent**

**PAY DATE** 21/02/2011 **EMPLOYEE ID**
30160136955

## TOTAL ACTUAL SALARY STATEMENT
### - SEE REVERSE FOR FURTHER INFORMATION

| FLEXIBLE BENEFIT OPTION | MONTHLY EMPLOYEE COST | MONTHLY TAXABLE VALUE | PAY ELEMENT | ANNUAL VALUE |
|---|---|---|---|---|
| CHILD CARE VOUCHER < £243 | 243.00C | | BASE SALARY | 85001.04 |
| CHILD CARE VOUCHER > £243 | 157.00C | 157.00 | | |
| CRITICAL ILLNESS EMPLOYEE | 11.10C | 11.10 | FLEX FUND | 9444.00 |
| CRITICAL ILLNESS PARTNER | 10.00C | 10.00 | | |
| DENTAL | | | TOTAL PAY | 94445.04 |
| GROUP INCOME PROTECTION | 49.07C | | | |
| HEALTH CASH PLAN | | | | |
| HEALTH SCREEN EMPLOYEE | | | INVESTMENT PLAN | 425.01C |
| HEALTH SCREEN PARTNER | | | | |
| LIFE ASSURANCE EMPLOYEE | 27.94C | | | |
| LIFE ASSURANCE PARTNER | 3.36C | 3.36 | | |
| ANNUAL LEAVE | | | | |
| MEDICAL | 238.58C | 238.58 | | |
| PERSONAL ACCIDENT CHILD | 5.52C | 5.52 | | |
| PERSONAL ACCIDENT EMPLOYEE | 16.00C | 16.00 | | |
| PERSONAL ACCIDENT PARTNER | 16.00C | 16.00 | | |
| RETAIL VOUCHERS | | | | |
| TRAVEL INSURANCE | | | | |
| VINE | | | | |
| FLEXEBMP | | | | |
| AVIVA | | | | |
| **TOTAL** | 777.57C | 457.56 | **TOTAL ACTUAL SALARY** | |

---

**hp invent**

**PAYSLIP**

**MESSAGES**
PAYROLL CAN BE CONTACTED HP PORTAL:
CAREERS, POLICIES & TOTAL REWARDS>TOTAL REWARDS>UK PAYROLL

| EMPLOYEE NAME | P SIEGEL | TAX CODE | 647L | PAY DATE | 21/02/2011 |
|---|---|---|---|---|---|
| EMPLOYEE ID | 80136955 | TAX BASIS | 0 | SORT CODE | 201174 |
| NI CATEGORY | A | TAX PERIOD | 11 | ACCOUNT No | ****9120 |
| NI NUMBER | PX943717B | TAX Ref | 362/S400 | ACCOUNT Ref | |

| PAYMENTS | UNITS | VALUE | DEDUCTIONS | VALUE | YEAR TO DATE TOTAL | |
|---|---|---|---|---|---|---|
| SALARY | | 7870.42 | TAX | 2010.67 | TAX | 22118.93 |
| BBMP NTX | | 343.20 | NAT INS | 381.48 | NAT INS | 4191.87 |
| PLEXPBHI | | 425.01C | | | | |
| FLEXGRIP | | 49.07C | | | | |
| FLEXOTHR | | 728.50C | | | | |
| FLEXTX | 300.56 | | | | | |
| FLEXTXNI | 157.00 | | | | | |
| | | | | | TAXABLE YTD | 78378.88 |

| TOTAL ACTUAL PAY | 7011.04 | TOTAL DEDUCTION | 2392.15 | NET PAY | 4618.89 |
|---|---|---|---|---|---|



# EXHIBIT R

# Annual Report Appendix A Aon:HP Strategic Partner Plan

Version 2 – Post review with Andy Elton (Aon's Global Relationship owner for HP)

6 September 2010

© 2010 Hewlett-Packard Development Company, L.P.
The information contained herein is subject to change without notice.

# HP context for this meeting

- Entering period of planning for HP:
  - We call this the Account Business Plan (ABP)
  - We use a business driven approach as the foundation: Business Value Framework (BVF)
    - …..where Aon is going as a business?
    - …..how Aon IT and HP can help drive and support this?
  - Plan covers :
    - All dimensions of our current and potential future work with Aon: i.e.: not just UK/EMEA or Hosting/TSS
    - Full HP portfolio
    - A time horizon for 2011 and beyond

- Agreed in principle with Andy Elton and Adam Stanley to undertake planning jointly - now need to make this happen.  A first review (Plan Version 1) was undertaken with Andy Elton and Peter Middlemiss on 5 August.  This document represents the output of that meeting

- Objectives for today:
  - Share with you latest status of the Aon:HP thinking
  - Discuss Aon plans as they are developing
  - Agree next steps for further work with and beyond this group

# Contents

- Aon and HP joint aspirations

- Our understanding of Aon strategic priorities

- HP focus areas and goals for working with Aon as at June 2010:
    - Technology Solutions and Services:
        - Data Centers/Application Services
        - End User Services
        - Telecom and Network Services
    - Global/Cross-Business Groups:
        - Corporate Systems
        - IT Risk Management
    - Business Units:
        - Global Products
        - Risk & Insurance Brokerage Services:
            - Aon Risk Services
            - Aon Benfield
        - Aon Consulting/Aon Hewitt
    - Underpinning capabilities:
        - Hardware, Software and Sourcing
        - Futures

- Joint working:
    - Teaming across the focus areas
    - Bi-directional business



3

# Aon and HP joint aspirations as strategic partners



**…as the number one insurance broker and best employee benefits consulting firm in the world**

**…aspires to be 'universally recognised as the Pre-eminent Global Professional Services Firm focused on Risk and Human Capital Solutions'**

**…by delivering on its strategic commitments, financial metrics and key initiatives**



**……as the world's largest technology company**

**……aspires to be 'universally recognised as Aon's Pre-eminent Technology Partner'**

**…by delivering the full HP portfolio, enable Aon to deliver its strategic commitments, financial metrics and key initiatives**

 

### Aon IT and HP as Strategic Partners
***To be discussed:***

**As strategic partners, we jointly aspire to…**

**…be trusted advisors to our clients; bringing both global and local engagement; under a proactive, open and agile engagement style; drawing on the full range of our capabilities; enabling us to deliver on our promises and add breakthrough value over and above simply keeping the lights on; and thereby…**

**…grow our respective businesses and value to Aon**



# Our understanding of Aon strategic priorities

| ASPIRATION: | Pre-eminent Global Professional Services Firm focused on Risk and Human Capital Solutions<br>Grow Shareholder Value | | |
|---|---|---|---|

| STRATEGIC COMMITMENTS: | Deliver Distinctive Value To Our Clients | Attract and Retain Unmatched Talent | Deliver Operational Excellence |
|---|---|---|---|
| FINANCIAL METRICS: (and Q2'10 results) | Organic Rev. Growth<br>----------------------------<br>Decline by 1% | Pre-Tax Margin<br>----------------------------<br>Target: Brokerage 25%<br>Target: Consulting 20%<br>Actual: Brokerage 21% (up 2%)<br>Actual: Consulting 14.8% (down 0.2%) | Earnings Per Share<br>----------------------------<br>Increased 7% to $0.81 |

**BUSINESS INITIATIVES (End '09/ Q2'10):**

| *Aligning Global Capabilities To Serve Clients* | *Investing Significantly In Our Capabilities* | *Delivering Operational Excellence* |
|---|---|---|
| Growth through acquisitions<br>Global capability/coordination<br>Local execution<br>Global platforms<br>Aon Broking/GRIP platform<br>Client Promise<br>Manchester United and other sponsorship<br>Retail presence | Add new talent<br>Add new capabilities<br>Aon Benfield integration<br>Invest heavily in emerging markets<br>Product innovation<br>FAConnect and GRIP<br><br>Hewitt Associates acquisition | Investing in the business for long term growth<br>Remove inefficiency/cost from non-client facing areas<br>Efficiency and productivity (not cost cutting)<br>Restructuring programme<br>Return of capital to shareholders |

**DELIVERED THROUGH Aon:HP FOCUS AREAS:**

Technology Solutions and Services: Data Centers/ Application Services; End user Computing; Telecom and Network Services

Global/Cross Business Groups: Corporate Systems; IT Risk Management

Business Units: Global Products Group; Aon Risk Services; Aon Benfield; Aon Consulting/ Aon Hewitt

Underpinning Capabilities: Hardware, Software and Sourcing; Futures

*Sources: Aon announcements; Aon:HP discussions; HP analysis*



5

# HP focus areas and 12 month goals for working with Aon: Technology Solutions and Services

As at August 2010 – subject to periodic review and revision with Aon

**Data Centers/ Application Services:**

….to be the Strategic Partner of choice and deliver on our promises e.g. resulting from 2009 renewal

...work globally to support Aon's hosting strategy and any direct Business CIO requirements

…in EMEA, make the UK the hub for further geographic/application based consolidation

…in APAC, support the emerging hosting agenda

…in the US, increase HP's share of wallet viz a viz CSC/other vendors

…for Aon Hewitt, work closely with Aon to define and deliver the integration

…drive breakthrough initiatives such as Disaster Recovery (Spain/EMEA) and Cloud

**End User Computing:**

…deliver German EUC as the foundation for the Global EUC model

…deliver further EUC implementations, initially in NL/Belgium/ France, as well as emerging requirements in Latin America, Canada and APAC

…implement the BPOS helpdesks and drive with Aon the growing Service Management agenda

…forge a Strategic Partner relationship through HP investment in an EUC Advisor role

…through this, further define and support delivery of the EUC vision and work on a staged basis to implement key elements of this across Aon BUs/geographies

…for Aon Hewitt, work closely with Aon to define and deliver the integration

**Telecom and Network Services:**

…recognising other Aon strategic partner relationships, explore if there are any specific areas where HP can add value

…showcase newly expanded HP Networking solution set (i.e. including 3Com acquisition) as a basis for future discussions

6



# Data Centers/Application Hosting

## Data Centre Vision



| Current State | Enablers | Future State | Benefits |
|---|---|---|---|
| | Rationalise the data centre portfolio | | Improved P&L |
| | Standardise data centre technologies | | Balanced Cost & Service |
| | Virtualise and consolidate the server estate | | Improved Agility and Flexibility |
| | Establish a service-based delivery model | | Reduced Risk |
| | Optimise supply arrangements | | Reduced Environmental impact |
| | Apply globally consistent controls | | |
| | Build agile and scalable shared platforms | | |
| | Implement global governance | | |

*ROADMAP*

AON IT



**Data Centers/ Application Services:**

….to be the Strategic Partner of choice and deliver on our promises e.g. resulting from 2009 renewal

...work globally to support Aon's hosting strategy and any direct Business CIO requirements

…in EMEA, make the UK the hub for further geographic/application based consolidation

…in APAC, support the emerging hosting agenda

…in the US, increase HP's share of wallet viz a viz CSC/other vendors

…for Aon Hewitt, work closely with Aon to define and deliver the integration

…drive breakthrough initiatives such as Disaster Recovery (Spain/EMEA) and Cloud

**Relevant Aon KPIs or Operational Objectives?**

….TBC

….would encompass:

-Application availability

- Cost

-Consolidation measures

**Current HP work at Aon:**

- UK infrastructure technology outsourcing
- Ireland data centre
- Provision of hardware solutions in various Aon operations globally

## STRATEGIC INITIATIVES:



| | 2010 | 2011 | 2012+ |
|---|---|---|---|
| **Overall** | | Aon Hewitt Integration | |
| | | Standardise on HP Hardware | |
| | | Develop Cloud Computing Service | |
| | | Service Management – initial and subsequent roll-out | |
| **North Am** | SAN Migration | Cloud Storage | CSC Contract Ends 2014 |
| **Lat Am.** | Peoplesoft | Enterprise and Remote Back-up Solution | |
| **UK** | | UK Datacentre Transition and Transformation | |
| **EMEA** | Aon Benfield UK integration of infrastructure and support | Consolidate into UK Datacentre – by Application and Geography | |
| | | EMEA Disaster Recovery | |
| **Australia** | Australia Datacentre Strategy | | |
| **APAC** | | APAC Datacentre Strategy | |

⭐ HP Delivery   ⭐ Under discussion with HP



7

# End User Computing

Aon Global Desktop Offering



| End User Computing: | Relevant Aon KPIs or Operational Objectives? | Current HP work at Aon: |
|---|---|---|
| …deliver German EUC as the foundation for the Global EUC model | …TBC | • UK BPOS implementation |

**End User Computing:**

…deliver German EUC as the foundation for the Global EUC model

…deliver further EUC implementations, initially in NL/Belgium/ France, as well as emerging requirements in Latin America, Canada and APAC

…implement the BPOS helpdesks and drive with Aon the growing Service Management agenda

…forge a Strategic Partner relationship through HP investment in an EUC Advisor role

…through this, further define and support delivery of the EUC vision and work on a staged basis to implement key elements of this across Aon BUs/geographies

…for Aon Hewitt, work closely with Aon to define and deliver the integration

**Relevant Aon KPIs or Operational Objectives?**

…TBC

…would include:

-Cost

- % of Aon base adopting the target model

- Reliability

**Current HP work at Aon:**

• UK BPOS implementation
• Progressing EUC implementation in Germany
• Progressing set-up of UK and Rest of the World BPOS helpdesks
• Limited wider adoption of HP Desktop equipment across Aon

## STRATEGIC INITIATIVES:





# Telecom and Network Services



**STRATEGIC INITIATIVES:**



# HP focus areas and 12 month goals for working with Aon: Global/Cross-Business Groups

As at August 2010 – subject to periodic review and revision with Aon

**Corporate Systems:**

…continue to deliver on our promises in hosting e.g. Peoplesoft

…use this as a foundation for broadening the relationship i.e. understanding of Aon priorities and HP capabilities

…drive breakthrough initiatives in areas such as Business Intelligence/MI; SAP upgrade; Corporate Applications

…work towards achievement of Strategic Partner status in Aon Corporate Systems

**IT Risk Management:**

…implement the EMEA Security solution and deliver on our promises

…implement the 'EMEA Security solution' in the US

…use EMEA Security as a foundation for broadening the relationship i.e. understanding of Aon priorities and HP capabilities

10



# Corporate Systems





# IT Risk Management



**STRATEGIC INITIATIVES:**



# HP focus areas and 12 month goals for working with Aon: Business Units (1)

As at August 2010 – subject to periodic review and revision with Aon

**Global Products Group:**

…complete delivery of ECM in the UK

…roll-out next stage ECM implementations i.e. Belgium, Germany, US Affinity, US ARS, Bermuda, Switzerland, APAC/Australia

…use ECM successes as the foundation for a broader strategic partnering relationship with the Global Products Group

…progress hosting for Xpress and the Aumine out of the UK

…explore other areas such as: AUmine global roll-out/integration; Xpress

…extend MphasiS, an HP company, delivery beyond ECM to other Global Product programmes

**Aon Risk Services:**

…implement ECM in US Affinity & ARS

…use ECM successes as the foundation for a broader strategic partnering relationship with ARS

…drive breakthrough business changing solutions in areas such as: Account Team Desktop; iPAD for Field Representatives; RI3K/electronic trading; HP Claims Solution etc

…identify and explore other relevant HP capabilities to support ARS objectives such as: Applications Rationalisation; Portals

…support ARS goal of increasing use of offshoring in countries that had not previously adopted this (e.g. parts of EMEA) via MphasiS, an HP company

…achieve Strategic Partner status within ARS

**Aon Benfield:**

…complete Aon Benfield integration activities in the UK and deliver on our promises

…implement ECM where required by Aon Benfield

…drive breakthrough business changing solutions in areas such as: RI3K/electronic trading etc

…identify and explore other relevant HP capabilities to support Aon Benfield objectives such as: Portals

…achieve Strategic Partner status within Aon Benfield

13



# Global Products



ASPIRATION: **Pre-eminent Global Professional Services Firm focused on Risk and Human Capital Solutions Grow Shareholder Value**

**Global Products:**

…complete delivery of ECM in the UK

…roll-out next stage ECM implementations i.e. Belgium, Germany, US Affinity, US ARS, Bermuda, Switzerland, APAC/Australia

…use ECM successes as the foundation for a broader strategic partnering relationship with the Global Products Group

…progress hosting for Xpress and the Aumine out of the UK

…explore other areas such as: AUmine global roll-out/integration; Xpress

…extend MphasiS, an HP company, delivery beyond ECM to other Global Product programmes

**Relevant Aon KPIs or Operational Objectives?**

….TBC

**Current HP work at Aon:**

- UK ECM implementation
- Belgium ECM implementation

**STRATEGIC INITIATIVES:**





⭐ HP Delivery    ⭐ Under discussion with HP

14

# Aon Risk Services



## STRATEGIC INITIATIVES:



# Aon Benfield



| ASPIRATION: | Pre-eminent Global Professional Services Firm focused on Risk and Human Capital Solutions. Grow Shareholder Value | | |
|---|---|---|---|
| STRATEGIC COMMITMENTS: | Deliver Distinctive Value To Our Clients | Attract and Retain Unmatched Talent | Deliver Operational Excellence |
| FINANCIAL METRICS: (and Q2'10 results) | Organic Rev. Growth — Decline by 1% | Pre-Tax Margin — Target: Brokerage 26% Target: Consulting 20% Actual: Brokerage 21% (up 2%) Actual: Consulting 14.6% (down 0.2%) | Earnings Per Share — Increased 7% to $0.81 |

**Aon Benfield:**

…complete Aon Benfield integration activities in the UK and deliver on our promises

…implement ECM where required by Aon Benfield

…drive breakthrough business changing solutions in areas such as: RI3K/electronic trading; HP Claims Solution etc

…identify and explore other relevant HP capabilities to support Aon Benfield objectives such as: Portals

…achieve Strategic Partner status within Aon Benfield

**Relevant Aon KPIs or Operational Objectives?**

....TBC

**Current HP work at Aon:**

- Aon Benfield UK integration of infrastructure and support
- UK ECM implementation

## STRATEGIC INITIATIVES:





# HP focus areas and 12 month goals for working with Aon: Business Units (2)

As at August 2010 – subject to periodic review and revision with Aon

**Aon Consulting/Aon Hewitt:**

…implement ECM where required by Aon Consulting/Aon Hewitt

…for Aon Hewitt integration, engage with the integration leadership pre-completion to determine areas where HP can help Aon further succeed

…work closely with Aon Hewitt to further define and deliver the integration strategy (and any wider business/IT initiatives)

…achieve Strategic Partner status within Aon Consulting/Aon Hewitt



# Aon Consulting



**STRATEGIC INITIATIVES:**



# HP focus areas and 12 month goals for working with Aon: Underpinning capabilities

As at August 2010 – subject to periodic review and revision with Aon

**Hardware, Software and Sourcing:**

…implement a Global Purchase Agreement (HP hardware i.e. servers, storage, networking) as a basis for standardisation on HP product

…extend this arrangement and ensure full take-up across Aon of HP product set: Desktop; Print; Software

…share developments in the HP Desktop product set with Aon with a view to becoming the Global Preferred Desktop supplier

…implement a Capital Management and Release solution for IT assets

…take forward a joint go-to-market discussion with Aon based on HP's Claims Transformation solution

…

**Hardware, Software and Sourcing:**

…jointly test the business case for a Records Management Solution (UK/EMEA) and then implement as appropriate

…increase awareness of HP BPO capabilities as a basis for future opportunities

**Futures:**

…implement an ongoing programme to bring innovation and new ideas to Aon

…ensure that this programme is geared towards Aon strategic commitments, financial metrics and initiatives

…ensure that this programme revolves around the agreed Aon:HP focus areas (as set out in this planning document)



19

# Futures (1)

**Prioritisation criteria – how does each initiative impact the three key Aon metrics:**
Organic revenue growth; pretax margin improvement; and earnings per share

| Focus Area | Topics pending discussion | Topics raised, pending discussion | First discussion held | Under active exploration | In implementation | Not progressed |
|---|---|---|---|---|---|---|
| **Data Centers/ Application Services**<br><br><br>**End User Services** | • Virtualised Desktop Infrastructure (EMEA 2011, UK 2012) | • Cloud computing<br><br><br><br>• Implement an EUC Strategic Advisor role | | • Service Management | | |
| **Telecom and Network Services**<br><br>**Futures (not specifically BU related)** | • HP Networking solutions (post 3Comm acquisition)<br><br>• Visit to HP Labs<br>• Excellence in Portals e.g. Aon.com/other Portals in the light of greater Aon brand exposure<br>• HP Software portfolio | | • Sustainability and Green IT | | | |
| **HP Events** | • HP Financial Services Summit (Frankfurt) – Feb' 11<br>• HP Innovation Summit (Frankfurt) - Sept '10 | • HP IT Forum (Berlin) – Oct' 10 | | | • HP Innovation event (London) | |

# Futures (2)

**Prioritisation criteria – how does each initiative impact the three key Aon metrics:**
Organic revenue growth; pretax margin improvement; and earnings per share

| Focus Area | Topics pending discussion | Topics raised, pending discussion | First discussion held | Under active exploration | In implementation | Not progressed |
|---|---|---|---|---|---|---|
| **Hardware, Software and Sourcing** | | • Capital Management and Release solution | | | | |
| **IT Risk Management** | • Share HP IT Risk Management and Security portfolio | | | | | |
| **Aon Risk Services** | • Claims Document Transformation solution | • Excellence in Portals e.g. Aon.com/other Portals in the light of greater Aon brand exposure | | | | |
| **Aon Benfield** | | | | | | |
| **Global Products Group** | | | | | | |
| **Aon Consulting** | • HP integration experience | | | | | |
| **Corporate Systems** | • SAP upgrade | | | | | |



# Teaming across the focus areas

| | Data Centers/ App. Serv. | End user Services | Telecom and Network | Global Products | Corporate Systems | IT Risk Mgt | Aon Risk Services | Aon Benfield | Aon Consulting | Hardware, Software and Sourcing | Futures |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Leader-ship** | GREG BESIO, ADAM STANLEY, ANDY ELTON (Aon:HP RELATIONSHIP LEAD)<br>*SEAN WELLS (GLOBAL ACC EXEC – OVERALL RESPONSIBILITY); TOM REBECCA (US); IAN OLDFIELD (UK); STEVEN TONG (APAC); JOHN MCMULLEN (HP EXEC SPONSOR)* | | | | | | | | | | |
| **Global** | ANDY ELTON | CRAIG LENZ | MIKE TINDELL | ANN WEAVER | DOUG GILMAN PAUL DOUGLAS | (GARY WARZALA) | JOHN ELLIOTT JIM PITONYAK (Affinity) | STEVE BETTS | | LEWIS LOVE (JAMES EDWARDS) | |
| **UK** | Andy Elton<br>*Ian Oldfield* | *Andy Elton*<br>*Ian Oldfield* | *Rob Dekkers*<br>*Ian Oldfield* | Stuart Willams<br>Greg Jaeger (ECM)<br>*Andre Montenegro*<br>*John Desbourough*<br>*Ian Oldfield* | *Ian Oldfield* | Richard Astill<br>*Ian Oldfield* | Brent Kruger<br>*Ian Oldfield*<br>*Kamini Bhawnani* | John Tudor<br>*Ian Oldfield*<br>*Kamini Bhawnani* | Gordon Kinghorn<br>*Ian Oldfield*<br>*Kamini Bhawnani* | Alastair McNeil<br>*Ian Oldfield*<br>*Tony Bennett* | *Ian Oldfield* |
| **EMEA** | Peter de Bruin<br>Johannes ter Beek<br>*Ian Oldfield*<br>*Sean Wells* | Peter de Bruin<br>Johannes ter Beek<br>*Ilker Oezyavuz (Germany)* | *Rob Dekkers*<br>*Ian Oldfield*<br>*Sean Wells* | Stuart Willams<br>*John Desbourough*<br>*Ian Oldfield* | *Sean Wells* | Richard Astill<br>*Sean Wells* | Brent Kruger<br>*Sean Wells*<br>*Kamini Bhawnani* | John Tudor<br>*Sean Wells* | Gordon Kinghorn<br>*Sean Wells*<br>*Ian Oldfield*<br>*Kamini Bhawnani* | Alastair McNeil | *Sean Wells* |
| **North Am.** | Valerie Butler-Newbern<br>*Tom Rebecca*<br>*Kipp Hendricks*<br>*Brian Mitchell*<br>*Jack Walsh* | Craig Lenz<br>*Ellen Gilleran* | Mike Tindell<br>*Tom Rebecca* | Stuart Willams<br>Rich Thill (ECM)<br>*John Desbourough*<br>*Larry Hanover*<br>*Tom Rebecca* | Doug Gilman Paul Douglas<br>*Jack Walsh*<br>*Tom Rebecca*<br>*Jackie Mesec* | *Tom Rebecca* | Tom St Pierre<br>Nelson Imana<br>Mario Rodriguez<br>*Larry Hanover*<br>*Tom Rebecca* | *Larry Hanover*<br>*Tom Rebecca* | *Larry Hanover*<br>*Tom Rebecca* | (James Edwards)<br>*Tom Rebecca*<br>*Kipp Hendricks*<br>*Brian Mitchell*<br>*Mike Cummins* | *Tom Rebecca* |
| **Latin Am.** | Pablo D'Jallad<br>*Sean Wells* | Pablo D'Jallad<br>*Sean Wells* | Pablo D'Jallad<br>*Sean Wells* | Stuart Willams<br>*Sean Wells* | *Sean Wells* | *Sean Wells* | *Sean Wells* | *Sean Wells* | *Sean Wells* | *Sean Wells* | *Sean Wells* |
| **Aus.** | Andrew Hottes<br>Ben Commins<br>Glenn Roeder<br>*Steven Tong*<br>*Mark Jarvis* | Andrew Hottes<br>Ben Commins<br>Glenn Roeder<br>*Steven Tong*<br>*Mark Jarvis* | Andrew Hottes<br>Ben Commins<br>Glenn Roeder<br>*Nada Vucina*<br>*Steven Tong* | Stuart Willams<br>Peter Broid (ECM)<br>*John Desbourough* | *Steven Tong* | *Steven Tong* | Ross Exton<br>Mark Smith<br>Peter Broid<br>*Mark Jarvis*<br>*Steven Tong* | Ross Exton<br>Mark Smith<br>Peter Broid<br>*Mark Jarvis*<br>*Steven Tong* | Ross Exton<br>Mark Smith<br>Peter Broid<br>*Mark Jarvis*<br>*Steven Tong* | Ben Commins<br>Glenn Roeder<br>*Steven Tong* | *Steven Tong* |
| **APAC** | Andrew Hottes<br>Ben Commins<br>Glenn Roeder<br>*Steven Tong*<br>*Mark Jarvis* | Andrew Hottes<br>Ben Commins<br>Glenn Roeder<br>*Steven Tong*<br>*Mark Jarvis* | Andrew Hottes<br>Ben Commins<br>Glenn Roeder<br>*Nada Vucina*<br>*Steven Tong* | Stuart Willams<br>Peter Broid (ECM)<br>*John Desbourough* | *Steven Tong* | *Steven Tong* | Ross Exton<br>Mark Smith<br>Peter Broid<br>*Mark Jarvis*<br>*Steven Tong* | Ross Exton<br>Mark Smith<br>Peter Broid<br>*Mark Jarvis*<br>*Steven Tong* | Ross Exton<br>Mark Smith<br>Peter Broid<br>*Mark Jarvis*<br>*Steven Tong* | Ben Commins<br>Glenn Roeder<br>*Steven Tong* | *Steven Tong* |



# Bi-directional business

As at August 2010 – first view provided by HP.  To be further shaped by Aon

**Bi-directional business:**

…Aon to deliver on its promises in relation to the Directors and Officers insurance

…follow-through on introductions into HP EMEA in respect of Aon Employee Benefits Broking

…further understand the bi-directional position following the Hewitt Associates acquisition and develop a way forward accordingly

…establish a discount scheme for Aon employee purchases of HP products





# Delivering the outcomes that matter most…
**YOURS**



Email: sean.wells@hp.com; tom.rebecca@hp.com; ian.oldfield@hp.com

# EXHIBIT S



# Insert Document Name

**Subtitle/Descriptor**

2<sup>nd</sup> Heading

Insert Document Name

# CHANGE HISTORY

The following Change History log contains a record of changes made to this document:

| Published / Revised | Version # | Author (optional) | Section / Nature of Change |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Include links to peer review record(s):

| Peer Review Link | Comments |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Document Version: 1 / [DATE]          © Copyright 2013 Hewlett-Packard Development Company, L.P.          Technical Document
Project Document Id: Enter Doc ID                    Valid agreement required.          Template.docx
                                                                                        Last changed: 05 August 2013 at 14:51

Insert Document Name

# CONTENTS

| | | |
|---|---|---|
| **1** | **INTRODUCTION (HEADING H1)** | **1** |
| 1.1 | CONTACTS (SUBHEAD H2) | 1 |
| 1.2 | RELATED DOCUMENTATION (SUBHEAD H2) | 1 |
| 1.3 | TERMINOLOGY AND ACRONYMS (SUBHEAD H2) | 1 |
| 1.4 | BUSINESS INTEGRATION ENTRY POINT LINK (SUBHEAD H2) | 1 |
| **2** | **EXECUTIVE SUMMARY** | **2** |
| 2.1 | OVERVIEW | 2 |
| 2.1.1 | Requirements Summary (Heading H3) | 2 |
| 2.1.2 | Solution/Project Specific Assumptions | 2 |
| 2.1.3 | General Assumptions | 2 |
| 2.2 | CONSTRAINTS AND RISKS | 2 |
| 2.3 | DESIGN DEVIATIONS | 2 |
| 2.4 | SUPPORT | 2 |
| **3** | **PROPOSED SOLUTION SUMMARY** | **3** |
| 3.1 | CURRENT STATE | 3 |
| 3.2 | PROPOSED STATE | 3 |
| 3.2.1 | Physical Location | 3 |
| 3.2.2 | Component/Server Information | 3 |
| 3.3 | NETWORKING SUMMARY | 3 |
| 3.3.1 | Networking Requirements | 3 |
| 3.3.2 | Cabling Diagrams | 3 |
| **4** | **DATA CENTER/BUSINESS INTEGRATION SUMMARY** | **4** |
| 4.1 | BUSINESS INTEGRATION QUESTIONNAIRE | 4 |
| 4.1.1 | General | 4 |
| 4.1.2 | Backup/Restore | 4 |
| 4.1.3 | Operations | 4 |
| 4.1.4 | Disaster Recovery | 4 |
| 4.1.5 | DataBase | 4 |
| 4.1.6 | Security Administration | 4 |
| 4.1.7 | Client Services | 4 |
| 4.1.8 | Service Management | 4 |
| 4.1.9 | Maintenance | 4 |
| 4.1.10 | Application | 4 |
| 4.1.11 | VMWARE | 4 |
| **5** | **APPENDIX** | **5** |

Insert Document Name

# 1    INTRODUCTION (HEADING H1)

(Body Text Style)

## 1.1    CONTACTS (SUBHEAD H2)

| Role | Name | Email | Phone |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## 1.2    RELATED DOCUMENTATION (SUBHEAD H2)

| Document | Location | Status | Version |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## 1.3    TERMINOLOGY AND ACRONYMS (SUBHEAD H2)

This table defines the client-specific terminology and acronyms used in this document

| Term | Definition |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## 1.4    BUSINESS INTEGRATION ENTRY POINT LINK (SUBHEAD H2)

(Body Text Style) Sismodipit ad et lum zzriure ea augue faccumm odolore molortis nosto odo delit wis am velit iliquat incidunt at, quisit nullaorem augiam, vulputpat am doloreet iuscidui etuero odiam, sum dolummo lorerostrud eugiam zzrit elese cons aliquismodit aliquat aliquat. Usciliquis delit lum vel eugait dunt prat venim nis endre dio consed te feum in et dolore magnis augiat autat prat, volor se et velit nonsequ atuero commodiat nullaorem quisim delit utem zzriustrud te molut praesenis dignim inibh exero commy nim nulluptatem er sed ero eum eugue consequisi.

http://Insert.webaddress.com (hyperlink)

**Note:**     (Note Style) Sismodipit ad et lum zzriure ea augue faccumm odolore molortis nosto odo delit wis am velit iliquat incidunt at, quisit nullaorem augiam, vulputpat am doloreet iuscidui etuero odiam, sum dolummo lorerostrud eugiam zzrit elese cons aliquismodit aliquat aliquat. Usciliquis delit lum vel eugait dunt prat venim nis endre dio consed te feum in et dolore magnis augiat autat prat, volor se et velit nonsequ atuero.

Document Version: 1 / [DATE]                    © Copyright 2013 Hewlett-Packard Development Company, L.P.
Project Document Id: Enter Doc ID                         Valid agreement required.

Technical Document
Template.docx
Last changed: 05 August 2013 at 14:51

Insert Document Name

# 2   EXECUTIVE SUMMARY

## 2.1   OVERVIEW

(Body Text Style)

### 2.1.1   Requirements Summary (Heading H3)

(Body Text Style)

- (Bullet Style)
- Sismodipit ad et lum zzriure ea augue faccumm odolore molortis nosto odo delit wis am velit iliquat incidunt at, quisit nullaorem


### 2.1.2   Solution/Project Specific Assumptions

- Sismodipit ad et lum zzriure ea augue faccumm odolore molortis nosto odo delit wis am velit iliquat incidunt at, quisit nullaorem

### 2.1.3   General Assumptions

- Sismodipit ad et lum zzriure ea augue faccumm odolore molortis nosto odo delit wis am velit iliquat incidunt at, quisit nullaorem

## 2.2   CONSTRAINTS AND RISKS

Sismodipit ad et lum zzriure ea augue faccumm odolore molortis nosto odo delit wis am velit iliquat incidunt at, quisit nullaorem

- – Sismodipit ad et lum zzriure ea augue faccumm odolore molortis nosto odo delit wis am velit iliquat incidunt at, quisit nullaorem Airgas maintains the IP space for the client networks and devices.  What we call "PROD"

## 2.3   DESIGN DEVIATIONS

*None*

## 2.4   SUPPORT

Sismodipit ad et lum zzriure ea augue faccumm odolore molortis nosto odo delit wis am velit iliquat incidunt at, quisit nullaorem. Sismodipit ad et lum zzriure ea augue faccumm odolore molortis nosto odo delit wis am velit iliquat incidunt at, quisit nullaorem.

Iduipit lum quate veliqui ese velit acil dolore aestion senibh er sustinit ad euisisl inim nulput prat dolum dunt nulla con vel erat velendignit iustrud min ent exer si te feu facil iure mod tat. Volut lor ilismod oloreros nulpute magna facipis alis nulla faciunt lan veraesed magnim quip eros am, quis et praesto commodo lobore con velesto et lor se dip eui tat, commy nos elis accum alit aliquis molorperos at, sum nim il et ing er in henit at il do diamet, con volortio dit prat. Te eugiat, quatinit nis aliquis enibh ea consent lore volore magnit alis nos eugue dolesting eu feugueril incilla feugait irit wiscinim volorer suscilit, voloboreetue digna at. Ut irit amcons nons alit iuscil ipis dit adip euipsum dolorerci endrer irit ing et velit nim nim autpat volore vulla feuisi te duis

Document Version: 1 / [DATE]        © Copyright 2013 Hewlett-Packard Development Company, L.P.        Technical Document
Project Document Id: Enter Doc ID              Valid agreement required.                Template.docx
                                                         Last changed: 05 August 2013 at 14:51

Insert Document Name

# 3 PROPOSED SOLUTION SUMMARY

## 3.1 CURRENT STATE

Iduipit lum quate veliqui ese velit acil dolorer aestion senibh er sustinit ad euisisl inim nulput prat dolum dunt nulla con vel erat velendignit iustrud min ent exer si te feu facil iure mod tat. Volut lor ilismod oloreros nulpute magna facipis alis nulla facidunt lan veraesed magnim quip eros am, quis et praesto commodo lobore con velesto et lor se dip eui tat, commy nos elis accum alit aliquis molorperos at, sum nim il et ing er in henit at il do diamet, con volortio dit prat. Te eugiat, quatinit nis aliquis enibh ea consent lore volore magnit alis nos eugue dolesting eu feugueril incilla feugait irit wiscinim volorer suscilit, voloboreetue digna at. Ut irit amcons nons alit iuscil ipis dit adip euipsum dolorerci endrer irit ing et velit nim nim autpat volore vulla feuisi te duis

## 3.2 PROPOSED STATE

Iduipit lum quate veliqui ese velit acil dolorer aestion senibh er sustinit ad euisisl inim nulput prat dolum dunt nulla con vel erat velendignit iustrud min ent exer si te feu facil iure mod tat. Volut lor ilismod oloreros nulpute magna facipis alis nulla facidunt lan veraesed magnim quip eros am, quis et praesto commodo lobore con velesto et lor se dip eui tat, commy nos elis accum alit aliquis molorperos at, sum nim il et ing er in henit at il do diamet, con volortio dit prat. Te eugiat, quatinit nis aliquis enibh ea consent lore volore magnit alis nos eugue dolesting eu feugueril incilla feugait irit wiscinim volorer suscilit, voloboreetue digna at. Ut irit amcons nons alit iuscil ipis dit adip euipsum dolorerci endrer irit ing et velit nim nim autpat volore vulla feuisi te duis

### 3.2.1 Physical Location

| TableHeading | TableHeading | TableHeading | TableHeading | TableHeading | TableHeading |
|---|---|---|---|---|---|
| TableText | TableText | TableText | TableText | TableText | TableText |
| TableText | TableText | TableText | TableText | TableText | TableText |
| TableText | TableText | TableText | TableText | TableText | TableText |

### 3.2.2 Component/Server Information

| TableHeading | TableHeading | TableHeading | TableHeading | TableHeading | TableHeading |
|---|---|---|---|---|---|
| TableText | TableText | TableText | TableText | TableText | TableText |
| TableText | TableText | TableText | TableText | TableText | TableText |
| TableText | TableText | TableText | TableText | TableText | TableText |

## 3.3 NETWORKING SUMMARY

### 3.3.1 Networking Requirements

Iduipit lum quate veliqui ese velit acil dolorer aestion senibh er sustinit ad euisisl inim nulput prat dolum dunt nulla con vel erat velendignit iustrud min ent exer si te feu facil iure mod tat. Volut lor ilismod oloreros nulpute magna facipis alis nulla facidunt lan veraesed magnim quip eros am, quis et praesto commodo lobore con velesto et lor se dip eui tat, commy nos elis accum alit aliquis molorperos at, sum nim il et ing er in henit at il do diamet, con volortio dit prat. Te eugiat, quatinit nis aliquis enibh ea consent lore volore magnit alis nos eugue dolesting eu feugueril incilla feugait irit wiscinim volorer suscilit, voloboreetue digna at. Ut irit amcons nons alit iuscil ipis dit adip euipsum dolorerci endrer irit ing et velit nim nim autpat volore vulla feuisi te duis

### 3.3.2 Cabling Diagrams

Iduipit lum quate veliqui ese velit acil dolorer aestion senibh er sustinit ad euisisl inim nulput prat dolum dunt nulla con vel erat velendignit iustrud min ent exer si te feu facil iure mod tat. Volut lor ilismod oloreros nulpute magna facipis alis nulla facidunt lan veraesed magnim quip eros am, quis et praesto commodo lobore con velesto et lor se dip eui tat, commy nos elis accum alit aliquis molorperos at, sum nim il et ing er in henit at il do diamet, con volortio dit prat. Te eugiat, quatinit nis aliquis enibh ea consent lore volore magnit alis nos eugue dolesting eu feugueril incilla feugait irit wiscinim volorer suscilit, voloboreetue digna at. Ut irit amcons nons alit iuscil ipis dit adip euipsum dolorerci endrer irit ing et velit nim nim autpat volore vulla feuisi te duis

Document Version: 1 / [DATE]
Project Document Id: Enter Doc ID
© Copyright 2013 Hewlett-Packard Development Company, L.P.
Valid agreement required.
Technical Document
Template.docx
Last changed: 05 August 2013 at 14:51

Insert Document Name

# 4  DATA CENTER/BUSINESS INTEGRATION SUMMARY

## 4.1  BUSINESS INTEGRATION QUESTIONNAIRE

Iduipit lum quate veliqui ese velit acil dolorer aestion senibh er sustinit ad euisisl inim nulput prat dolum dunt nulla con vel erat velendignit iustrud min ent exer si te feu facil iure mod tat. Volut lor ilismod oloreros nulpute magna facipis alis nulla facidunt lan veraesed magnim quip eros am, quis et praesto commodo lobore con velesto et lor se dip eui tat, commy nos elis accum alit aliquis molorperos at, sum nim il et ing er in henit at il do diamet, con volortio dit prat. Te eugiat, quatinit nis aliquis enibh ea consent lore volore magnit alis nos eugue dolesting eu feugueril incilla feugait irit wiscinim volorer suscilit, voloboreetue digna at. Ut irit amcons nons alit iuscil ipis dit adip euipsum dolorerci endrer irit ing et velit nim nim autpat volore vulla feuisi te duis

### 4.1.1  General

### 4.1.2  Backup/Restore

### 4.1.3  Operations

### 4.1.4  Disaster Recovery

### 4.1.5  DataBase

### 4.1.6  Security Administration

### 4.1.7  Client Services

### 4.1.8  Service Management

### 4.1.9  Maintenance

### 4.1.10  Application

### 4.1.11  VMWARE

Document Version: 1 / [DATE]          © Copyright 2013 Hewlett-Packard Development Company, L.P.          Technical Document
Project Document Id: Enter Doc ID                   Valid agreement required.                            Template.docx
                                                                                                         Last changed: 05 August 2013 at 14:51

Insert Document Name

# 5   APPENDIX

Document Version: 1 / [DATE]          © Copyright 2013 Hewlett-Packard Development Company, L.P.          Technical Document
Project Document Id: Enter Doc ID                    Valid agreement required.                    Template.docx
                                                                                          Last changed: 05 August 2013 at 14:51

# EXHIBIT T



# HP-Aviva Transition Video

**Super:**  Clive Freeman *(Account Executive, Hewlett-Packard Company)*

**Clive Freeman:** Aviva is the fifth largest insurance company in the world; Norwich Union is one of the big employees in this area that was one of the two companies that came together in 2000 to form Aviva.  Aviva have been looking at ways in which they could save money in the IT organization and they also needed to improve their flexibility; how they could bring IT to deliver value for their businesses.

**Super:**  James Park *(Mainframe Systems Manager, Transitioned to Hewlett -Packard Company)*

**James Park:** When they announced to us about going to outsource, it's always a shock to hear something on that but it wasn't.  It didn't come as a big surprise.  We knew just before Christmas that the company bidding for the outsource contract had gone now to two preferred suppliers.

**Super:**  Phil Secker *(Security Manager, Transitioned to Hewlett -Packard Company)*

**Phil Secker:** When Aviva got down to the last two vendors which was IBM and HP and there were bets going on about which one we would favor.

**James Park:** Can I be as candid as possible?  Initially, we were really a little bit disappointed.  We knew who IBM were, We didn't know HP's background or history.

**Super:**  Cynthia Pye *(HR Consultant, Hewlett-Packard Company)*

**Cynthia Pye:**  Transitioning employees is something that HP does on a regular basis and we do it very well.  It's something that we have a structured process behind.  So, we had about five months or so to go through the employee engagement process, introduce them to HP, help them understand what changes would be to their benefit and what working for HP would actually look like.

**Super:**  Sally Dugdale *(Service Security Consultant, Transitioned to Hewlett -Packard Company)*

© 2009 Hewlett-Packard Development Company, L.P.
09/2009

**Sally Dugdale:** I started to work for Aviva in the 1st of September 1974, so I've been working continuously since, well for the last 35½ years. I was really uneasy to start with and I felt I was being moved out of the company against my wishes.

**Cynthia Pye:** That's why our processes are so structured and we follow the change management process so that we can get people through that emotional curve and make it successful.

**James Park:** There was a lot of apprehension about who we are going to see, who these new people are going to come in and talk to us?

**Phil Secker:** There was murmuring of discontent shall we say and you know especially it's driven by fear of the unknown.

**Clive Freeman:** We got them all together in a big town hall meeting to kick the process off.  So we put an awful lot of work into the process of change really to make them feel comfortable not just with HP as a company but within new ways of working that we are going to have to adopt.

**Cynthia Pye:** So we did road shows on several occasions with several different topics to make sure that the consistency of message was getting out.

**Phil Secker:** People from other accounts who have transitioned, came in and talked about their experiences, people with similar backgrounds to me so that really helped me think you know, I can learn from that.

**Cynthia Pye:** One of the tools that we used is a microsite that the employees can go to as a resource.

**Cynthia Pye:** The transition team did come in and met one-on-one with every one of the transitioning staff, so all-325 people had time directly to review the contracts of employment to understand and ask any personal questions.

**Sally Dugdale:** From my point of view, everything that I asked was answered to my satisfaction.

**Phil Secker:** You know, we started to sort of feel part of the team almost.

**Sally Dugdale:** I sat down, talked to my husband, talked to my children and maybe moving to HP would be better for me. Came in to work, had a chat with my manager, said this is the way you know I feel that I'm definitely going to go with HP.

**Clive Freeman:** We have 325 offers made and 325 letters signed so everybody who was offered came across.

**Phil Secker:** On a day-to-day basis our world hasn't changed, we work in the same office, however, you know, we are now part of this big new enterprise.

**James Park:** The possible career choices you can actually make is tremendous, which is something we didn't have in Aviva and that is something I really look forward to.

**Clive Freeman:** We have met the savings target that they wanted for the first six months of service and we've met the service quality objectives and we delivered the results back that the client wanted.

**Sally Dugdale:** I feel excited that I could work not only for the Aviva account I could work on a number of other accounts.

© 2009 Hewlett-Packard Development Company, L.P.
09/2009

**Phil Secker:** You know we've been able to through the medium of IT to buy into this whole new dimension, the whole new world of opportunities, people, questions, answers you know the whole thing has been cracking.

HP Logo

© 2009 Hewlett-Packard Development Company, L.P.
09/2009

# EXHIBIT U

# CTO Office Future State



# EXHIBIT V

# Edwin Cummings CV

Name                                    **Ed Cummings**

Address                                 4 St Georges rd, Sandwich.Kent.CT13 9JR
Transport                               Full UK Driving License

**Phone +44 7774 125115**
**Email** ed.cummings@hp.com

**EDUCATION QUALIFICATIONS**

Management Certificate in IT Service Management (ITIL)        2003 *(Foundation in 2000)*
Open University degree in management studies parts 1 to 3     1997
7 x O levels   Haddon Dean Public school and Sandwich tech    1978
City and Guilds London institute  Parts 1 to 3 Electronic servicing   1984 & 2009
Management apprenticeship                                     1985

Key Skills

- Man management – team and staff development & motivation
- Strong Financial appreciation
- Long and varied operational management history
- Customer focussed
- Excellent communicator to both staff, customers & board level
- Can work with minimum supervision

Major Achievements

- 2000-2009- Each year achieved company targets/quota's
- 2000 Synstar Pinnacle award for business development
- 2002 Synstar top achiever award
- 2006 HP Global notification of success
- 2008 HP TSG Top achiever award- as follows

2008 Past extract from an HP award-
"This award is in recognition of the four key objectives used for the selection of a successful candidate:

- Excellence in customer experience
- Business Growth and Project Success
- Contributing to process and cost improvements to increase our competitiveness.
- Cross Business collaboration and teamwork

Ed achieved 35% growth in account portfolio (Pfizers and Reuters); FY07 v FY06, has received excellent customer satisfaction/feedback, outstanding 360 degree feedback from other account team members and his positive cross business unit approach."

**CAREER HISTORY**

| | |
|---|---|
| **Dates** | **2008 to Present** |
| **Company** | **HP** |

**Position**        EMEA Client Director

With my knowledge of Pfizers requirements, I joined the HP Global bid team to compete for the Pfizer Global outsource, HP later won the $1BN outsource business and assigned me to work permanently on the start up project and in steady state.

The outsource consists of Application hosting, all network management, Site services and Off shore service centre coupled with local HP maintenance and Business continuity contracts, my specific role was as EMEA Client Director with the direct relationship with the Pfizer EMEA CIO.

The Client director role was responsible for all communications with CXO level Pfizer directors, customer service, new business, renewals of local HP contracts, projects, invoices management and EMEA level account finances.

Some other major achievements from late 2008 to 2010 under my leadership
- Renewal of the UK outsource contract with Pfizer before the global contract.
- Bid and won for HP to project manage and provide resources to start a new Pfizer Datacente, which went live and on budget on time.
- Renewed many local HP service contracts.
- Major expansion of Russia, Turkey and CauCar regions  started in January 2010.
- Achieved all personnel and regional targets.


| | |
|---|---|
| **Dates** | **2003 to 2007** |
| **Company** | **HP** |

**Position**        UK Client Manager and EMEA client manager


At the start of this period I was given a set of large accounts to manage with responsibilities for overall operations, customer satisfaction and financial goals and new growth targets [excluded product sales]


| | | |
|---|---|---|
| British Airways | British Telecom | Sussex Police Force |
| Nat West Bank | Amex Credit card | Woolwich & Barclays Bank |
| Mizuho Bank [UK] | ROYAL NAVY | Air France |
| Shell [UK] | UK Met office | BP [London & Slough ] |

After a period of time these accounts grew to a point that I was focussed on the highest growth opportunity accounts which was Pfizer [Pharma] and Reuters [Banking]

Both large corporate clients had particular challenges including a competitive global services contract renewal in 2007 for Reuters and an outsourcing [RFP] bid at Pfizer while keeping operational and customer quality standards momentum and over achieving HP financial goals.

| | |
|---|---|
| **Dates** | **1995- 2003** |
| **Company** | **Synstar [now HP CDS]** |
| **Position** | **Southern Division operations Manager** |

At this time Synstar was the UK' fastest growing and most innovative companies in the market.

I was Responsible for a large client base in the South of England [and for 18 months Southern Ireland], revenue and costs, with a staff of around 100 and 60 major clients [British Airways, BT, Woolwich Building Society, Sussex & Kent police, Westland sect ]This division gained growth of around 50% and started new product lines including EMC, STK and Netapps maintenance lines with Outsourcing contracts included.

| | |
|---|---|
| **Dates** | **1985- 1995** |
| **Company** | **SMS, Granada then CFM which became Synstar** |
| **Position** | **Computer field engineer to EMEA IBM support engineer** |

Supporting front line engineers on IBM mid range devices and Data products printers in EMEA, main client included Eurotunnel in France and UK.

| | |
|---|---|
| **Dates** | **1978- 1985** |
| **Company** | **Rediffusion** |
| **Position** | **Sales and Sales supervisor** |

Passed the Rediffusion Management apprenticeship then assigned to sales and then customer support manager.

**HOBBIES & INTERESTS**

Pilot trained in the RAF [Reserve Forces] with a full Private Pilots licence and over 3,500 flights logged; now flying civilian Powered light aircraft [ex RAF and Russian Air Force aerobatic aircraft] and gliders.

Married with two children.

# EXHIBIT W



# Aviva Technical Community



# Agenda

- Introductions
- Welcome to EDS, an HP Company
- An Account Perspective
- The Technical Community
- Break out sessions
- Q&A
- Next Steps



# Welcome to EDS, an HP Company

69 years of technology **innovation** with $3.6B in annual investment

Leadership in **Technology Hardware**

Leadership in **Automation Software**

**Outsourcing innovation:** AIS, BCRS, Managed Print, Facilities

World-class **technology support** services



**Innovation**

+

**Portfolio Breadth**

+

**Global Delivery**

=

**Value**

46 years of **outsourcing service excellence**

**Cross-industry expertise** with F500 customers around the world

**Enterprise Service Management:** industry-leading ITIL-based service platform

**Global Delivery,** including unique **Global Services Network**

**Leadership in key ITO segments:** workplace, data center, applications



EDS, an HP Company ITO PORTFOLIO

# Global strength and perspective



**HP-EDS Global Services Work Force: 210,000 Employees, 80 Countries**

EMEA
63,000

Americas
88,000

Asia
Pacific
59,000

**End-to-End Services Delivered Globally**

- 19 Strategic Locations
- 180+ data centers with 2,700,000 sq. ft. of floor space
- 44 service desk centers, serving clients in 90+ countries
- Contact center services delivered from 155 locations, in 26 countries, in 48 languages

Aviva Technology Community

EDS
an HP company

# EDS, an HP Company





# Focus on ITO

| Communications, Media & Entertainment | Consumer Industries & Retail | Energy | Financial Services | Government & Defense | Healthcare | Manufacturing | Transportation |
|---|---|---|---|---|---|---|---|

**Enterprise Service Management**

### Business Process Outsourcing

### Applications Services

### Infrastructure Technology Outsourcing

| **Data Center Services** | **Workplace Services** | **Security, Compliance & Continuity Services** | **Networking Services** |
|---|---|---|---|
| Data Center Modernization | Mobile Workplace | Governance, Risk, Compliance | Network Transformation |
| Enterprise Application Hosting | Collaboration | Identity & Access | Unified Communications |
| Server Management | Managed Messaging | Information Security | Network Mgmt |
| Storage Services | Thin Client Mgmt | Threat & Vulnerability | Network Security |
| Managed Mainframe | Managed Print and Output | Business Continuity & Recovery | Network Application |
| Web Hosting | Workplace Software Mgmt | | Carrier Mgmt |
| Adaptive Infrastructure-as-a Service | Asset Mgmt | | |
| | Workplace Server Mgmt | | |
| | Site Support | | |
| | Service Desk | | |

**Global Delivery**


EDS an HP company

# Focus on AVIVA

## Aviva Business

**Enterprise Service Management**

**Business Process Outsourcing**

**Applications Services**

**Infrastructure Technology Outsourcing**

| Data Center Services | Workplace Services | Security, Compliance & Continuity Services | Networking Services |
|---|---|---|---|
| Data Center Modernization | Mobile Workplace Collaboration | Governance, Risk, Compliance | Network Transformation |
| Enterprise Application Hosting | Managed Messaging | Identity & Access | Unified Communications |
| Server Management | Thin Client Mgmt | Information Security | Network Mgmt |
| Storage Services | Managed Print and Output | Threat & Vulnerability | Network Security |
| Managed Mainframe | Workplace Software Mgmt | Business Continuity & Recovery | Network Application |
| Web Hosting | Asset Mgmt | | Carrier Mgmt |
| Adaptive Infrastructure-as-a Service | Workplace Server Mgmt | | |
| | Site Support | | |
| | Service Desk | | |

**Global Delivery**



# Agenda

- Introductions
- Welcome to EDS, an HP Company
- An Account Perspective
- The Technical Community
- Break out sessions
- Q&A
- Next Steps



# Aviva Account





# Aviva Account Technology Office





# Account Operation Model – SAMPLE ONLY



# Service Catalogue Perspective

*Example*





# Technology Office Perspective



# Agenda

- Introductions
- Welcome to EDS, an HP Company
- An Account Perspective
- The Technical Community
- Break out sessions
- Q&A
- Next Steps



# How it Fits together

Community Guidelines

**Architecture:** **In general, if the request is expressed in business terms and does not have a known solution that maps to the requirement, then Architect Solution is used to specify a top-level design for a given solution.**

**Engineering:** **In general, if functionality needs to be defined, designed, built, tested and deployed in a way that is not yet well understood or documented, then Engineer Solution is used.**

**Technology Support:** **In general, if the request is well defined, well understood, has been done before and materials exist to implement or support the solution, then Technology Support is used.**



# Chief Architect
# Peter Siegel



# Architecture

- Architecture affects both the business and technical aspects of an organization

- Business aspects of architecture include
  - Business Strategy, Enterprise Business Architecture (Organisation, Functional, Process,  Locations etc.)

- Technical Aspects
  - Enterprise IS (Information/Data + Apps) and Enterprise IT for Infrastructure

- Cross Organisational Aspect
  - Enterprise Governance/Management Framework, Portfolio Management and Security

- Architecture is about viewing local solutions in the wider context to provide:
  - Consistency
  - Simplicity
  - Cost-effectiveness
  - Adaptability

**"Enterprise architecture is about building for success. To do it right, you need to know how to:**

- **align your architecture with your business goals**
- **create order from chaos**
- **manage critical success factors "**



# What is the Difference between an Architect and an Engineer?





# The Architect Family



# Chief Engineer
# Andrew McCormick



# Integration Engineering

Integration Engineering provides the leveraged **ITO engineering function** across all Infrastructure Capabilities and Hubs globally.  IE is managed and operates as a **global organisation** delivering regionally through the Hub model.

Integration Engineering is responsible for: design oversight, standard builds, custom builds, capability consulting, maintenance, level 3 support and the engineering component of transformation.

## IE Enterprise Service Management (ESM) Goals

| Quality | People | Growth | Efficiency |
|---|---|---|---|
| ✓Improve Engineering Metrics<br><br>✓Enhance account start-ups with timely delivery<br><br>✓Implement QMS and maintain ISO / CMMI certifications | ✓Raise technical leadership capability<br><br>✓Institutionalise IDP's<br><br>✓Skills uplift programme | ✓Ensure compliance in managing monthly financials<br><br>✓Support Acc/Hubs to leverage standards to build/deploy solutions for clients | ✓Comply with EDS Workflow Mgmt/ Strategy<br><br>✓Grow engineering team<br><br>✓Implement IE Operating Model<br><br>✓Adopt QMS approach |



# The Engineering Family





# Engineering Teams

| Hosting Data Ctr | Sales Support | Security & Privacy | Workplace & Mobility |
|---|---|---|---|

| Common Services |
|---|

| Cross Functional |
|---|

| AS400 | Midrange |
|---|---|
| DBA & ERP | Packaging |
| Back end Infrastructure | Security & Privacy |
| End user Devices | Service Desk |
| Mainframe | Storage |
| Messaging | Service Tools |
| Directories | Systems Tools |
| Information Management | Thin Computing |
| Middleware | Virtualisation |



# Agenda

- Introductions
- Welcome to EDS, an HP Company
- An Account Perspective
- The Technical Community
- Break out sessions
- Q&A
- Next Steps



# Break Out Sessions

- TDA/Architect Community – Peter Siegel

- Engineer/Designers – Andy McCormick

- Support/Technical Quality – Andy Guile



# Agenda

- Introductions
- Welcome to EDS, an HP Company
- An Account Perspective
- The Technical Community
- Break out sessions
- Q&A
- Next Steps





Questions ?



# Agenda

- Introductions
- Welcome to EDS, an HP Company
- An Account Perspective
- The Technical Community
- Break out sessions
- Q&A
- Next Steps





Thank you



# EXHIBIT Y

To all preacquisition EDS employees in the UK

You will have seen from the [1]HP-EDS Integration Portal and the latest issue of the [2]Integration Inquirer that preparations are being made to on-board EDS employees to HP systems and tools as we move closer to the Wave 2 Go-Live date.

Links:

1. http://infocentre.eds.com/edsandhp/index.html
2. http://infocentre.eds.com/edsandhp/news/newsletters.html

One such change relates to the cessation of the EDS Enterprise System (SAP) for the employee expense process and the migration to HPâ€™s global employee expense reimbursement tool, Employee Expense Management (EEM).Â  EEM will replace SAP for expense claims from August 6 2009.

The EDS Enterprise System (SAP) will be deactivated for expense processing on August 1. In order to ensure payments are made prior to the transition any outstanding expenses must be completed and sent for approval no later than July 24. Receipts should be sent immediately for scanning to ensure that they are no delays in processing.

Your manager will be notified and asked to approve all expenses by July 31.

You will receive an activation email which will contain the link to EEM.Â  Once you have an active EEM account you can no longer submit your expense reports via SAP. Expense reports filed after the deadline

will be returned to you and you will need to submit them in EEM,

however you will not be able to access EEM until August 6, 2009

The following action items will help you in transitioning to the new

process

* RETAIN YOUR HISTORICAL RECORDS AS NEEDED

Please retain copies of any expense reports you have filed in SAP

for your records. Â  You are advised to print out the expense

reports from the last month prior to your activation in EEM, to see

what travel expenses you have already reclaimed.Â  Also please

submit any outstanding expenses you have created, and submit the

corresponding receipts, as outlined above.

* LEARN THE NEW AMERICAN EXPRESS PROCESS

The [3]HP Global Travel Policy (HP IT credentials required)

mandates that business expenses are charged to your HP American

Express Corporate T&E Card. You will receive an email from HP

Global Travel regarding the American Express application process.Â 

Links

3. http://intranet.hp.com/Sites/Travel/Policy/Pages/index.aspx

* You can apply for the card on the Global Travel website: [4]HP

American Express Payment Solutions (HP IT credentials required)

* Until the AMEX card is issued to you, please enter all your

expenses manually as out-of-pocket expenses.

Links

4. http://intranet.hp.com/Sites/Travel/Amex/Pages/Index.aspx

Once the expense report has been approved, HP will pay Amex directly
for your business expenses, saving you the need to route money through
your personal account to pay for business travel expenses.

Additional information on EEM including web based training, printable
user guides, reimbursement procedures, and other related information
can be found within the [5]Employee Onboarding section of the [6]HP-EDS
Integration Portal. You are strongly advised to complete the EEM
training prior to using the tool.

Links:

5.
http://hpnow.corp.hp.com/integration/tools/employee_onboard/what_to_expect/global_bus_servi
ces.html

6. http://hpnow.corp.hp.com/integration

Thank you

Sent on behalf of HP's Global EEM Team

For those countries that require consultation with works councils or
other employee representatives in relation to a local implementation of
the acquisition of EDS, this is not intended to provide
country-specific information and in no way reflects that final
decisions have been made at a local level. With respect to such
countries, final decisions are subject to prior consultation with works
councils and other employee representatives. Also concerning such
countries, pre-acquisition management reporting relationships remain in
effect until legal closure occurs and any new reporting lines are

announced as then taking effect.

# EXHIBIT Z



**Shop for Products & Services**     **Explore & Create**     **Support & Drivers**

Search HP.com



## Find your future.
## Find your fit.

We've been waiting for you.

At HP, we want you to explore your career options—and with a company of our global scope, you'll always have plenty. Use our Find Your Fit tool to investigate where an HP career can take you.

Connect with us
Twitter
LinkedIn

**FIND YOUR FIT** ▶

**Quick Links:**
Search jobs ▶        Submit your profile ▶

**WORKING AT HP**

Meet the people who power the world ▶
Learn more about our culture ▶

**STUDENTS AND GRADUATES**

If you have an endless supply of fresh thoughts and fearless ideas, we have the perfect career for you.
Explore the possibilities ▶

Home    Search Jobs    Submit Your Profile    FAQs    Help          WORKING AT HP    LEARN ABOUT US    STUDENTS & GRADUATES

JOBS AT HP

🇺🇸 United States

About HP  |  Resources  |  HP Partners  |  Customer Support
Support & Drivers  |  HP Labs  |  Jobs  |  Investor Relations  |  Global Citizenship  |  Site Map
Privacy Statement  |  Terms of Use  |  ©2013 Hewlett-Packard Development Company, L.P.

# EXHIBIT AA





This is the start of
something exceptional.



Opportunities for current HP employees | Back to Jobs@HP | Help

**Welcome. You are not signed in.** My Account Options

My Job Cart   Sign In

**Job Search**    My Jobcart

Basic Search    Advanced Search    Jobs Matching My Profile    All Jobs

Return to Previous Page

Printable Format

Job 1 out of 105 Previous | **1** 2 3 4 5 | Next.

**Apply**   **Add to My Job Cart**   🔲 SHARE   ⬛⬛⬛

## Job Description

PLM - Product Life Cycle Management-1107360

**Description**

Participates as a member of development team. Performs basic analysis of functional or business requirements. Completes code stubs prepared by more senior developers. Participates in code review. Prepares and executes Unit tests. Applies advanced technical knowledge to maintain a technology area (e.g. Database Administration). May perform solution design. Applies HP and 3rd party technologies to infrastructure and software solutions of moderate complexity. Implements end user or enterprise infrastructure or services prepared by more senior technologist. Performs work assigned by others. Provides time / resource estimates for assigned tasks.

**Qualifications**

**Education and Experience Required:**

Typically a technical Bachelor's degree or equivalent experience and a minimum of 2 years of related experience or a Master's degree and up to two years of experience.

**Knowledge and Skills Required:**

2 or more years of experience writing code (such as, and not limited to, Java, C, C++, C#, VB.Net, databases like Sql Server/ Oracle. Experience of one or more full release cycles. Basic understanding of modern software development methodologies (Object). Basic understanding of modern software development tools and Software Configuration Management (SCM). Basic understanding of Software Test methodologies, test scripting and testing tools. Understanding of Basic Database Administration. Good verbal and written communication skills.

**Job** - Information Technology
**Primary Location** – United Kingdom
**Schedule** - Full-time
**Job Type** - Experienced
**Shift** - Day Job
**Travel** - Yes, 75 % of the Time
**Job Posting** – Jul 31, 2013.

**Apply**   **Add to My Job Cart**   🔲 SHARE   ⬛⬛⬛

Job 1 out of 105 Previous | **1** 2 3 4 5 | Next.

# EXHIBIT BB

To the EDS Worldwide Team:

Today marks an exciting, new chapter in EDS' history and evolution. We're now EDS, an HP company, a new HP business group focused on becoming the premier IT services provider in the industry. We are part of the world's largest and most respected technology company. HP defined the high-tech industry and the Silicon Valley itself. It's an organization that shares the same core values, beliefs and high ethical standards as EDS.

There are enormous opportunities before us, opportunities that are only possible through the combination of our two great companies. No other organization in the world can touch the breadth and depth of our combined technology and services offerings. Certainly, no competitor can match the quality of our people and their dedication to doing whatever it takes to help our clients succeed. Going forward, our client relationships will remain the same, and our ability to serve our clients will be enhanced by the tremendous resources we gain from being a part of HP.

On behalf of the people of EDS, I want to welcome those HP colleagues who will join our team today and in the near future. We respect your accomplishments and are delighted to add your talents to the solutions we bring to clients.

Together, we have an opportunity to redefine the technology services market. Together, we will be relentless as we compete and win in the

marketplace. I look forward to meeting many of you in the weeks and

months ahead.


Clearly, having a strong leadership team will be key to our success

moving forward. I€™m proud to say that EDS, an HP company, has such a

team in place on day one. Effective immediately, the following

executives will report directly to me:


Regions & U.S. Government

" Michael Coomer €" senior vice president, Asia Pacific & Japan

(APJ)

" Jeff Kelly €" senior vice president, Americas

* Dennis Stolkey €" senior vice president, U.S. Public Sector

* Bill Thomas €" senior vice president, Europe, Middle East & Africa

(EMEA)


Global Sales

* Bobby Grisham €" senior vice president, Global Sales


Infrastructure Technology Outsourcing (ITO) & Business Process

Outsourcing (BPO)

* Mike Koehler €" senior vice president, ITO & BPO


Marketing & Communications

" Maureen McCaffrey €" vice president, Worldwide Marketing


Each of these leaders held similar positions at EDS before the

acquisition.

Transformation

* Joe Eazor â€" senior vice president, Transformation. In this newly
  created role, Joe will lead the post-merger integration and
  transformation activities within the EDS business group. He will
  also work closely with the HP executive team. Previously, Joe led
  EDSâ€™ Corporate Strategy and Business Development team.
  Applications Services
* Andy Mattes â€" senior vice president, Applications Services. Andy
  previously led HPâ€™s Outsourcing Services organization, where he
  was responsible for providing clients with innovative,
  cost-effective application, infrastructure and business process
  outsourcing services.

In addition, functional support will be provided by the following
leaders, who will serve as members of my extended leadership team and
report into global functions at HP. This structure is consistent with
HPâ€™s organizational model.

* Craig Flower will serve as senior vice president of IT. He reports
  to HPâ€™s Chief Information Officer Randy Mott. Craig most recently
  served as HPâ€™s Global IT leader for eBusiness, Customer and Sales
  Operations.Â 
* Tom Haubenstricker, who previously led Finance in EDSâ€™ EMEA
  region, will serve as our vice president of Finance. He reports to
  HPâ€™s Chief Financial Officer Cathie Lesjak.
* Vice President Deborah Kerr will serve as our chief technology

officer (CTO). She reports to Shane Robison, HP's chief strategy
and technology officer. Deborah previously served as CTO for HP
Services.

* Vice President Mike Paolucci, who previously led EDS'
Compensation and Benefits organization, will serve as our HR
business leader. He reports to Marcela Perez de Alonso, HP's
executive vice president of Human Resources.

* Vice President Sylvia Steinheiser will lead our legal function. She
reports to Mike Holston, HP's executive vice president, general
counsel and secretary. Sylvia previously served as HP's deputy
general counsel for the Americas.

Those of you from EDS see a lot of familiar names on the leadership
teams plus those of several extremely talented executives from HP. Our
guiding principle was to pick the best of the best from both of our
organizations. I am very confident that we have done so. I know
you'll join me in congratulating these executives on their
appointments.

I also want to personally thank Mike Jordan, Jeff Heller, Charlie Feld,
Stannie Gordon, Tina Svinski and Ron Vargo who will be leaving the
company. Their commitment, contributions, knowledge and experience set
the foundation for EDS' success. I wish them well in all their future
endeavors.

While we achieved an important milestone today, there are still many
changes to come and questions to answer. You can rest assured — as

Mark Hurd also noted in his communication â€" that we remain committed
to communicating decisions affecting you in as timely a manner as
possible. These decisions will be communicated by HP once finalized.
For many of you, our combination with HP will open new and exciting
opportunities to advance your careers.

Along with todayâ€™s announcement, we are providing additional details
through our [1]integration site on infoCentre and HPâ€™s portal. We
will continue to post relevant information to these sites as
integration work continues.

  Links:

  1. http://infocentre.eds.com/edsandhp/index.html

Iâ€™d like to thank the integration teams that worked side by side for
months to get us to this landmark day. They sacrificed many evenings
and weekends to help make decisions in the best interest of our
combined business.

While much integration work remains, the teamwork demonstrated between
HP and EDS is simply outstanding. Thereâ€™s no doubt that our combined
team can beat any competitor on any day.

In closing, Iâ€™d like to thank all EDSers for your dedication to your
clients these last few months and for building an industry leader over
the past five decades. Your professionalism and unwavering commitment
to our clients demonstrate, once again, why weâ€™re the worldâ€™s
business ally.

Regards,

Ron Rittenmeyer

President and CEO

EDS, an HP company

# EXHIBIT CC

-------- Original Message --------
Subject:   ITO & Applications Services Operating Model
Date:   Fri, 8 May 2009 17:15:34 -0500
From:   EDS Global Communications <edsglobalcommunications@eds.com>


```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 3.2//EN">
<HTML>
<HEAD>
<META HTTP-EQUIV="Content-Type" CONTENT="text/html; charset=us-ascii">
<META NAME="Generator" CONTENT="MS Exchange Server version 08.00.0681.000">
<TITLE>ITO &amp; Applications Services Operating Model</TITLE>
</HEAD>
<BODY>
<!-- Converted from text/rtf format -->
<BR>

<P><FONT SIZE=2 FACE="Verdana">To:     The EDS Team </FONT>
</P>

<P><FONT SIZE=2 FACE="Verdana">From:    Sal Como, senior vice president, ITO<BR>
Robb Rasmussen, vice president, Applications Services</FONT>
</P>

<P><FONT SIZE=2 FACE="Verdana">Subject:        ITO &amp; Applications Services
Operating Model</FONT>
</P>

<P><FONT SIZE=2 FACE="Verdana">At Joe&#8217;s last town hall, he announced the EDS vision &#8211; to be THE leading IT
```

services company. Over the past several weeks, we&#8217;ve launched a number of initiatives focused on cost containment and revenue growth that are designed to help us achieve that vision. As we continue to look for ways to improve our overall performance, today we are announcing changes to our operating model that will simplify and further streamline how we do business.  </FONT></P>

<P><B><FONT SIZE=2 FACE="Verdana">What&#821/;s Changing</FONT></B>
</P>

<P><FONT SIZE=2 FACE="Verdana">The onshore delivery of Infrastructure Technology Outsourcing (ITO) and Applications Services will transition from the current hub model to a regional/account model. Regional delivery will have dual accountability, reporting both straight-line into the regions and dotted-line to the ITO and Applications Services Global Business Units (GBUs). Delivery resources will be either client-dedicated and moved into selected large-size accounts or leveraged and managed within the regions. The GBUs will be accountable for portfolio and capability as well as end-to-end global service lines, shared services functions, and Best Shore delivery. </FONT></P>

<P><FONT SIZE=2 FACE="Verdana">This change will establish clear line-of-sight to account delivery costs and will help accounts drive operating profit improvements. This will result in greater cost transparency, improved management control and better support of personal responsibility for financial targets. </FONT></P>

<P><FONT SIZE=2 FACE="Verdana">We will implement this model in a phased approach, beginning with the Americas in Q3 &#8217;09, all subject to applicable legal requirements. In support of the new model, we also are announcing organizational changes to ITO and Applications Services. </FONT></P>

<P><FONT SIZE=2 FACE="Verdana">Within Applications Services, regional Applications delivery functions will report directly to their corresponding regions. Tom Finstein will report to Andy Mattes (AMS), Howard Hughes to Bill Thomas (EMEA), Neil Emerson to Kevin Jones (APJ) and Rick Sullivan to Dennis Stolkey (U.S. Public Sector). Tom, Howard, Neil and Rick will also report dotted-line to Applications Services. </FONT></P>

<P><FONT SIZE=2 FACE="Verdana">Global Practices will be aligned similarly, directly reporting into the regions in which they reside. The Global Practice leaders will report dotted-line into Applications Services to ensure their practice strategies are fully understood in the overall Applications Services business plan. </FONT></P>

WUULEWIS

<P><FONT SIZE=2 FACE="Verdana">As previously announced, regional ITO delivery will continue to be managed by Tom Egan, reporting to Andy Mattes in the Americas; Eric Grall, reporting to Bill Thomas in EMEA; and Robert Pearson/Keith Blodgett, reporting to Dennis Stolkey for NMCI and USPS. In APJ, Roy Cahill has assumed ITO delivery responsibility from Jim Bridges, who has transitioned to another leadership position. Roy will report to Kevin Jones. Tom, Eric, Roy, Keith and Robert will all also report dotted-line to Sal Como, ITO.</FONT></P>

<P><FONT SIZE=2 FACE="Verdana">Accompanying the new regional/client model are a number of changes to ITO&#8217;s service lines, shared services and business operations organizations, including Engineering, Security, Network, ESM and Global Business Operations. </FONT></P>

<P><FONT SIZE=2 FACE="Verdana">For full details, please access the ITO organization and leadership announcement on either the<U> </U></FONT><A HREF="http://infocentre.eds.com/edsandhp/functions/itobpo/communications /msg_como_050809.html"><U><FONT COLOR="#0000FF" SIZE=2 FACE="Verdana">legacy EDS</FONT></U></U></U></A> <U></U><FONT SIZE=2 FACE="Verdana"> or<U> </U></FONT><A HREF="http://hpnow.corp.hp.com/integration/functions/itobpo /communications/msg_como_050809.html"><U><FONT COLOR="#0000FF" SIZE=2 FACE="Verdana">legacy HP</FONT></U><U> </U></A><U></U><FONT SIZE=2 FACE="Verdana"> ITO Web site on the Integration Portal.</FONT></P>

<P><B><FONT SIZE=2 FACE="Verdana">Benefits</FONT></B>
</P>

<P><FONT SIZE=2 FACE="Verdana">The new model will generate increased efficiencies by balancing near-term booked revenue with Total Contract Value (TCV). Greater accountability for service delivery at the account level will more closely align with the client&#8217;s agenda, speed decision-making and improve customer loyalty. Specific improvements include:</FONT></P>

<UL>
<LI><FONT SIZE=2 FACE="Verdana">Revenue growth</FONT></LI>

<LI><FONT SIZE=2 FACE="Verdana">Transparency and simplicity </FONT></LI>

<LI><FONT SIZE=2 FACE="Verdana">Clear ownership and accountability</FONT></LI>

<LI><FONT SIZE=2 FACE="Verdana">Consistency</FONT></LI>

muuuc:nauw

```
<LI><FONT SIZE=2 FACE="Verdana">Efficiency and cost optimization</FONT></LI>

<LI><FONT SIZE=2 FACE="Verdana">Improved customer experience</FONT></LI>
<BR>
</UL>
<P><B><FONT SIZE=2 FACE="Verdana">Regional and GBU Accountability</FONT></B>
</P>
```

```
<P><FONT SIZE=2 FACE="Verdana">Accountability for operating decisions is more clearly defined between the regions and GBUs
within the new model. The regions will have ultimate P&amp;L responsibility, and the GBUs will continue to solution the portfolio
as well as define, design and build offerings. The accountability breakdown is as follows:</FONT></P>
```

```
<P><I><FONT SIZE=2 FACE="Verdana">Regions</FONT></I>
</P>
```

```
<UL>
<LI><FONT SIZE=2 FACE="Verdana">P&amp;L accountability</FONT></LI>

<LI><FONT SIZE=2 FACE="Verdana">Account management</FONT></LI>

<LI><FONT SIZE=2 FACE="Verdana">Demand forecast</FONT></LI>

<LI><FONT SIZE=2 FACE="Verdana">Sales/growth on existing</FONT></LI>

<LI><FONT SIZE=2 FACE="Verdana">Onshore customer dedicated delivery</FONT></LI>

<LI><FONT SIZE=2 FACE="Verdana">Solutioning/business development</FONT></LI>

<LI><FONT SIZE=2 FACE="Verdana">Client delivery excellence</FONT></LI>
<BR>
</UL>
```

```
<P><I><FONT SIZE=2 FACE="Verdana">ITO and Applications Services GBU</FONT></I>
</P>
<UL>
<UL>
<LI><FONT SIZE=2 FACE="Verdana">Portfolio road map and strategy</FONT></LI>

<LI><FONT SIZE=2 FACE="Verdana">Delivery tools and processes</FONT></LI>

<LI><FONT SIZE=2 FACE="Verdana">Benchmark and best practices</FONT></LI>

<LI><FONT SIZE=2 FACE="Verdana">Labor, location strategy</FONT></LI>

<LI><FONT SIZE=2 FACE="Verdana">Best Shore delivery</FONT></LI>

<LI><FONT SIZE=2 FACE="Verdana">Solutioning standards (PAs)</FONT></LI>

<LI><FONT SIZE=2 FACE="Verdana">Service line business plans</FONT></LI>
<BR>
</UL></UL>
<P><FONT SIZE=2 FACE="Verdana">As we transition to the future mode of operations, leaders will receive additional
communications specifically outlining roles, responsibilities and time lines, as well as tools and templates to help communicate
these changes with their teams. Your continued support and commitment are appreciated and critical to a successful and
seamless transition.</FONT></P>

<P><FONT SIZE=2 FACE="Verdana">Thank you.</FONT>
</P>
<BR>
<BR>

<P><FONT COLOR="#000000" SIZE=1 FACE="Verdana">For those countries that require consultation with works councils or other
employee representatives in relation to a local implementation of the acquisition of EDS, this is not intended to provide country-
specific information and in no way reflects that final decisions have been made at a local level. With respect to such countries,
```

final decisions are subject to prior consultation with works councils and other employee representatives. Also concerning such countries, p</FONT><FONT SIZE=1 FACE="Verdana">re-acquisition management reporting relationships remain in effect until legal closure occurs, and any new reporting lines are announced as then taking effect. </FONT></P>

<P ALIGN=CENTER><B><FONT COLOR="#000000" SIZE=2 FACE="Verdana">HP Restricted - For Internal Use Only</FONT></B></P>
<BR>

</BODY>
</HTML>

# EXHIBIT DD

Admin / UK Communications

To all preacquisition EDS employees in the UK

You will have seen from the [1]HP-EDS Integration Portal and the latest
issue of the [2]Integration Inquirer that preparations are being made
to on-board EDS employees to HP systems and tools as we move closer to
the Wave 2 Go-Live date.

 Links:

  1. http://infocentre.eds.com/edsandhp/index.html

  2. http://infocentre.eds.com/edsandhp/news/newsletters.html


One such change relates to the cessation of the EDS Enterprise System
(SAP) for the employee expense process and the migration to HPâ€™s
global employee expense reimbursement tool, Employee Expense Management
(EEM).Â EEM will replace SAP for expense claims from August 6 2009.


The EDS Enterprise System (SAP) will be deactivated for expense
processing on August 1. In order to ensure payments are made prior to
the transition any outstanding expenses must be completed and sent for
approval no later than July 24. Receipts should be sent immediately for
scanning to ensure that they are no delays in processing.


Your manager will be notified and asked to approve all expenses by July
31.


You will receive an activation email which will contain the link to
EEM.Â Once you have an active EEM account you can no longer submit
your expense reports via SAP. Expense reports filed after the deadline

will be returned to you and you will need to submit them in EEM,

however you will not be able to access EEM until August 6, 2009

The following action items will help you in transitioning to the new

process

* RETAIN YOUR HISTORICAL RECORDS AS NEEDED

Please retain copies of any expense reports you have filed in SAP

for your records. Â You are advised to print out the expense

reports from the last month prior to your activation in EEM, to see

what travel expenses you have already reclaimed. Â Also please

submit any outstanding expenses you have created, and submit the

corresponding receipts, as outlined above.

* LEARN THE NEW AMERICAN EXPRESS PROCESS

The [3]HP Global Travel Policy (HP IT credentials required)

mandates that business expenses are charged to your HP American

Express Corporate T&E Card. You will receive an email from HP

Global Travel regarding the American Express application process. Â

Links

3. http://intranet.hp.com/Sites/Travel/Policy/Pages/Index.aspx

* You can apply for the card on the Global Travel web site. [4]HP

American Express Payment Solutions (HP IT credentials required)

* Until the AMEX card is issued to you, please enter all your

expenses manually as out-of-pocket expenses.

Links

4. http://intranet.hp.com/Sites/Travel/Amex/Pages/Index.aspx

Once the expense report has been approved, HP will pay Amex directly

for your business expenses, saving you the need to route money through

your personal account to pay for business travel expenses.

Additional information on EEM including web based training, printable

user guides, reimbursement procedures, and other related information

can be found within the [5]Employee Onboarding section of the [6]HP-EDS

Integration Portal. You are strongly advised to complete the EEM

training prior to using the tool.

Links:

5.
http://hpnow.corp.hp.com/integration/tools/employee_onboard/what_to_expect/global_bus_servi
ces.html

6. http://hpnow.corp.hp.com/integration

Thank you

Sent on behalf of HP's Global EEM Team

For those countries that require consultation with works councils or

other employee representatives in relation to a local implementation of

the acquisition of EDS, this is not intended to provide

country-specific information and in no way reflects that final

decisions have been made at a local level. With respect to such

countries, final decisions are subject to prior consultation with works

councils and other employee representatives. Also concerning such

countries, pre-acquisition management reporting relationships remain in

effect until legal closure occurs and any new reporting lines are

announced as then taking effect.

# EXHIBIT EE

Admin / Bill Thomas / 11/09/2007 15:39

To the Expanded Services Team in EMEA:

As you know from Joe Eazor's announcement earlier today, I have decided to retire at the end of this fiscal year [31 Oct] following more than 25 years with EDS. Although this was no easy decision, I feel the timing is right, with the bulk of the integration complete and strong growth opportunities ahead.

Of course, I want to ensure the EMEA region continues to be a core strength for the corporation. With this in mind, I intend to ensure a smooth transition to a new leader who will run the business through its next phase of growth and development.

As Joe mentioned, my successor is [1]Mike Nefkens who joins us from his current role as Vice President of the global General Motors account. In addition to his exceptional leadership credentials, Mike has an outstanding track record in achieving exemplary service for clients â€" with a strong emphasis on service excellence and innovation. These are amongst the many reasons why Joe and I agreed on Mike for the role.

Links:

1.

http://www.infocentre.emea.eds.com/nlapps/data/docattachments/MikeNefkens_Bio%202008.pdf

Mike and I will work closely together in the coming weeks, meeting with clients, partners and employees. During September and October, we have planned a series of sessions with people managers and employees to introduce you to Mike and reiterate our priorities for the business going forward.

As for my own plans after retirement, these are not yet finalised. Whatever the future holds, I will always look back on my time at EDS with a tremendous sense of pride and accomplishment at what we have achieved together: the business we have built, the client relationships weâ€™ve nurtured and the world-class reputation weâ€™ve garnered.

I will continue to monitor your progress with great interest. Today, with the stronger portfolio, broader client base and enhanced market visibility afforded as part of HP, EDSâ€™ leadership of the IT Services industry is in sight. It is now up to each individual to realise that opportunity and prove to the market what I already know â€" that you are the best.

Thank you,

Bill

For those countries that require consultation with works councils or other employee representatives in relation to a local implementation of the acquisition of EDS, this is not intended to provide country-specific information and in no way reflects that final decisions have been made at a local level. With respect to such countries, final decisions are subject to prior consultation with works councils and other employee representatives. Also concerning such countries, pre-acquisition management reporting relationships remain in

effect until legal closure occurs and any new reporting lines are

announced as then taking effect.

**Exhibit FF**

**Subject:** Total Rewards Updates
**From:** "Human Resources, Marcela Perez de Alonso"
<HumanResourcesMarcelaPerezdeAlonso@eds.com>
**Date:** Mon, 23 Nov 2009 19:15:21 -0500
**To:** undisclosed-recipients:;

hp logo

# Message from Marcela Perez de Alonso

November 23, 2009

| To: | All HP Employees |
|---|---|
| From: | Marcela Perez de Alonso, EVP Human Resources |
| Subject: | Total Rewards Updates |

Further to Mark Hurd's Q4 earnings message, we finished the year strong and are very pleased to reward and recognize employees for their contributions to company performance. I would like to take this opportunity to elaborate on the Total Rewards updates announced earlier today.

This past year, we took a number of actions to increase financial flexibility and help better position HP to compete and win in the marketplace. Although some of those actions were difficult, they worked in 2009 and will continue to help us in 2010. HP has stayed competitive in extremely difficult times and we need to maintain our financial flexibility in the current environment by keeping base pay flat in this year's Focal Point Review (FPR) cycle, meaning no base pay increases, except where legally required.

Instead, in continued support of our pay-for-performance strategy, HP is rewarding our people with variable compensation, including:

**FY09 Variable Bonus Programs**

Based on FY09 results, funding for our variable bonus programs, both Variable Performance Bonus (VPB) and Pay-for-Results (PfR), has been approved.

- Consistent with our performance-based rewards strategy, the size of this year's bonus will be representative of the financial results delivered.
- As indicated in prior communications, the FY09 bonus pool is based on salaries in place prior to the base salary reductions announced this past February.
- The bonus will be awarded with discretion based on business and individual performance.
- Bonuses are paid out in local currency as soon as administratively possible, typically December 31 in most countries, including the U.S.
- More details on Variable Pay Programs.

**Supplemental Bonus**

- Earlier this year, many employees experienced a reduction in base pay designed to help HP remain strong and competitive in a challenging global economy.

16/09/2012 20:2

- This action was critical to delivering the solid results we announced earlier today, and we are recognizing those employees who had their pay reduced as a result of the February 2009 announcement with a one-time cash bonus equal to 100% of the amount of their reduction during FY09.
- This payout is in addition to any other bonus plan for which you may be eligible.
- The expected time frame for the supplemental bonus payment is mid-December, depending on the payroll cycle in each country.
- Frequently Asked Questions (FAQs) on the Supplemental Bonus

**Reinstatement of the eAward Program**

- Beginning January 4, we are reinstating the eAward program, HP's point-based awards system for recognizing and rewarding outstanding performance and results throughout the year.
- There are some changes to eAward eligibility and program guidelines, and variations exist by country. I encourage you to review the eAward program details on the portal, and watch for any follow-up communications at a regional level.
- As part of the program changes, eAwards will no longer be linked to milestone service anniversaries. Beginning January 1, a new Global Service Recognition program is being implemented to promote increased manager involvement in acknowledging years of service in more personal and meaningful ways.

**U.S. 401(k) Quarterly Match**

- Based on HP's Q4 FY09 earnings and management's assessment of company-wide business results, a full 100% matching contribution has been approved for the US-based 401(k) plan.
- U.S. employees will receive a separate email with more information on November 24.

Thank you for making FY09 a strong year for HP. Our employees are key to the company's continued growth and success, and I look forward to working together to take our performance and results to the next level in FY10.

Regards,
Marcela

image001.gif



| image001.gif | Content-Type: | image/gif |

Content-Encoding: base64