1  MORGAN, LEWIS & BOCKIUS LLP
   MELINDA S. RIECHERT, (SBN 65504)
2  mriechert@morganlewis.com
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306
4  Tel: 650.843.4000
   Fax: 650.843.4001
5

6  MORGAN, LEWIS & BOCKIUS LLP
   ADELMISE ROSEMÉ WARNER (SBN 215385)
7  adelmise.warner@morganlewis.com
   One Market, Spear Street Tower
8  San Francisco, CA 94105-1126
   Tel: 415.442.1000
9  Fax: 415.442.1001

10 Attorneys for Defendant
   HEWLETT-PACKARD COMPANY
11

12 Karen E. Ford Esq.
   SW Ocean Ave & Mission, Suite 208
13 P.O. Box 287
   Carmel-by-the-Sea, California 93921-0287
14 831-250-6433
   Fax 831-250-6844
15 karen@fordslaw.com
   SBN 88358
16 Attorney for Plaintiff Peter Siegel

17
18
19                    **United States District Court**
20                    **Northern District of California**
21

22 Peter Siegel,                          )
                                          ) Case No: 5:12-cv-03787 HRL
23           Plaintiff,                   )
                                          )
24    vs.                                 ) **STIPULATION AND [PROPOSED]**
                                          ) **ORDER TO CONTINUE DEADLINES**
25 Hewlett-Packard Company,               ) **SET BY CASE MANAGEMENT ORDER**
                                          )
26           Defendant                    )
                                          )
27 _____    )

28

**STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES**

Pursuant to Local Rules 6-2 and 7-12 the parties, by an through their undersigned counsel, hereby stipulate to entry of an order continuing the fact discovery deadline in this matter from August 13, 2013 until September 30, 2013 for the purpose of allowing the parties to complete depositions currently noticed by the Parties, and the deadline for hearing on motions for summary judgment from October 8, 2013 until December 3, 2013. All other deadlines are to be extended correspondingly. The grounds for seeking this continuance are set out in the Declaration of Counsel filed herewith.  The limitation on the scope of discovery during the extension is a limitation placed on the stipulation by Defendant. Plaintiff does not agree that the extended discovery should be limited in any way and reserves all rights in this regard. Specifically, the parties stipulate as follows:

The fact discovery cutoff in this matter shall be continued until September 30, 2013 for the purpose of allowing the parties to complete depositions currently noticed by the Parties; and

The deadline for hearing on motions for summary judgment other than the currently pending motion shall be continued until December 3, 2013; and

All other case management deadlines after August 1, 2013 including expert discovery and the pretrial conference shall be continued correspondingly.

There have been no previous continuances of any deadline set by the Case Management Order in this matter.

Dated this 12th   day of August 2013

/s/
Melinda S. Riechert
Morgan, Lewis & Bockius LLP
Attorney for Defendant
Hewlett-Packard Company

/s/
Karen E. Ford Esq.
Attorney for Plaintiff
Peter Siegel

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED,

The deadlines set out in the case management order in this case are hereby continued as follows:

    Fact Discovery Cutoff:_____for the purpose of allowing the parties to complete depositions currently noticed by the Parties and other discovery already served , without prejudice to Plaintiff's right to argue that Plaintiff should be allowed to conduct additional discovery.

    Designation of Experts with Reports:_____

    Designation of Rebuttal Experts with Reports_____

    Expert Discovery Cutoff _____

    Last Day for Hearings on Dispositive Motions other than the currently pending motion _____ at 10:00 a.m.

    Final Pretrial Conference _____

Dated: _____

                                       _____
                                       **HOWARD R. LLOYD**
                                       **United States Magistrate Judge**