| | |
|---|---|
| 1 | MELINDA S. RIECHERT, State Bar No. 65504<br>MORGAN, LEWIS & BOCKIUS LLP |
| 2 | 2 Palo Alto Square<br>3000 El Camino Real, Suite 700 |
| 3 | Palo Alto, California  94306-2122<br>Telephone:  650.843.4000 |
| 4 | Facsimile:  650.843.4001<br>Email:  mriechert@morganlewis.com |
| 5 | |
| 6 | ADELMISE ROSEMÉ WARNER, State Bar No. 215385<br>MORGAN, LEWIS & BOCKIUS LLP |
| 7 | One Market, Spear Street Tower<br>San Francisco, California  94105-1126 |
| 8 | Telephone:  415.442.1000<br>Facsimile:  415.442.1001 |
| 9 | Email:  adelmise.warner@morganlewis.com |
| 10 | Attorneys for Defendant<br>HEWLETT-PACKARD COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SIEGEL,<br><br>               Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY<br><br>               Defendant. | Case No. CV 12-03787 HRL<br><br>**DECLARATION OF YVONNE BEN FREDJ IN SUPPORT OF DEFENDANT HEWLETT-PACKARD COMPANY'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DECLARATION OF YVONNE BEN FREDJ
CASE NO. CV 12-03787 HRL

# DECLARATION OF YVONNE BEN FREDJ

I, Yvonne Ben Fredj, declare as follows:

1. I hold the position of HR Business Partner within HP Enterprise Services UK Ltd. ("HPES UK Ltd."). I have held this position since February 2013. Before that, beginning in January 2009 I held the position of HR Manager for HPES UK Ltd. Prior to that position, I held the position HR Manager for Electronic Data Systems Ltd. ("EDS UK"). I was an HR Manager during Peter Siegel's employment with EDS UK and HPES UK Ltd. In my position, I had knowledge of the personnel policies that were applicable to the employees in the groups that I supported, and Peter Siegel was an employee of one of the groups that I supported as the HR Manager. In my positions I had personal knowledge regarding which entity employed Mr. Siegel and the other employees in the groups that I supported. The following statements are made of my own personal knowledge and are based on documents or other information kept in the normal course of business. If called upon as a witness in this action, I could and would testify competently hereto.

2. Ian Oldfield, Sean Wells, Clive Freeman, and Cynthia Pye (now known as Cynthia Dunford) are currently employed by HPES UK Ltd. Prior to HP's acquisition of EDS, they were employed by EDS UK. They have never been employed by any other subsidiary of Hewlett-Packard Company.

3. Nick Whalley and Tim Stevenson are currently employed by HPES UK Ltd. Mr. Whalley and Mr. Stevenson were employees of Hewlett-Packard Limited prior to the acquisition of EDS. Mr. Whalley and Mr. Stevenson transferred to HPES UK Ltd. shortly after Hewlett-Packard Company acquired EDS.

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1
DECLARATION OF YVONNE BEN FREDJ

Case No. CV 12-03787 HRL

DB2/ 24293809.1

I declare under penalty of perjury under the laws of the State of California and the United States of America that the forgoing is true and correct.

Executed this 13th day of August 2013, at Nottingham, United Kingdom

_____
YVONNE BEN FREDJ

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/ 24293809.1

2

DECLARATION OF YVONNE BEN FREDJ
CASE NO. CV 12-03787 HRL