Karen E. Ford Esq.
SW Ocean Ave & Mission, Suite 208
P.O. Box 287
Carmel-by-the-Sea, California 93921-0287
831-250-6433
Fax 831-250-6844
karen@fordslaw.com
SBN 88358
Attorney for Plaintiff Peter Siegel

# United States District Court
# Northern District of California

Peter Siegel,

        Plaintiff,

  vs.

Hewlett-Packard Company,

        Defendant

Case No: 5:12-cv-03787 HRL

**SUPPLEMENTAL DECLARATION OF PETER SIEGEL IN OPPOSITION TO MOTION FOR SUMMARY JUDGEMENT BY DEFENDANT HEWLETT PACKARD**

    1.    I, Peter Siegel, am the Plaintiff in this action. I make the following declaration under penalty of perjury in support of the Plaintiff's Opposition to the Motion for Summary Judgment (MSJ) filed by Defendant Hewlett Packard Company (HP) in the above-entitled action. This declaration is to supplement my declaration filed in this matter on or about August 7, 2013. I have personal knowledge of the matters set forth herein and can testify competently thereto.

    2.    While I was employed there HP maintained employee benefit plans that covered employees of multiple entities within the organization. There was a performance bonus plan established by Hewlett Packard for which I was eligible which covered employees of the HP organization worldwide including employees of Hewlett Packard Company. There was an HP stock option plan established by Hewlett Packard Company for which I was eligible that covered employees of the HP organization worldwide including employees of Hewlett Packard

Company. It was my understanding that the employee benefit plans that were specific to the UK included at least employees of the other HP subsidiaries in the UK. This is a subject as to which my attorney has tried to do discovery including depositions. A deposition on the subject of the employee benefit plans is needed to properly respond to this motion.

3.    HP maintained an HR website where I could go as an employee to obtain human resources information such as employee benefit plans, HR policies, rules applicable to employees that the like. I was able to access benefit plans, HR policies, and rules that applied to all employees globally as well as any minor differences that were placed on different countries, not operating companies.

4.    While employed by HP I was required to keep track of my time spent working for customers for billing and accounting purposes. I was required to report my time by accessing an HP software application and entering my time. The software application was one that was established and operated on an organization wide basis. The same software application was used by employees of multiple entities within HP. I believe it was used by employee of Hewlett Packard Company.

5.    HP uses the same logo throughout all its operations including for HP Enterprise Services UK Limited.  Defendant uses the shorthand name HP to refer to its overall organization as a single integrated whole. Services to multi-national customers, such as Aon insurance, are provided on a global basis and the accounts are centrally managed. The overall HP organization is divided into functional business units and the divisions are based on the type of product or service each unit specializes in, rather than subsidiary corporate entities or location. The business units operate internationally and without regard to the corporate entities which may be created within the HP organization.

6.    A number of EDS employees were terminated during the period of merger of the HP and EDS workforces from approximately 2008 through 2010. The employees whose jobs were eliminated were provided by HP with assistance in finding positions elsewhere. Some were transferred to other HP organizations. Others were given assistance in finding positions with

other employers.  Other employees had their job titles and duties altered to fit within the HP organization. My own job title and job description was changed to fit within the HP standard.

7.	HP encourages and engages in cross selling of its products and services even though these cross over both corporate lines and even business unit lines. HP conducts training for employees and conferences for customers on a multinational basis without regard for corporate entities in the various countries. An example is the HP Discovery conference given at various locations around the world and in the US to service its multinational customers.

8.	In reports filed with the UK government for HP Enterprise Services UK Limited stated that it "is a subsidiary of Hewlett-Packard Company and is dependent on this parent company for the supply of products/services and for its brand strength." See Response to Request for Admissions no. 1, 2, 3 and Exhibit A to Response to Request for Admissions page 3, Exhibit B to Response to Request for Admissions page 3, Exhibit C to Response to Request for Admissions page 3.

9.	Business forms and reporting systems were uniform throughout the HP organization. They were used by all subsidiaries including the one I was assigned to.

10.	All HP employees use the same e-mail format and system. My e-mail address while employed at by HP was peter.sieqel@hp.com.  I received messages from HP managers in California encouraging me and other HP employees to think of HP as one family.  I have tried through discovery in this matter to obtain copies of all e mails sent to and from my e mail address which would prove this point. However I have not been able to obtain these e mails.

11.	HP provides centralized training of employees and sets performance standards and goals which apply to employees of HP Enterprise Services UK Limited. HP sets health and safety standards for employees of HP Enterprise Services UK Limited. HP sets diversity and discrimination policy throughout the HP family of companies including HP Enterprise Services UK Limited. HP sets commitments to employees as well as employee initiatives and performance indicators. As an employee of HP Enterprise Services UK Limited I was given an HP Global policies handbook with policies applicable to all HP employees worldwide including those at HP Enterprise Services UK Limited. There is an HP Global Ethics group, which is part

of Hewlett Packard Company, to which employees of all the subsidiaries including HP Enterprise Services UK Limited are to report ethical violations. It is my understanding that the Global Ethics group investigates such complaints regardless of the subsidiary involved. HP maintains a centralized Ethics and Compliance office in the US that oversees employee issues worldwide including employees assigned to HP Enterprise Services UK Limited.

  12. a. As set out in an annual report filed by HP Enterprise Services UK Limited with the UK government:

> "All employees' training and development is supported by continuing on-service education. Employees who have completed minimum periods of service are eligible to join both the company performance bonus and share purchase schemes of the Hewlett-Packard Company.
>
> Hewlett-Packard's goal is to create health and safety practices and work environments that enable employees to work injury-free. …
>
> The company believes that a diverse workforce encourages creativity and motivation and helps build an exciting, stimulating work environment a diverse workforce, reflecting the demographics of the many different markets where Hewlett-Packard [HP] operates, also provides a competitive advantage and helps acquire new business.
>
> Hewlett-Packard Company, for which HP Enterprise Services UK Limited is a subsidiary, publishes an annual corporate responsibility report where detailed companywide employee commitments, initiatives and key performance indicators can be found." See Response to Request for Admissions 1, 2, 3 and Exhibit A to Response to Request for Admissions page 4, and Exhibit B to Response to Request for Admissions page 5, Exhibit C to Response to Request for Admissions page 6.

  13. HP specifically sets policy for the treatment of disabled employees, the basis for the instant complaint. HP sets employment policies and standards for HP Enterprise Services UK Limited. Employees of for HP Enterprise Services UK Limited are eligible to participate in HP employee benefit plans. HP sets ethical standards applicable to HP Enterprise Services UK Limited.

14. As the undersigned, I hereby declare under penalty of perjury that the content of the forgoing 13 numbered paragraphs is true and correct to the best of my knowledge. As to those matters stated on information and belief I believe them to be true.

Dated this 12th _day of August, 2013

Peter Siegel

14.     As the undersigned, I hereby declare under penalty of perjury that the content of those matters stated on information and belief I believe them to be true.

Dated this 12th _day of August, 2013

*/s/ Peter Siegel*

Peter Siegel