UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date: August 27, 2013　　　　　　　　　　Time in Court: 1 hour 39 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

**TITLE:** Siegel v. Hewlett-Packard Company
**CASE NUMBER**: 5:12-cv-03787-HRL
Plaintiff Attorney present: Karen Ford
Defendant Attorney present: Melinda Riechert

**PROCEEDINGS: Motion for Summary Judgment Hearing**

Counsel present arguments.

Motion taken under submission. Parties are referred to Judge Paul S. Grewal for a Settlement Conference. Pretrial Conference date is vacated.

Court to issue written order.