**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER SIEGEL,                        ) | Case No.: 5:12-cv-03787-HRL |
| Plaintiff,            ) | **ORDER OF RECUSAL** |
| v.                                          ) | |
| HEWLETT-PACKARD COMPANY, ) | |
| Defendant.          ) | |

    I hereby recuse myself from hearing or determining any matters in the above case. The Clerk of Court shall remove the undersigned as settlement judge.

IT IS SO ORDERED.

Dated: August 29, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: 5:12-cv-03787-HRL
ORDER OF RECUSAL