**United States District Court**
For the Northern District of California

1    *E-Filed: September 4, 2013*

2

3

4

5    NOT FOR CITATION

6    IN THE UNITED STATES DISTRICT COURT

7    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8    SAN JOSE DIVISION

9    PETER SIEGEL,                                      No. C12-03787 HRL

10          Plaintiff,                          **ORDER OF REFERRAL FOR**
     v.                                         **SETTLEMENT CONFERENCE**
11
     HEWLETT-PACKARD COMPANY,
12
            Defendant.
13    _____/

14          In view of Magistrate Judge Grewal's recusal, this matter is referred to Magistrate Judge

15   Nathanael Cousins for Settlement Conference.  Counsel will immediately contact Judge Cousins's

16   chamber to pick an agreeable date within the next few weeks for the Conference.

17          **IT IS SO ORDERED.**

18   Dated: September 4, 2013

19

20   _____
        HOWARD R. LLOYD
21      UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

1 | **C 12-03787 HRL Order will be electronically mailed to:**

2 | Adelmise Roseme Warner     adelmise.warner@morganlewis.com, kgregory@morganlewis.com

3 | Karen Ellen Ford     karen@fordslaw.com

4 | Melinda S. Riechert     mriechert@morganlewis.com, dsemans@morganlewis.com, kpastor@morganlewis.com, richard.jackson@morganlewis.com

5 | Rebecca Licht Jensen     rjensen@morganlewis.com, kgregory@morganlewis.com

6 | 

7 | **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**United States District Court**
For the Northern District of California