# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER SIEGEL,<br><br>            Plaintiff,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>            Defendant. | Case No. 5:12-cv-03787 HRL (NC)<br><br>**ORDER SETTING SETTLEMENT CONFERENCE** |

This case was referred to this Court by Magistrate Judge Howard Lloyd for a settlement conference. The conference will be held on **September 12, 2103 at 8:30 a.m.** in the Grand Jury Suite, 2nd Floor, at the San Jose Courthouse, 280 South First Street, San Jose. The parties may participate by telephone. No settlement conference statements are required. Please see this Court's Settlement Conference Standing Order for more information.

IT IS SO ORDERED.

DATED: September 6, 2013

_____
NATHANAEL M. COUSINS
United States Magistrate Judge