*E-Filed: December 10, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER SIEGEL, | No. C12-03787 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| HEWLETT-PACKARD COMPANY, | |
| Defendant. | |

The Court having been notified that this case has settled, all pending motions, hearings, and deadlines are terminated.

All parties shall appear on **December 17, 2013 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated.

**IT IS SO ORDERED**.

Dated: December 10, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-03787 HRL Order will be electronically mailed to:**

Adelmise Roseme Warner     adelmise.warner@morganlewis.com, kgregory@morganlewis.com

Karen Ellen Ford     karen@fordslaw.com

Melinda S. Riechert     mriechert@morganlewis.com, dsemans@morganlewis.com, kpastor@morganlewis.com, richard.jackson@morganlewis.com

Rebecca Licht Jensen     rjensen@morganlewis.com, kgregory@morganlewis.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**