*E-Filed: December 10, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PETER SIEGEL,

           Plaintiff,

    v.

HEWLETT-PACKARD COMPANY,

           Defendant.

_____/

No. C12-03787 HRL

**ORDER TO SHOW CAUSE RE: SETTLEMENT**

The Court having been notified that this case has settled, all pending motions, hearings, and deadlines are terminated.

All parties shall appear on **December 17, 2013 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed.  If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated.

**IT IS SO ORDERED**.

Dated: December 10, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

1  **C 12-03787 HRL Order will be electronically mailed to:**

2  Adelmise Roseme Warner      adelmise.warner@morganlewis.com, kgregory@morganlewis.com

3  Karen Ellen Ford      karen@fordslaw.com

4  Melinda S. Riechert      mriechert@morganlewis.com, dsemans@morganlewis.com,
5  kpastor@morganlewis.com, richard.jackson@morganlewis.com

6  Rebecca Licht Jensen      rjensen@morganlewis.com, kgregory@morganlewis.com

7  **Counsel are responsible for distributing copies of this document to co-counsel who have not
8  registered for e-filing under the court's CM/ECF program.**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28